FILED

2003 OCT 14  P 12: 26

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSPEPH J. BOOKLESS | ) | CIVIL ACTION NO. 3:00CV123 (WWE) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY IRELAND, JERRY SCULLY, | ) | |
| BART DEELEY, AND | ) | |
| RAYMOND WALSH | ) | OCTOBER 14, 2002 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' REQUEST FOR EXTENSION OF TIME REGARDING RESPONSES TO PLAINTIFF'S INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 9(b), the defendants, Randy Ireland, Jerry Scully, Bart Deeley and Raymond Walsh, respectfully moves for an extension of time of sixty (60) days to file their objections and responses to the Plaintiff's First Set of Interrogatories and Requests for Production dated September 17, 2003, until a date certain of December 17, 2003.

This is the Defendant's second request for an extension of time regarding discovery. Because the plaintiff is pro se and incarcerated the undersigned was unable to contact him to

340889

determine whether he objects or consents to the request.  The undersigned certifies that this case

has not been assigned for trial.

　　　　**WHEREFORE,** the defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond

Walsh, requests that their Request for Extension of Time of sixty (60) days be granted.

　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　DEFENDANTS,
　　　　　　　　　　　　　RANDY IRELAND, JERRY SCULLY,
　　　　　　　　　　　　　BART DEELEY, AND RAYMOND WALSH


　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　JAMES N. TALLBERG, ESQ.
　　　　　　　　　　　　　　　Federal Bar Number Ct17489
　　　　　　　　　　　　　　　UPDIKE, KELLY & SPELLACY, P.C.
　　　　　　　　　　　　　　　One State St., P.O. Box 231277
　　　　　　　　　　　　　　　Hartford, CT 06123-1277
　　　　　　　　　　　　　　　Tel. No. (860) 548-2600

340889

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid this 14th day of October 2003, to the following:

Joseph J. Bookless
c/o MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

By:_____
    JAMES N. TALLBERG, ESQ.
    UPDIKE, KELLY & SPELLACY, P.C.

340889