UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSPEPH J. BOOKLESS | )    CIVIL ACTION NO. 3:03CV123 (WWE) |
|     Plaintiff, | ) |
| v. | ) |
| RANDY IRELAND, JERRY SCULLY, BART DEELEY, AND RAYMOND WALSH | )    OCTOBER 14, 2002 |
|     Defendants. | ) |

### DEFENDANTS' REQUEST FOR EXTENSION OF TIME REGARDING RESPONSES TO PLAINTIFF'S INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 9(b), the defendants, Randy Ireland, Jerry Scully, Bart Deeley and Raymond Walsh, respectfully moves for an extension of time of sixty (60) days to file their objections and responses to the Plaintiff's First Set of Interrogatories and Requests for Production dated September 17, 2003, until a date certain of December 17, 2003.

This is the Defendant's second request for an extension of time regarding discovery. Because the plaintiff is pro se and incarcerated the undersigned was unable to contact him to

*Motion GRANTED to Dec. 17, 2003.*
*Warren W. Eginton, Senior United States District Judge*