FILED

2003 DEC 22 P 12: 45

US [illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSPEPH J. BOOKLESS ) | CIVIL ACTION NO. 3:00CV123 (WWE) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RANDY IRELAND, JERRY SCULLY, ) | |
| BART DEELEY, AND ) | |
| RAYMOND WALSH ) | DECEMBER 19, 2003 |
| ) | |
| Defendants. ) | |

**DEFENDANTS' REQUEST FOR EXTENSION OF TIME
REGARDING RESPONSES TO PLAINTIFF'S
INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 9(b), the defendants, Randy Ireland, Jerry Scully, Bart Deeley and Raymond Walsh, respectfully moves for an extension of time of thirty (30) days to file their objections and responses to the Plaintiff's First Set of Interrogatories and Requests for Production dated September 17, 2003, until a date certain of January 17, 2003. This extension is requested because of holiday schedules and in order to allow the undersigned counsel to meet with his clients and verify responses.

This is the Defendant's third request for an extension of time regarding discovery. Because the plaintiff is pro se and incarcerated the undersigned was unable to contact him to

346937

determine whether he objects or consents to the request. The undersigned certifies that this case has not been assigned for trial.

**WHEREFORE**, the defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh, requests that their Request for Extension of Time of thirty (30) days be granted.

<div style="margin-left: 50%;">

RESPECTFULLY SUBMITTED,

DEFENDANTS,
RANDY IRELAND, JERRY SCULLY,
BART DEELEY, AND RAYMOND WALSH

By: _____
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17489
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

</div>

346937

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid this 19th day of December 2003, to the following:

Joseph J. Bookless
c/o MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

By: _____
JAMES N. TALLBERG, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.

346937