*00CV123 MEXTTIME*

FILED

2003 DEC 22 P 12: 45

US DIST...

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOSPEPH J. BOOKLESS | ) | CIVIL ACTION NO. 3:03CV123 (WWE) |
| Plaintiff, | ) | |
| v. | ) | |
| RANDY IRELAND, JERRY SCULLY, BART DEELEY, AND RAYMOND WALSH | ) | DECEMBER 19, 2003 |
| Defendants. | ) | |

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge

### DEFENDANTS' REQUEST FOR EXTENSION OF TIME REGARDING RESPONSES TO PLAINTIFF'S INTERROGATORIES AND PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 9(b), the defendants, Randy Ireland, Jerry Scully, Bart Deeley and Raymond Walsh, respectfully moves for an extension of time of thirty (30) days to file their objections and responses to the Plaintiff's First Set of Interrogatories and Requests for Production dated September 17, 2003, until a date certain of January 17, 2003. This extension is requested because of holiday schedules and in order to allow the undersigned counsel to meet with his clients and verify responses.

This is the Defendant's third request for an extension of time regarding discovery. Because the plaintiff is pro se and incarcerated the undersigned was unable to contact him to

346937