UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------:
JOSEPH J. BOOKLESS            :    CIVIL ACTION NO. 3:00CV 123 (WWE)
    Plaintiff,             :
                           :
v.                             :
                           :
RANDY IRELAND, JERRY SCULLY,  :    MARCH 4, 2004
BART DEELEY AND RAYMOND WALSH :
                           :
    Defendants.            :
------------------------------------------------:

## APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance, as counsel in this case for defendants, Randy Ireland, Jerry Scully, Bart Deeley and Raymond Walsh in addition to Attorney James Tallberg.

                                  RESPECTFULLY SUBMITTED,

                                  DEFENDANTS,
                                  RANDY IRELAND, JERRY SCULLY,
                                  BART DEELEY and RAYMOND WALSH

By: _____
    MATTHEW FREIMUTH, ESQ.
    Federal Bar Number Ct25245
    UPDIKE, KELLY & SPELLACY, P.C.
    One State St., P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. No. (860) 548-2600

355392

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Appearance has been sent via U.S. mail postage prepaid, this ___ day of March, 2004 to the following pro se parties of record:

Joseph J. Bookless
c/o MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

By: _____
MATTHEW FREIMUTH, ESQ.
Updike, Kelly & Spellacy, P.C.

355392