UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH J. BOOKLESS                CIVIL ACTION NO. 3:03CV123 (WWE)

    Plaintiff

V.

RANDY IRELAND, JERRY SCULLY,
BART DEELEY AND RAYMOND WALSH     MARCH 4, 2004

    Defendant

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT

Defendants, Randy Ireland, Jeremiah Scully, Bart Deeley and Raymond Walsh, respectfully object to the plaintiff's Motion for Judgment by Default, dated March 1, 2004. The plaintiff's motion is moot since the defendants complied with the plaintiff's discovery requests on March 2, 2004. Defendants' responses apparently crossed in the mail with plaintiff's motion. Defendants also object for the foregoing reasons:

    1. The plaintiff served upon defendants Plaintiff's First Set First Set of Interrogatories and Requests for Production, dated September 17, 2003.

    2. The defendants' responses to these requests were due on January 17, 2004.

355335

3. The plaintiff addressed the Interrogatories and Requests for Production to each of the four Defendants individually. Accordingly, the undersigned had to meet with and coordinate responses among each of the four defendants.

4. On October 24, 2003, the undersigned conducted the deposition of the plaintiff at the MacDougall Correctional Institution. The parties discussed the defendants' discovery responses and the undersigned represented that the defendants were working diligently to comply with the requests. The undersigned further represented that the process of compiling the responses was time consuming. The undersigned believed that the plaintiff understood that the process of adequately responding to the discovery requests had become time consuming. Indeed, the plaintiff accommodated previous requests for additional time and the plaintiff never filed a motion to compel discovery.

5. Shortly after the undersigned met with each of the defendants, discussed appropriate responses and objections to plaintiff's interrogatories, and gathered the necessary documents, the defendants submitted their responses to plaintiff's discovery requests.

6. These responses were mailed to the plaintiff on March 2, 2004, before defendants received notice of plaintiff's Motion for Judgment by Default.

7. The extreme sanction of a default judgment for a discovery delay should not be imposed in these circumstances, especially in light of the fact that defendants have now complied with the plaintiff's discovery request. See, e.g., U.S. Freight Co. v. Penn. Central Trans. Co., 716 F.2d 954,

355335

954 (2d Cir. 1983) ("[A] single pretrial violation . . . would not ordinarily result in an imposition of a sanction of such finality as striking defendants' answer and entering judgment by default.").

WHEREFORE, for the foregoing reasons, defendants respectfully request that this Court deny plaintiff's Motion for Judgment by Default.

        DEFENDANTS,
        RANDY IRELAND, JERRY SCULLY,
        BART DEELEY and RAYMOND WALSH

By: _____
        JAMES N. TALLBERG, ESQ.
        Fed. Bar No: ct17849
        MATTHEW FREIMUTH, ESQ.
        Fed. Bar No: ct25245
        Updike, Kelly & Spellacy, P.C.
        One State Street, P.O. Box 231277
        Hartford, CT 06123-1277
        Tel. (860) 548-2600

355335

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, this ___ day of March 2004, to the following pro se party of record:

Joseph J. Bookless
c/o MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
MATTHEW FREIMUTH
Updike, Kelly & Spellacy, P.C.

355335