UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAY 11 P 1:55

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| JOSEPH BOOKLESS | : | |
| | : | PRISONER |
| v. | : | Case No. 3:03CV1239(WWE)(HBF) |
| | : | |
| RANDY IRELAND, et al. | : | |

RULING AND ORDER

Plaintiff renews his request for appointment of pro bono counsel in this action pursuant to 28 U.S.C. § 1915. For the reasons set forth below, plaintiff's motion is denied.

In its ruling denying plaintiff's previous motion, the court indicated that the Second Circuit repeatedly has cautioned the district courts against the routine appointment of counsel, see, e.g., Hendricks v. Coughlin, 114 F.3d 390, 393 (2d Cir. 1997); Cooper v. A. Sargenti Co., 877 F. 2d 170, 172 (2d Cir. 1989), and requires that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991).

Plaintiff had attached to his previous motion, letters from two attorneys seeking more information or encouraging further contact. In addition, the court noted that plaintiff had not

sought legal assistance from Inmates' Legal Assistance Program. The court concluded that plaintiff had not demonstrated an inability to obtain sufficient legal assistance on his own and instructed plaintiff that he should contact Inmates' Legal Assistance Program.

In this motion, plaintiff states that Inmates' Legal Assistance Program will not assist inmates in any actions other than those challenging conditions of confinement. Although plaintiff states that he "has made every effort in an attempt to find counsel to assist in this matter," he does not indicate that he has made any further attempts to contact the two attorneys referenced above. The possibility that one of these attorneys may provide legal assistance or representation precluded granting plaintiff's motion at this time.

Plaintiff's motion for appointment of counsel [**doc. #23**] is **DENIED** without prejudice.

**SO ORDERED.**

Entered this \_\_11\_\_ day of May, 2004, at Bridgeport, Connecticut.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE