```
                                            FILED

                                       2004 JUN 24  P 6:04
        UNITED STATES DISTRICT COURT
           DISTRICT OF CONNECTICUT
                                       U.S. DISTRICT COURT
                                        BRIDGEPORT, CONN
```

JOSEPH BOOKLESS             CIVIL ACTION NO. 3:03CV123 (WWE)

Plaintiff,

v.

RANDY IRELAND, JERRY SCULLY,
BART DEELEY, AND
RAYMOND WALSH                JUNE 21, 2004

Defendants.

## MOTION TO COMPEL DISCOVERY

The Plaintiff respectfully moves this Court to compel the Defendants to provide Plaintiff with copies of all depositions they have taken, and any they make take in the future.

Plaintiff has asked the Defendants attorney to provide him with these copies. Plaintiff was told by Defendants attorney to obtain copies from the reporting service that recorded the depositions. Plaintiff is incarcerated and indigent. Plaintiff can not possibly afford to obtain copies from the reporting service. Plaintiff needs these copies to adequately prepare his case against Defendants.

Plaintiff would respectfully ask this Court to grant his foregoing motion.

                                    Respectfully submitted,

                                    *Joseph Bookless*
                                    Joseph Bookless
                                    Plaintiff

## CERTIFICATION

I hereby certify that a copy of the foregoing, Motion to Compel Discovery, has been sent via U.S. Mail, postage prepaid this 21st day of June 2004 to the following party of record:

Matthew Freimuth
Updike, Kelly & Spellacy
One State Street
Hartford, CT. 06123-1277

By: _____
Joseph Bookless
Plaintiff