# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSPEPH J. BOOKLESS | ) | CIVIL ACTION NO. 3:03CV123 (WWE) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY IRELAND, JERRY SCULLY, | ) | |
| BART DEELEY, AND | ) | |
| RAYMOND WALSH | ) | JULY 13, 2004 |
| | ) | |
| Defendants. | ) | |

## <u>DEFENDANT'S MOTION FOR EXTENSION OF TIME</u>

The defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh, by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully move for an extension of the scheduling order by thirty (30) days, file dispositive motions.  In particular, the parties request that the present dispositive motion deadline of July 14, 2004 be extended to August 14, 2004.

In support of this Motion, the undersigned represents the following:

1.      The plaintiff is a pro se party at MacDougall Corrections Institute which has made corresponding with the defendant and completing discovery somewhat difficult.

2.      A discovery motion, which the defendant will oppose, is presently pending before the Court.

3.      This is the first such request for an extension of time with regard to the scheduling order.

365585

4.      Jury selection is scheduled to begin on November 15, 2004.  The extension requested should not interfere with the parties' ability to proceed to trial on that date, if necessary

**WHEREFORE**, the defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh, requests that their Request for Extension of Time of thirty (30) days be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
RANDY IRELAND, JERRY SCULLY,
BART DEELY, AND RAYMOND WALSH

By:_____
    MATTHEW FREIMUTH, ESQ.
    Federal Bar Number Ct25245
    JAMES N. TALLBERG, ESQ.
    Federal Bar Number Ct17489
    UPDIKE, KELLY & SPELLACY, P.C.
    One State St., P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. No. (860) 548-2600

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail,

First Class, postage prepaid this 13th day of July 2004, to the following:

Joseph J. Bookless
c/o MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

By:_____
      MATTHEW FREIMUTH, ESQ.
      UPDIKE, KELLY & SPELLACY, P.C.