UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSPEPH J. BOOKLESS | ) | CIVIL ACTION NO. 3:03CV123 (WWE) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY IRELAND, JERRY SCULLY, | ) | |
| BART DEELEY, AND | ) | |
| RAYMOND WALSH | ) | JULY 14, 2004 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S
MOTION TO COMPEL DISCOVERY**

The defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh (collectively, "the Defendants"), by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully submit this opposition to plaintiff's Motion to Compel Discovery, dated June 21, 2004. Plaintiff's Motion to Compel should be denied for the following reasons:

1. Plaintiff requests that the Court compel the Defendants to provide him with copies of all deposition transcripts. Plaintiff apparently expects the Defendants to bear the costs of his request.

2. In support of his motion, the plaintiff states that he is "incarcerated and indigent" and that "he can not possibly afford to obtain copies from the reporting service."

3. Regardless of plaintiff's claims of indigence, "a prisoner plaintiff proceeding *in forma pauperis* may seek a waiver of certain pretrial filing fees, but there is no constitutional or statutory requirement that the government or Defendant pay for an indigent persons discovery efforts." See

368561

Smith v. Yarrow, 78 Fed. Appx. 529, 544 (6th Cir. 2003); see also Badman v. Stark, 139 F.R.D. 601, 605 (M.D. Pa. 1991) (noting that "civil litigants generally bear their own deposition expenses . . . [and] a plaintiff is not required to abidance the plaintiff's deposition expenses merely because the plaintiff is unable to pay for such costs and fees.").

4.  Accordingly, for the foregoing reasons alone, the plaintiff's motion to compel should be denied. Notwithstanding this objection, out of an abundance of fairness, the undersigned counsel for the Defendants will forward copies of transcripts of all depositions that have been conducted in this case. The undersigned will also attempt to make arrangements for reimbursement of the copying costs with the plaintiff.

**WHEREFORE**, the defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh, respectfully request that plaintiff's Motion to Compel Discovery be denied.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
RANDY IRELAND, JERRY SCULLY,
BART DEELY, AND RAYMOND WALSH

By:_____
MATTHEW FREIMUTH, ESQ.
Federal Bar Number Ct25245
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17489
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

Case 3:03-cv-00123-WWE    Document 27    Filed 07/16/2004    Page 3 of 4

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid this 14th day of July 2004, to the following:

Joseph J. Bookless
c/o MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

By:_____
      MATTHEW FREIMUTH, ESQ.
      UPDIKE, KELLY & SPELLACY, P.C.