# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSPEPH J. BOOKLESS ) | CIVIL ACTION NO. 3:03CV123 (WWE) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RANDY IRELAND, JERRY SCULLY, ) | |
| BART DEELEY, AND ) | |
| RAYMOND WALSH ) | JULY 13, 2004 |
| ) | |
| Defendants. ) | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

The defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh, by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully move for an extension of the scheduling order by thirty (30) days, file dispositive motions. In particular, the parties request that the present dispositive motion deadline of July 14, 2004 be extended to August 14, 2004.

In support of this Motion, the undersigned represents the following:

1. The plaintiff is a pro se party at MacDougall Corrections Institute which has made corresponding with the defendant and completing discovery somewhat difficult.

2. A discovery motion, which the defendant will oppose, is presently pending before the Court.

3. This is the first such request for an extension of time with regard to the scheduling order

365585