UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JOSEPH J. BOOKLESS            :
                              :           PRISONER
     v.                       :  Case No. 3:03CV123(WWE)(HBF)
                              :
RANDY IRELAND, et al.         :
```

RULING AND ORDER

Pending are defendants' motion for extension of time and plaintiff's motion to compel.

Defendants seek a thirty-day extension of time to file a motion for summary judgment. Defendants' motion [doc. #26] is GRANTED.

Plaintiff asks the court to order defendants to provide him copies of all depositions taken in this case. He states that when he asked defendants' attorney for copies he was told to purchase them from the reporting service. Plaintiff does not indicate how many depositions were taken or why he needs copies of all of them. Thus, he provides no information upon which the court could base a determination that defendants should be ordered to incur these costs. Plaintiff's motion to compel [**doc. #25**] is **DENIED** without prejudice. If defendants rely on any deposition testimony in their motion for summary judgment, the court asks that the entire transcript of that deposition be

included as an exhibit.

**SO ORDERED** this <u>19th</u> day of July, 2004, at Bridgeport, Connecticut.

```
                              /s/
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE
```