FILED

2004 JUL 30 P 2: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSPEPH J. BOOKLESS ) | CIVIL ACTION NO. 3:03CV123 (WWE) |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| RANDY IRELAND, JERRY SCULLY, ) | |
| BART DEELEY, AND ) | |
| RAYMOND WALSH ) | JULY 29, 2004 |
| ) | |
| Defendants. ) | |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Matthew Freimuth moves the Court for permission to withdraw his appearance filed on behalf of the defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh, in the above-captioned matter.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
RANDY IRELAND, JERRY SCULLY,
BART DEELY, AND RAYMOND WALSH

By: _____
MATTHEW FREIMUTH, ESQ.
Federal Bar Number Ct25245
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17489
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

369975

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid this 29 day of July 2004, to the following:

Joseph J. Bookless
c/o MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

By: _____
MATTHEW FREIMUTH, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.

369975

2