30

FILED
2004 JUL 30 P 2: 23
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSPEPH J. BOOKLESS | ) CIVIL ACTION NO. 3:03CV123 (WWE) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| RANDY IRELAND, JERRY SCULLY, | ) |
| BART DEELEY, AND | ) |
| RAYMOND WALSH | ) JULY 29, 2004 |
| | ) |
| Defendants. | ) |

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
05-04

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Matthew Freimuth moves the Court for permission to withdraw his appearance filed on behalf of the defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh, in the above-captioned matter.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
RANDY IRELAND, JERRY SCULLY,
BART DEELY, AND RAYMOND WALSH

By: /s/ Matthew Freimuth
MATTHEW FREIMUTH, ESQ.
Federal Bar Number Ct25245
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17489
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

2004 AUG -5 P 12: 13
U.S. DISTRICT COURT
BRIDGEPORT, CONN

369975