UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -5 P 5:11
U.S. DISTRICT COURT
BRIDGEPORT CONN.

JOSEPH BOOKLESS

    Plaintiff,

v.

RANDY IRELAND, JERRY SCULLY,
BART DEELEY, AND
RAYMOND WALSH

    Defendants.

CIVIL ACTION NO. 3:03CV123(WWE)

AUGUST 2, 2004

## PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION TO COMPEL DISCOVERY

Plaintiff would respond to Defendant's objection to the Motion to Compel with the following:

1. Defendant claims that Plaintiff expects him to bear the cost of providing copies. As all it would take is to run copies off Plaintiff fails to see the great cost this would involve.

2. It appears the Defendant's argument is that if Plaintiff cannot afford complete discovery, then he shouldn't receive discovery. Plaintiff believes this is hardly the intent of the framers of our Constitution. That justice is received only by those who can afford it.

3. When Plaintiff wrote to Defendant's attorney asking him to provide copies of the depositions, informing him that he couldn't afford to pay the reporting service, he was refused. Now that a Motion to Compel has been filed, Defendant's attorney is overflowing with, "an abundance of fairness."

For the foregoing reasons and in the spirit of a level playing field, the Plaintiff would respectfully request that his Motion to Compel Discovery be granted.

                                        RESPECTFULLY SUBMITTED,

                                        */s/ Joseph Bookless*
                                        Joseph Bookless
                                        Plaintiff

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via United States mail, First Class, postage paid this 2nd day of August 2004, to the following:

Matthew Freimuth
Updike, Kelly & Spellacy
One State Street, P.O. Box 231277
Hartford, CT. 06123-1277

By: _____
Joseph Bookless
Plaintiff