UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSPEPH J. BOOKLESS | CIVIL ACTION NO. 3:03CV123 (WWE) |
| Plaintiff, | |
| v. | |
| RANDY IRELAND, JERRY SCULLY, BART DEELEY, AND RAYMOND WALSH | AUGUST 13, 2004 |
| Defendants. | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

The defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh, by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully move for a second extension of the scheduling order by thirty (30) days, to file dispositive motions. In particular, the parties request that the present deadlines be extended as follows:

| | **Present Deadline** | **Proposed Deadline** |
|---|---|---|
| Dispositive Motions | August 14, 2004 | September 14, 2004 |

All other deadlines are similarly to be extended.

In support of this Motion, the undersigned represents the following:

1. The plaintiff is a pro se party at MacDougall Corrections Institute which has made completing discovery somewhat difficult.

2. The attorney primarily responsible for this matter is no longer with this firm and the undersigned requires additional time to evaluate the viability of a dispositive motion.

371358

3. This is the second such request for an extension of time with regard to the scheduling order.

4. Jury selection is scheduled to begin on November 15, 2004. This request should not delay the resolution of this case.

**WHEREFORE**, the defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh, requests that their Request for Extension of Time of thirty (30) days be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
RANDY IRELAND, JERRY SCULLY,
BART DEELY, AND RAYMOND WALSH

By: _____
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17489
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

371358

2

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid this 13th day of August 2004, to the following:

Joseph J. Bookless
c/o MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

By: _____
JAMES N. TALLBERG, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.

371358

3