UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JOSEPH J. BOOKLESS          :
                            :           PRISONER
       v.                   :  Case No. 3:03CV123(WWE)(HBF)
                            :
RANDY IRELAND, et al.       :
```

RULING AND ORDER

Defendants' second motion for extension of time to file a dispositive motion [doc. #33] is GRANTED. If defendants wish to file a motion for summary judgment, they shall do so on or before September 14, 2004.

**SO ORDERED** this 31st day of August, 2004, at Bridgeport, Connecticut.

```
                              /s/
                    HOLLY B. FITZSIMMONS
                    UNITED STATES MAGISTRATE JUDGE
```