UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSPEPH J. BOOKLESS | ) | CIVIL ACTION NO. 3:03CV123 (WWE) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY IRELAND, JERRY SCULLY, | ) | |
| BART DEELEY, AND | ) | |
| RAYMOND WALSH | ) | SEPTEMBER 14, 2004 |
| | ) | |
| Defendants. | ) | |

**LOCAL RULE 56 STATEMENT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Local Rules of Civil Procedure, the defendants Randy Ireland, Jerry Scully, Bart Deeley and Raymond Walsh respectfully offer the following Statement of Undisputed Material Facts in support of their Motion for Summary Judgment.

1.  On May 22, 2000, the defendants were all sworn members of the Naugatuck Police Department. Amended Complaint, ¶ 3; Answer, ¶ 3.

2.  On that date, plaintiff Joseph Bookless was charged with robbery in the first degree in violation of Connecticut General Statutes §53a-134 and interfering with an officer in violation of

374156

Connecticut General Statutes §53a-167a. <u>State v. Bookless</u>, 82 Conn. App. 216, 218 (2004), *cert. denied* 269 Conn. 903 (2004), attached as Exhibit 1.

3. The plaintiff's arrest was "as a result of the robbery of a store and the ensuing struggle with police officers." <u>Bookless</u>, 82 Conn. App. at 218.

4. At the trial on May 1, 2002, both Mr. Bookless and Lt. Jerry Scully testified. <u>See</u> Trial Transcript, <u>State v. Bookless</u> of 5/1/02, at 56, 98, attached as Exhibit 2.

5. Lt. Scully testified that Mr. Bookless ran from him, struggled with him, and that it took several officers to subdue him. <u>Id.</u> at 61-67.

6. Lt. Scully further testified that Mr. Bookless "was trying to get into his waistband. At one point he pushed up on the right, so I pushed up and away, and I unholstered my weapon, and Officer Deeley sent in his canine." <u>Id.</u> at 66.

7. Lt. Scully further testified that it took five officers and a canine to bring Mr. Bookless under control because "we had to overcome the resistance that he was giving us." <u>Id.</u> at 81.

8. Lt. Scully further testified that Mr. Bookless had an injured ankle, but they were unable to determine whether that injury was sustained during the struggle with police, from Mr. Bookless running from the police, or whether it was a preexisting injury. <u>Id.</u> at 87.

9. Mr. Bookless was carrying a box cutter with a single edge razor blade on it when he was arrested. <u>Id.</u> at 88.

374156

2

10. Mr. Bookless was addicted to heroin on the date of his arrest. Id. at 101.

11. Just prior to his arrest, he robbed cash from a restaurant, Anne Dante's, on North Main Street, Naugatuck, Connecticut. Id. at 100.

12. On May 1, 2002, on the charge of interfering with an officer, the jury was instructed that, "a person is guilty of interfering with an officer when he resists or endangers any peace officer in the performance of his duties." Id. at 151.

13. The jury was also instructed that, "for you to find the defendant guilty of that charge, the state must prove the following elements beyond a reasonable doubt: that the defendant resisted or endangered a peace officer; that the conduct of the defendant occurred while the peace officer was in the performance of his duties. That was number two. And three, that the defendant intended to resist or endanger a peace officer while the officer was in the performance of his duties." Id. at 151-152.

14. The jury was also instructed that, "'resisting' . . . means to oppose, quote, direct active force or quasi forcible means, and 'endanger' which means to expose to danger or harm." Id. at 152.

15. On May 1, 2002, a jury convicted Mr. Bookless on both charges. Id. at 160.

16. On June 12, 2002, Mr. Bookless was sentenced to a period of 25 years on the robbery charge, with a one year concurrent sentence on the interfering charge. See Sentencing Transcript of 6/12/02 at 6-7, attached as Exhibit 3.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
RANDY IRELAND, JERRY SCULLY,
BART DEELY, AND RAYMOND WALSH

By: _____
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17489
UPDIKE, KELLY & SPELLACY, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid this 14th day of September 2004, to the following:

Joseph J. Bookless
c/o MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

By: _____
JAMES N. TALLBERG, ESQ
UPDIKE, KELLY & SPELLACY, P.C.

374156

4