Motion

FILED

2004 OCT -5 A 11:53

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSPEPH J. BOOKLESS ) | CIVIL ACTION NO. 3:03CV123 (WWE) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RANDY IRELAND, JERRY SCULLY, ) | |
| BART DEELEY, AND ) | |
| RAYMOND WALSH ) | OCTOBER 4, 2004 |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF SCHEDULING ORDER

The defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh, by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully move for an extension of the Scheduling Order. In particular, the defendants request that the current trial date of November 15, 2004 be postponed until at least thirty days from the Court's Ruling on the defendants' Motion for Summary Judgment, dated September 14, 2004.

In support of this Motion, the undersigned represents the following:

1. The plaintiff is a pro se party incarcerated at MacDougall Corrections Institute.

2. The defendants' Motion for Summary Judgment seeks a dismissal of the entire Complaint and may avoid the necessity of trial preparation.

375715

3.  The undersigned is currently scheduled for trial before the Honorable Stephan Underhill in the case of <u>Kromhout v. Smolicz, et al.</u> No. 3:01-cv-01636 (SRU), with jury selection on **November 10, 2004** and evidence commencing on **November 15, 2004**.

4.  The undersigned cannot be on trial in two cases on the same date. Instead, in the interest of judicial economy, the trial in this action should be postponed until after the Court's ruling on the defendants' Motion for Summary Judgment.

5.  Because the plaintiff is pro se and incarcerated, the undersigned was unable to discuss this request and is unable to indicate whether the plaintiff consents or objects to this request.

**WHEREFORE**, the defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh, requests that their Request for Extension of Time be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
RANDY IRELAND, JERRY SCULLY,
BART DEELY, AND RAYMOND WALSH

By: _____
JAMES N. TALLBERG, ESQ.
Federal Bar Number Ct17489
UPDIKE, KELLY & SPELLACY, P.C.
One State St./P.O. Box 231277
Hartford, CT 06123-1277
Tel. No. (860) 548-2600

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid this 4th day of October 2004, to the following pro se party:

Joseph J. Bookless
c/o MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

By: _____
JAMES N. TALLBERG, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.