FILED

2004 OCT 15 P 3: 39

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH BOOKLESS                    CIVIL ACTION NO. 3:03CV123(WWE)

    Plaintiff

v.

RANDY IRELAND, JERRY SCULLY,
BART DEELEY, AND
RAYMOND WALSH                      OCTOBER 7, 2004

    Defendants

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The Plaintiff, respectfully moves for an extension of thirty (30) days, in which to respond to defendant's Motion for Summary Judgement.

In support of this Motion, plaintiff represents the following:

1. Plaintiff did not receive a copy of Defendant's Motion for Summary Judgement until two (2) days ago, October 5, 2004.

2. Plaintiff is a pro se party incarcerated at MacDougall Correctional Institution. This has meant that plaintiff has a limited access to legal books and the law library.

3. Plaintiff has a Motion to Compel Discovery filed with the Court in which he asks for copies of depositions taken by Defendant's attorney. Defendant's attorney has said that he would provide plaintiff with said copies but has failed to do so. These depositions are vital in plaintiff's response to the Motion for Summary Judgement.

4. Plaintiff has been subjected to various lock-downs which greatly hinders his time to prepare a response.

**WHEREFORE**, the Plaintiff, requests that his Motion For Extension Of Time of thirty (30) days be granted.

RESPECTFULLY SUBMITTED,

_____
Joseph Bookless
Plaintiff

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed in the United States Mail, First Class, postage prepaid this 9th day of October 2004 to the following:

James N. Tallberg
Updike, Kelly & Spellacy
One State St., P.O. Box 231277
Hartford, CT. 06123-1277

By: _Joseph Bookless_
Joseph Bookless
Plaintiff