UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JOSEPH J. BOOKLESS           :
                             :            PRISONER
     v.                      :  Case No. 3:03CV123(WWE)(HBF)
                             :
RANDY IRELAND, et al.        :
```

RULING AND ORDER

Defendants note that trial is scheduled to commence in this case on November 15, 2004, and ask that the trial date be postponed until at least thirty days from the date the court rules on their motion for summary judgment filed September 14, 2004. Plaintiff's response was due October 6, 2004.

Defendants' motion [**doc. #37**] is **GRANTED**. If defendants' motion for summary judgment is denied, in whole or in part, the court will issue a new trial date.

**SO ORDERED** this 15th day of October, 2004, at Bridgeport, Connecticut.

>                         /s/
>            HOLLY B. FITZSIMMONS
>            UNITED STATES MAGISTRATE JUDGE