UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH J. BOOKLESS | : | |
| | : | PRISONER |
| v. | : | Case No. 3:03CV123(WWE)(HBF) |
| | : | |
| RANDY IRELAND, et al. | : | |

RULING AND ORDER

Plaintiff seeks a thirty-day extension of time to respond to defendants' motion for summary judgment.[1]  Plaintiff's motion [**doc. #38**] is **GRANTED**.  Plaintiff shall file his response within **thirty (30)** days from the date of this order.

**SO ORDERED** this 22nd day of October, 2004, at Bridgeport, Connecticut.

        /s/
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

---

[1] In his motion, plaintiff references a pending motion to compel.  The court denied plaintiff's motion on July 20, 2004.  (See Doc. #29.)