FILED

2004 NOV 29 P 4:50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH BOOKLESS                CIVIL ACTION NO. 3:03CV123(WWE)

   Plaintiff

v.

RANDY IRELAND, JERRY SCULLY,
BART DEELEY, AND
RAYMOND WALSH                  NOVEMBER 22, 2004

   Defendants

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The Plaintiff, respectfully moves for an extension of thirty (30) days, in which to respond to defendant's Motion for Summary Judgement.

In support of this Motion, plaintiff represents the following:

Plaintiff is a pro se party incarcerated at MacDougall Correctional Institution and subject to limited access to the law library and also subject to lock downs at any time.

Plaintiff is still waiting to receive copies of depositions taken by defendants attorney of plaintiff's witnesses. In support of this claim, plaintiff encloses a copy of defendants Objection to plaintiff's Motion to Compel Discovery. Plaintiff has highlighted the pertinent paragraph in which defendants attorney states that he will forward copies of transcripts of all depositions that had been conducted. This Objection was dated July 14, 2004. Plaintiff is still waiting to receive said

copies. These copies are vital to preparing Plaintiff's response to Defendant's Motion for Summary Judgement. Plaintiff has written to Defendant's attorney requesting he forward these copies but has yet to receive a response.

In light of the foregoing, Plaintiff requests that his Motion Foe Extension Of Time of thirty (30) days be granted.

RESPECTFULLY SUBMITTED,

_____
Joseph Bookless
Plaintiff

## certification

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class postage prepaid this 22 day of November 2004, to the following:

James N. Tallberg
Updike, Kelly & Spellacy
One State St., P.O. Box 231277
Hartford, Ct. 06123-1277

By: _Joseph Bookless_
Joseph Bookless