UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSPEPH J. BOOKLESS | ) | CIVIL ACTION NO. 3:03CV123 (WWE) |
| | ) | (HBF) |
| Plaintiff, | ) | |
| v. | ) | |
| RANDY IRELAND, JERRY SCULLY, BART DEELEY, AND RAYMOND WALSH | ) | |
| Defendants. | ) | |
| | ) | DECEMBER 9, 2004 |

### DEFENDANTS' REPLY TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh, by and through their attorneys, Updike, Kelly & Spellacy, P.C., respectfully reply to the plaintiff's Motion for Extension of Time, dated November 22, 2004, and filed on or about December 4, 2004. The defendants do not object to a reasonable extension of time for the plaintiff to reply to the defendants' Motion for Summary Judgment; however, the defendants do not agree to allow the plaintiff to wait until he obtains copies of the deposition transcripts in this matter.

The defendants further reply as follows:

1.      By letter dated April 21, 2004, Attorney Matthew Freimuth informed the plaintiff that, "[i]n the event that we rely on any deposition transcripts in a dispositive motion, we will supply you with a copy of the relied upon transcripts when we make such a motion." See Freimuth letter to Bookless of 4/21/04 (attached hereto at Exhibit A).

382373

2.    In their Motion for Summary Judgment, dated September 14, 2004, the defendants did not rely on any deposition transcripts. Instead, they relied on the transcript from the plaintiff's May 1, 2002 criminal trial. The defendants provided the plaintiff with a complete copy of that transcript, at no charge.

3.    Although Attorney Freimuth indicated in his objection, dated July 14, 2004, that the defendants would provide the plaintiff with deposition transcripts, and that they would attempt to make arrangements with the plaintiff for the copying costs, on July 19, 2004, the Court ruled that the defendants only needed to provide plaintiff with deposition transcripts, "[i]f defendants rely on any deposition testimony in their motion for summary judgment . . ." Ruling and Order of 7/19/04 (Fitzsimmons, J.).

4.    Since the defendants have not relied on any deposition transcripts in their Motion for Summary Judgment, the deposition transcripts are not relevant at this juncture and the defendants are not obligated to provide them to the plaintiff free of charge.

5.    The defendants incurred in excess of $3,000 for the deposition transcripts alone, not counting attorney's fees related to the depositions. If plaintiff wishes to purchase the transcripts, he may do so by contacting Brandon Smith Reporting, 44 Capital Avenue, Hartford, CT 06106.

6.    The defendants do not object to a reasonable extension of time for the plaintiff to respond to the defendants' Motion for Summary Judgment, but that extension should not be premised on the defendants providing the plaintiff with deposition transcripts.

382373

WHEREFORE, the defendants, Randy Ireland, Jerry Scully, Bart Deely and Raymond Walsh, respectfully request that the Court set a reasonable deadline, in its discretion, for the plaintiff to respond to the defendants' Motion for Summary Judgment. The defendants further request that the deadline not be premised on the defendants being forced to provide the plaintiff with deposition transcripts.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
RANDY IRELAND, JERRY SCULLY,
BART DEELY, AND RAYMOND WALSH

By:_____
    JAMES N. TALLBERG, ESQ.
    Federal Bar Number Ct17489
    UPDIKE, KELLY & SPELLACY, P.C.
    One State St., P.O. Box 231277
    Hartford, CT 06123-1277
    Tel. No. (860) 548-2600

382373

3

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid this 9th day of December 2004, to the following pro se party:

Joseph J. Bookless
c/o MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

By: _____
JAMES N. TALLBERG, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.