# Updike, Kelly & Spellacy, P.C. — Counselors at Law

Hartford • New Haven

One State Street, P.O. Box 231277
Hartford, Connecticut 06123-1277
Telephone (860) 548-2600
Facsimile (860) 548-2680

**MERITAS**
LAW FIRMS WORLDWIDE

Matthew Freimuth
(860) 548-2664
(860) 548-2680 Fax
mfreimuth@uks.com

April 21, 2004

Joseph J. Bookless
c/o MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

Re: <u>Joseph Bookless v Randy Ireland, et al.</u>
    Case no. 3:00CV123(WWE)

Dear Mr. Bookless:

I write this in response to your letter, dated April 10, 2004, regarding outstanding discovery issues. First, you requested that we supply you with police reports related to your arrest. In particular, you have asked us to provide you with any police reports prepared by Officers Bart Deeley and Randy Ireland. A copy of Officer Deeley's report was supplied to you, along with Officer Deeley's responses to your Interrogatories, on March 2, 2004. For your convenience, I have enclosed an additional copy with this letter. Contrary to your assertion, Officer Ireland did not prepare a report in connection with your arrest.

Finally, you requested that we provide you with copies of deposition transcripts that have been taken in this case. Under the Federal Rules of Civil Procedure, each party typically bears its own discovery expenses. Accordingly, at this time we will not be providing you with copies of deposition transcripts. In the event that we rely on any deposition transcripts in a dispositive motion, we will supply you with a copy of the relied upon transcripts when we make such a motion. If you would like to obtain copies before then, please contact Brandon Smith Reporting Service. Brandon Smith provided Court reporters and transcription services for all the depositions. They may be reached at 44 Capitol Avenue, Hartford, CT 06106.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely yours,

*[signature]*

MATTHEW FREIMUTH

MSF/cmb
Enclosure
33960.190

360424