UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JOSEPH J. BOOKLESS            :
                              :           PRISONER
     v.                       :  Case No. 3:03CV123(WWE)(HBF)
                              :
RANDY IRELAND, et al.         :
```

RULING AND ORDER

Plaintiff seeks another thirty-day extension of time to respond to defendants' motion for summary judgment. In his motion, plaintiff states that although, in August 2004, defendants' counsel agreed to forward copies of deposition transcripts to him, he has not yet received the transcripts.

Plaintiff's motion [**doc. #41**] is **GRANTED**. Defendants' counsel shall deliver the agreed copies to plaintiff within **ten (10)** days from the date of this order. Plaintiff shall file his response within **thirty (30)** days from the date of this order.

**SO ORDERED** this 10th day of December, 2004, at Bridgeport, Connecticut.

                                    _____/s/_____
                                    HOLLY B. FITZSIMMONS
                                    UNITED STATES MAGISTRATE JUDGE