FILED

United States District Court
District of Connecticut

2004 DEC 27 P 4: 28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Joseph Bookless                    Civil Action No. 8:03 CV123 (WWE)

   Plaintiff,

v.

Randy Ireland, Jerry Scully,

Bart Deeley, and Raymond Walsh

   Defendants.                      December 21, 2004

Brief in Opposition to Defendants' Summary
Judgement Motion

This action is filed by pro-se plaintiff seeking damages based on the use of excessive force. Defendants have filed a motion for summary judgement as to the plaintiff's use of force claim against defendants Ireland, Scully, Deeley and Walsh, arguing that their conduct did not violate the Constitution.

The plaintiff's declaration submitted in response to the defendants' motion states that on May 22, 2000, the four defendants were involved in the arrest of the plaintiff. Although he offered no resistance, he was summarily kicked, beaten and attacked by K-9 Argo, which resulted in substancial injuries including dog bites and a fractured ankle.

The defendants' claim that while attempting to subdue the plaintiff, he resisted so violently they were unable to subdue him and had to employ K-9 Argo because of his continued physical

RESISTANCE. HIS INJURIES, THEY SAY, RESULTED FROM HIS OWN ACTIONS.

THERE ARE GENUINE ISSUES OF MATERIAL FACT
THAT PRECLUDE SUMMARY JUDGEMENT FOR THE DEFENDANTS
ON THE PLAINTIFFS' USE OF FORCE CLAIM.

SUMMARY JUDGEMENT IS TO BE GRANTED ONLY IF THE RECORD BEFORE
THE COURT SHOWS "THAT THERE IS NO GENUINE ISSUE AS TO ANY MATERIAL
FACT AND THAT THE MOVING PARTY IS ENTITLED TO A JUDGEMENT AS A
MATTER OF LAW." RULE 56 (C), FED. R. CIV. P. A "MATERIAL" FACT IS
ONE THAT "MIGHT AFFECT THE OUTCOME OF THE SUIT UNDER THE
GOVERNING LAW." ANDERSON v. LIBERTY LOBBY, INC., 477 U.S. 242,
248 (1986).

THE CLAIMS OF THE PLAINTIFF AND THE DEFENDANTS ARE
SQUARELY CONTRADICTORY AS TO WHAT FORCE WAS USED, AND WHY IT
WAS USED. THE ALLEGATIONS IN THE PLAINTIFF'S CLAIM PORTRAY A COM-
PLETELY NEEDLESS USE OF FORCE AGAINST AN INDIVIDUAL WHO WAS
FACE DOWN ON THE GROUND AND OFFERING NO RESISTANCE. THERE
ARE CLEARLY OTHER CONTRADICTIONS. AS ENCLOSURES SHOW, PLAINTIFF
SUFFERED SUBSTANTIAL INJURIES. CLEARLY MUCH MORE THAN A, "PUSH
OR SHOVE," DEFENDANT CITES IN HIS ARGUMENT FOR QUALIFIED
IMMUNITY. AS FOR THE COLLATERAL ESTOPPEL ISSUE, PLAINTIFF WAS
GUILTY OF INTERFERRING ONCE HE INITIALLY RAN FROM DEFENDANT SCULLY,
THIS ACTION SURELY DOES NOT GIVE THE DEFENDANTS A LICENSE TO
ASSAULT. THERE IS CLEARLY A GENUINE ISSUE OF FACT.

The factual dispute is also material. Under the governing law, whether the use of force violates the Constitution depends on whether it was "applied in a good faith effort or maliciously and sadistically to cause harm." Whitley v. Albers, 475 U.S. 312, 320-21, 106 S.Ct. 1078 (1986). The facts alleged by the plaintiff are evidence that the defendants were acting "maliciously and sadistically to cause harm"; they would support a jury verdict in the plaintiff's favor.

## Conclusion

For the foregoing reasons, the defendants' motion for summary judgement should be denied.

Respectfully submitted,

Joseph Bookless

JOSEPH BOOKLESS
Plaintiff

CERTIFICATION

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED IN THE U.S. MAIL, FIRST CLASS POSTAGE PREPAID THIS 22ND DAY OF DECEMBER 2004, TO THE FOLLOWING:

JAMES N. TALLBERG, ESQ.
UPDIKE, KELLY & SPELLACY
ONE STATE ST., P.O. BOX 231277
HARTFORD, CT. 06123-1277

By: Joseph Bookless
JOSEPH BOOKLESS
PLAINTIFF

Q    Well, it's a big range.  So it was across the street, the sidewalk, so he had to cross the street and then got a hundred feet into the parking lot?

A    Yes, he did.

Q    And that parking lot, that was a dirt parking lot?

A    Yes, it was.

Q    In fact, it's still a dirt parking lot, correct?

A    I don't know.

Q    Back then in May of 2000 it was dirt?

A    Yes, it was.

Q    It was not paved?

