DEC 27 2004

FILED
2005 FEB -2 P 3:52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

United States District Court
District of Connecticut

Joseph Bookless
    Plaintiff,

v.

Randy Ireland, Jerry Scully,
Bart Deeley, and Raymond Walsh
    Defendants.

Civil Action No. 3:03 CV123 (WWE)

December 21, 2004

## Plaintiff's Statement of Disputed Factual Issues

Defendants have moved for summary judgement on the plaintiff's claim concerning the use of force. The plaintiff submits the following list of genuine issues of material fact that require the denial of the defendants' motion.

1. Whether the plaintiff offered any resistance to defendant Scully before other defendants arrived.

2. Whether the plaintiff offered any resistance to defendants Ireland, Walsh and Deeley when they arrived;

3. Whether the plaintiff offered any resistance, once handcuffed, which caused defendant Deeley to order K-9 Argo to attack him.

4. Whether the force used by the defendants against the plaintiff was applied in a good-faith effort to maintain or subdue or maliciously and sadistically to cause harm.

5. Whether the plaintiff's injuries resulted from his own acts of resistance to the defendants or from their purposeful use of excessive and unnecessary force.

Respectfully submitted,

*Joseph Bookless*

Joseph Bookless

Plaintiff

CERTIFICATION

This is to certify that a copy of the foregoing was mailed in the U.S. Mail, First Class Postage Prepaid this 19th day of January 2005, to the following:

James N. Tallberg
Updike, Kelly + Spellacy
One State St., P.O. Box 231277
Hartford, CT. 06123-1277

By: _____
Joseph Bookless