DEC 27 2004

United States District Court
District of Connecticut

FILED
2005 FEB -2 P 3: 52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Joseph Bookless
   Plaintiff,

v.

Randy Ireland, Jerry Scully,
Bart Deeley, and Raymond Walsh
   Defendants.

Civil Action No. 3:03CV123 (WWE)

December 21, 2004

## Declaration in Opposition to Defendants' Motion for Summary Judgement

Joseph Bookless declares under penalty of perjury:

1. I am the Plaintiff in the above titled case. I make this declaration in opposition to defendants' motion for summary judgement on my claim concerning the use of excessive force by defendants Ireland, Scully, Deeley and Walsh.

2. The defendants' claim, in summary, that I violently resisted arrest and had to be subdued. They claim that they only used enough force to subdue me. They state that they employed a canine against me only after I had made it impossible for them to subdue me without it.

3. The defendants are not entitled to summary judgement because there are genuine issues of material fact to be resolved. These issues are identified in the accompanying Statement of Disputed Factual Issues filed by the plaintiff.

4. On May 22, 2000, I encountered defendant Scully who pointed his weapon at me and told me to freeze.

5. I ran across Spring Street then stopped and lay face down on the ground.

6. Defendant Scully then sat on top of me with his weapon pressed against my head telling me not to move. Making no attempt to handcuff me.

7. Defendants' Ireland, Deeley and Walsh arrived along with other Naugatuck Police officers. They proceeded, without warning to pile on top of me punching and kicking.

8. Defendant Ireland grabbed my right foot and bent it inward toward the center of my body, fracturing it. I was repeatedly yelling out that I couldn't breathe and tried to move my face to the side. Whenever I would do so I was punched in the face by defendants Scully and Walsh

9. During all this time I was face down on the ground offering no resistance.

10. I was then finally handcuffed and still face down on the ground when I was attacked by the K-9 Argo and bitten several times.

11. Contrary to defendants' claim, during these events I did not resist the officers in any fashion. Rather, I lay face down on the ground and tried to breathe between the defendants' blows.

12. Also contrary to defendants' claim, defendant Scully's testimony at my trial went basically unchallenged for two (2) reasons. One being that my trial attorney did not call any witnesses to contradict his testimony because he wanted to concentrate on the much more serious robbery charge. The other reason being that by initially running from defendant Scully, my attorney advised it was enough to convict me of interfering.

13. Also part of Defendant Scully's trial testimony on page 85 of the transcript when asked by my attorney if it was correct that I was telling him I couldn't breathe, he replied, "That's correct."

14. In support of this Declaration plaintiff encloses photographs of his injuries. As he is an incarcerated pro-se plaintiff he has no way to make copies of these color photos. These photos were supplied to plaintiff by the defendants and are numbered 1, 2 and 6.

15. The foregoing factual allegations create a genuine issue of material fact and will, if proved at trial, entitle me to judgement, as explained in the brief submitted with this declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*Joseph Bookless*

Joseph Bookless

CERTIFICATION

This is to certify that a copy of the foregoing was mailed in the U.S. mail, first class postage prepaid this 19th day of January 2005, to the following:

James N. Tallberg
Updike, Kelly & Spellacy
One State St., P.O. Box 231277
Hartford, CT. 06123-1277

BY: *Joseph Bookless*
JOSEPH BOOKLESS