# United States District Court
## District of Connecticut

FILED

2005 MAR -7  A 10: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Joseph J. Bookless
*Plaintiff*
v.

Randy Ireland, et al
*Defendant*

Case No.  3:03cv123(WWE)

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

**X**   All purposes except trial, unless the parties consent to trial before the magistrate judge

____   A ruling on all pretrial motions except dispositive motions

____   To supervise discovery and resolve discovery disputes

____   A ruling on the following motions which are currently pending:
Doc#

____   A settlement conference

____   A conference to discuss the following:

____   Other:


SO ORDERED this __7Th__ day of __March__, __2005__ at Bridgeport, Connecticut.

_____
Warren W. Eginton
Senior United States District Judge