UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 SEP -8 P 3: 24
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOSEPH BOOKLESS

PLAINTIFF

v.

RANDY IRELAND, JERRY SCULLY,

BART DEELEY AND RAYMOND WALSH

DEFENDANTS

CIVIL ACTION NO. 3:03cv123(WWE)

September 5, 2005

MOTION FOR APPOINTMENT OF COUNSEL

The Plaintiff respectfully moves this Court to appoint counsel to assist him in the above captioned matter. Plaintiff bases this motion on the phone call between him, this Court and the Defendant's coubsel. This phone conversation took place after the Court denied Defendants Motion for Summary Judgement. The Court asked Plaintiff if he would like counsel appointed to represent him and Plantiff said he would.

In light of the foregoing, Plaintiff would request that his Motion for Appointment of Counsel be granted.

Respectfully submitted,

Joseph Bookless
Plaintiff

CERTIFICATION

I hereby certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid, to the following counsel of record, this 5TH day of September 2005:

James N. Tallberg, Esq.
Updike, Kelly & Spallacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT. 06123-1277

By:
*Joseph Bookless*
JOSEPH BOOKLESS
PLAINTIFF