03CV123

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH BOOKLESS | : |
| v. | : CIVIL NO: 3:03CV123 (WWE) |
| RANDY IRELAND, JERRY SCULLY BART DEELEY and RAYMOND WALSH | : |

**RULING AND ORDER**

It appearing to the court that proper and effective judicial processing of the above-captioned matter cannot be achieved without appointment of counsel, the plaintiff's motion for appointment of counsel [Doc. #50] is hereby GRANTED.

The Clerk's office shall make reasonable efforts to appoint counsel for the plaintiff from the Civil Pro Bono Panel.

SO ORDERED at Bridgeport, Connecticut, this 26 day of September, 2005.

Holly B. Fitzsimmons
United States Magistrate Judge