UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH J. BOOKLESS

    v.                           CIVIL NO: 3:03CV123 (WWE) (HBF)

RANDY IRELAND, ET AL.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, Howard S. Master, Esquire of Wiggin & Dana, 265 Church Street, New Haven, Connecticut 06510, Tel: (203) 498-4317 is appointed as counsel for the plaintiff, Joseph Bookless, in the above-captioned case. Counsel is directed to file a pro bono appearance in this case as soon as possible.

Dated at Bridgeport, Connecticut this 6th day of December, 2005.

KEVIN F. ROWE, Clerk
By

  /s/ Cynthia Earle

Cynthia Earle,
Staff Attorney