UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH J. BOOKLESS, | |
| Plaintiff, | No. 3:03 CV 123 (WWE) (HBF) |
| v. | |
| RANDY IRELAND, JERRY SCULLY, BART DEELEY, & RAYMOND WALSH, | December 7, 2005 |
| Defendants. | |

## PRO BONO APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as Pro Bono Counsel in this case as counsel for plaintiff Joseph J. Bookless.

/s/ Howard S. Master
Howard S. Master (ct26855)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508
(203) 498-4400
(203) 782-2889 (fax)
hmaster@wiggin.com

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of December, 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

> James N. Tallberg, Esq.
> Updike, Kelly & Spellacy, P.C.
> One State Street
> P.O. Box 231277
> Hartford, CT 06123-1277

_____
Howard S. Master

\17977\1\566412.1