UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED

2005 DEC 16  P 12: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

JOSEPH J. BOOKLESS, )
)
Plaintiff, )      No. 3:03 CV 123 (WWE) (HBF)
)
v. )
)
RANDY IRELAND, JERRY SCULLY, )     December 7, 2005
BART DEELEY, & RAYMOND WALSH, )
)
Defendants. )

## PRO BONO APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as Pro Bono Counsel in this case as counsel for plaintiff Joseph J. Bookless.

*[signature]*
Howard S. Master (ct26855)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508
(203) 498-4400
(203) 782-2889 (fax)
hmaster@wiggin.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 7th day of December, 2005, a copy of the foregoing has been mailed, postage prepaid, to the following:

>James N. Tallberg, Esq.
>Updike, Kelly & Spellacy, P.C.
>One State Street
>P.O. Box 231277
>Hartford, CT 06123-1277

*/s/ Howard S. Master*
Howard S. Master

\17977\1\566412.1