UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Bookless**

                          3:03-CV-00123(WWE)

**v.**

**Ireland, et al.**

## PRETRIAL ORDER

This case is scheduled to begin trial the week of MAY 9, 2006. Jury selection will occur on MAY 9, 2006. By APRIL 7, 2006, each party shall exchange and file with the Court, in **duplicate**, Trial Memoranda which shall contain the following information:

1) Brief summary of case

2) Proposed Voir Dire

3) List of Witnesses

4) List of Exhibits

5) Deposition designations and cross-designations

6) Proposed **Jury instructions** and **Interrogatories** for Special Verdict forms **(with WordPerfect 10 disc)**.

Dated this January 12, 2006 at Bridgeport, Connecticut.

                                      _____/s/_____
                                      Warren W. Eginton
                                      Senior U.S. District Judge