A    No, it was not.

Q    You indicated when you caught up with him you got him face down on the ground?

A    Yes.

Q    He struggled?

A    Yes, he did.

Q    At any time was he able to get up off the ground or was he always lying face down?

A    He was able to get up on his elbows, but he never physically stood up.

Q    Once he got up on his elbows you put him back down?

A    Yes, I did.

Q    Isn't it correct that he was telling you that he couldn't breath?

A    That's correct.

Q    When he started to run you were still in the car,

## Waterbury Hospital Health Center
### 64 Robbins Street, Waterbury, CT   06721
### Aftercare Instructions

### for JOSEPH BOOKLESS, Monday, May 22, 2000, 7:58 pm
### (Birthdate: 08/31/1951)

**IMPORTANT:** We have examined and treated you today on an emergency basis only. This is not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. It is impossible to recognize and treat all injuries or illnesses in a single Emergency Department visit. If you had special tests such as EKG's and X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After leaving, you should FOLLOW THE INSTRUCTIONS BELOW.

You were treated today by Robert Femia, M.D..

**FRACTURE** (Broken or cracked bone).
You have a broken ANKLE. Broken bones heal best when the pieces are put back together in their normal position. They should be held still for a number of weeks. The length of time depends on which bone is broken and how well your particular bones heal. The next time you see your doctor, he/she may be able to tell how long you will need a cast or splint.

For the first few days after a serious injury, it is important to do all you can to keep the swelling down. This is especially important if you have a cast. If there is **much** swelling in a cast, the part inside could get pinched.

**Do the following:**
- Keep the swelling down:
  - Keep your injury above the level of your heart **when** resting, if possible.
  - Apply ice packs 4 times a day for 20 minutes each time.
- Keep your injury wrapped when it is not propped up.

**Call your doctor if you have:**
- swelling, pain, numbness, tingling, coolness or color change beyond the cast or wrap.
- increased pain.
- any new or severe symptoms.

**CEPHALEXIN** (Keflex).
*********************************************************
Take this medicine **until gone** in the following dose: 500mg by mouth 3 times a day for 10 days.
*********************************************************
This medicine is an antibiotic. It treats infections caused by bacteria. Side effects may include: an upset stomach or diarrhea. Allergy would show up as: **rash or itching,** wheezing or shortness of breath. An upset stomach is not an allergy.

**Do the following:**
- Take this medicine until gone, even if you are feeling better.
- Shake the liquid form well before taking it. Store it in the refrigerator.
- Space the doses **evenly** throughout the day.
- If you miss a dose, take it as soon as possible. If it is almost time for your next dose, skip the missed dose. Do not double the doses.
- Store this medicine away from heat, moisture or direct light.

**Call your doctor if you have:**
- any sign of allergy.
- diarrhea or rash.
- any sign of a new infection (fever, general aches, sore throat or other discomfort).
- no improvement.
- any new or severe symptoms.

*********************************************************
### THESE ARE YOUR FOLLOW-UP INSTRUCTIONS!
*********************************************************
Call as soon as possible to arrange to be seen at the Chase Clinic in 1 day. You can reach the Chase Clinic at 573-7284, 64 Robbins Street, Waterbury, CT  06721.
*********************************************************
**AIR CAST SPLINT.**
*********************************************************
Wear your splint until you see you doctor again.
*********************************************************
A splint is used to keep an injured joint or bone secure. It reduces the pain and prevents more injury. The splint will firmly hold the injured part still. It should not be too tight.

**Do the following:**
- Watch for signs of a tight splint:
  - swelling
  - numbness
  - color change in the part beyond the splint
  - increased pain.

**Call your doctor if you have:**
- any sign of a tight splint.
- any new or severe symptoms.

**CRUTCHES.**
*********************************************************
Crutches give extra steadiness to people with injured feet or legs. They are not easy to use for beginners. Make sure

**Waterbury Hospital Health Center**
**64 Robbins Street, Waterbury, CT  06721**
**Aftercare Instructions**

for JOSEPH BOOKLESS, Monday, May 22, 2000, 7:58 pm
(Birthdate: 08/31/1951)

questions have been answered."

_____
Patient or Responsible Person

_____
Physician or Nurse

Dx: Dog Bites
Released from ED.

Dr M. Hleman

**CIGARETTE SMOKING.**    This  is  surely  your greatest health
problem! The  facts  are  clear  that cigarette smoking will
shorten your  life.  It  will  cause a great deal of illness
along the  way.  If  you  need  help  quitting, talk to your
regular doctor.

**SEATBELTS.** There  is  no  doubt  that  seatbelts save lives.
Every day  in  the  Emergency  Department  we see how people
without seatbelts are more severely hurt. We always
buckle-up! Please do the same!

Portions Copyrighted 1986-2000, LOGICARE Corporation.  Page 3, last page.

00-12137



1

00-12137



2

00-12137



6