UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH J. BOOKLESS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:03 CV 123 (WWE) (HBF) |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY IRELAND, JERRY SCULLY, | ) | February 23, 2006 |
| BART DEELEY, & RAYMOND WALSH, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO EXTEND DISCOVERY DEADLINE
## AND RENEW DISCOVERY REQUEST

### I.    Joint Motion to Extend Discovery Deadline

Plaintiff Joseph J. Bookless and Defendants Randy Ireland, Jerry Scully, Bart Deeley, and Raymond Walsh jointly respectfully move the Court to extend until March 31, 2006 the deadline for completion of the deposition of Defendant Scully. By Order dated December 8, 2005 ("December 8 Order"), the Court had instructed the parties to conduct depositions of all Defendants by February 27, 2006. Depositions of Defendants Ireland, Deeley, and Walsh were conducted on February 9 and 10, 2006, but Defendant Scully could not be deposed at that time because Scully is currently attending off-site training in Virginia and is not expected to return to Connecticut until late March 2006. Both parties consent to an extension of the discovery deadline for purposes of taking Defendant Scully's deposition. Such an extension would not

prejudice either party and would not interfere with preparations for trial, which Judge Eginton has scheduled to commence on May 9, 2006.

## II.    Plaintiff's Renewed Request for Depositions of Certain Trial Witnesses

Plaintiff also moves to renew his request for depositions of certain trial witnesses identified by Defendants.  Plaintiff seeks the opportunity to depose three police officers who have been identified in deposition testimony and other discovery materials as having information critical to the resolution of Plaintiff's claims.  These depositions would be brief and focused on matters directly relevant to the upcoming trial of this matter.  Plaintiff requests that he be granted until March 31, 2006 to complete these depositions.

Defendants identified sixteen new potential trial witnesses in a letter to Plaintiff's counsel dated November 22, 2005.  Plaintiff requested the opportunity to depose those witnesses prior to trial.  In its December 8 Order, the Court denied Plaintiff's request, but stated that if Plaintiff "is able to identify, either through the deposition testimony of defendants or after review of other discovery material, an individual whose deposition is necessary for a specific, articulable purpose, the plaintiff may renew this request." (December 8 Order at 2.)

Plaintiff has identified through deposition testimony of Defendants Ireland, Walsh and Deeley, and thorough review of additional discovery material, three witnesses among the sixteen listed in Defendants' November 22, 2005, letter whose depositions are necessary prior to trial. Permitting Plaintiff to depose Officers Peter Bosco, Robert Allen, and Rick Smolicz prior to trial would enable Plaintiff to better understand the facts and circumstances surrounding the arrest and Defendants' theory of the case.  It would also facilitate more informed and effective pretrial settlement discussions between the parties for the reasons stated below.

## A.    Officers Bosco and Allen

Officers Bosco and Allen, along with Defendants, used physical force on Plaintiff while effecting Plaintiff's arrest on May 22, 2000, and were therefore in a unique position to witness the acts that serve as the basis for Plaintiff's claims.  Without deposing Officers Bosco and Allen, however, Plaintiff has no way of learning prior to trial about their actions during the incident or their recollections of the incident.  Neither officer prepared a police report describing their roles in the incident, and Defendants Walsh, Ireland and Deeley have testified that they do not recall various aspects of Officers Bosco and Allen's involvement in the incident.  (*See* Ex. A, Deposition of Raymond Walsh ("Walsh Dep.") at 47, 51-52, 55; Ex. B, Deposition of Randy Ireland ("Ireland Dep"), at 74-76); Ex. C, Deposition of Bart Deeley ("Deeley Dep"), at 86, 93-94).

Officers Bosco and Allen's testimony will be critical to Defendants' theory of the case at trial.  While police reports prepared on the date of the incident assert that it was necessary to use a K-9 police dog on Plaintiff because Plaintiff's right side was unsecured (*see* Ex. D, Police Report of Lt. Jerry Scully ("Scully Report"), at 2; Ex. E, Police Report of Ptl. Bart Deeley ("Deeley Report"), at 2), Walsh, Ireland, and Deeley asserted at their depositions that it was necessary to use the K-9 because Officers Bosco and Allen were unable to secure Plaintiff's *left side* while attempting to effect his arrest.  (*See, e.g.,* Walsh Dep. at 55; Ireland Dep. at 43-44, 56-57, 74-76; Deeley Dep. at 93-94.)[1]  They do not recall, however, what Officers Bosco and Allen were doing to gain control over Plaintiff, or why those efforts were not succeeding.  (*See, e.g.,* Ireland Dep. at 76 ("Q: And are you aware if Officer Allen or Bosco applied any pain compliance techniques [on Plaintiff]?  A: You would have to ask them.").)  Officers Bosco and

---

[1] Plaintiff and Plaintiff's witnesses testified at their depositions that both of Plaintiff's sides were under control, and that Plaintiff was handcuffed, before the K-9 bit him.

Allen's testimony will thus be critical to shoring up Defendants' testimony concerning their recollection of the incident.   Knowing the content and effectiveness of this testimony prior to trial would facilitate Plaintiff's trial preparations and enable him to gain an informed view of the prospects for, and potential value of, any settlement of his claims.

**B.  <u>Sergeant Smolicz</u>**

Plaintiff has learned through deposition testimony and examination of discovery materials that Sergeant Smolicz played two critical roles in connection with Plaintiff's arrest. First, Smolicz was the individual who received the original telephone report of the robbery that led to Plaintiff's arrest and who relayed aspects of the report to Defendants and other officers. Second, Smolicz wrote a supervisor's report following the incident in which he concluded that use of the K-9 in connection with Plaintiff's arrest was appropriate and in accordance with departmental policies and procedures.  (*See* Ex. F, Police Report of Sgt. Rick Smolicz ("Smolicz Report"), at 2.) Defendant Deeley, the officer who directed the K-9 to bite Plaintiff, did not recall any investigation conducted by Sergeant Smolicz prior to preparation of the report, and did not recall ever seeing the report before his deposition.  (*See* Deeley Dep. at 178-80.)

Without deposing Sergeant Smolicz prior to trial, Plaintiff has no way to learn what, if any, investigation was conducted by Smolicz prior to issuing the supervisor's report. Defendants may rely on this report to support their claim that use of the K-9 was proper; thus, Plaintiff seeks the opportunity to inquire prior to trial into the facts and circumstances underlying the report.   Alternatively, if the report had been prepared without any investigation and Smolicz were to testify that he had knowledge of flaws in the other police reports, Plaintiff may seek to use this fact to support his contention that the police reports documenting the incident did not reflect what actually occurred during the incident.  Consequently, Plaintiff seeks the opportunity

to depose Sergeant Smolicz in order to learn what efforts were undertaken to investigate the use of a K-9 to bite Plaintiff and what evidence Smolicz believed supported his conclusion that the use of a K-9 was appropriate under the circumstances.

## III.  **Conclusion**

For the foregoing reasons, the parties respectively request a consented to extension of the deadline for completion of the deposition of Lt. Scully to March 31, 2006.  Plaintiff also respectfully requests that this Court grant his renewed request to depose Officers Peter Bosco, Robert Allen, and Rick Smolicz.  Plaintiff requests that he be granted until March 31, 2006 to complete these depositions.

DATED: February 23, 2006

Howard S. Master (ct26855)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508
(203) 498-4400
(203) 782-2889 (fax)
hmaster@wiggin.com

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of February, 2006, a copy of the foregoing has been

mailed, postage prepaid, to the following:

>       James N. Tallberg, Esq.
>       Karsten & Dorman, LLC
>       29 South Main Street
>       West Hartford, CT  06107

Dated: February 23, 2006

_Howard S. Master_

Howard S. Master

\17977\1\578683.2



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NO. 3:03 CV123 (WWE)

```
- - - - - - - - - - - - - - - - - -X
JOSEPH BOOKLESS,                  :
                PLAINTIFF         :
                                  :
VS.                               :
                                  :
RANDY IRELAND; JERRY SCULLY;      :
BART DEELEY; AND RAYMOND WALSH,   :
                DEFENDANTS        :
- - - - - - - - - - - - - - - - - -X
```

Deposition of RAYMOND WALSH
taken at the offices of Wiggin & Dana, One
Century Tower, New Haven, Connecticut
06508, before Clifford Edwards, LSR,
Connecticut License No. SHR.407, a
Professional Shorthand Reporter and Notary
Public, in and for the State of
Connecticut on February 9, 2006, at
10:19 a.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE

MADISON, CT  06443

HARTFORD          NEW HAVEN          STAMFORD

6b97deb2-5732-4d3b-a5c3-bf8b73820c14

Page 46

11:11:30 1      Q   Were there any other police vehicles at
11:11:32 2   the scene?
11:11:35 3      A   When I got there?
11:11:37 4          Just Lieutenant Scully.
11:11:39 5      Q   So what did you do?
11:11:41 6      A   I ran over to help him.
11:11:43 7      Q   Okay.  And how did you help?
11:11:47 8      A   Kind of was partly instructed from what
11:11:50 9   Lieutenant Scully was saying.
11:11:55 10         I took a hold of Mr. Bookless's right
11:12:00 11  wrist, his arm.
11:12:02 12     Q   Was Lieutenant Scully senior to you at
11:12:07 13  that point?
11:12:08 14     A   Yes.
11:12:08 15     Q   And you said he instructed you -- may have
11:12:10 16  instructed you?
11:12:11 17     A   Not to do what I did, but what he said
11:12:15 18  made me do what I did.
11:12:16 19     Q   And do you remember what he had said?
11:12:19 20     A   A whole bunch of things.  That he hadn't
11:12:24 21  found the weapon yet.
11:12:25 22         "He won't show me his hands.  He won't
11:12:29 23  take that other hand out from his waist" -- I mean,
11:12:33 24  a hundred things were probably said in a second.
11:12:36 25     Q   When he said, "He hasn't shown me the

Page 47

11:12:40 1   weapon yet" --
11:12:42 2      A   "Hasn't shown me his hands.  I don't know
11:12:45 3   where the weapon is."
11:12:46 4      Q   Okay.  Did you know what weapon he was
11:12:48 5   talking about?
11:12:49 6      A   At that time, I believe we knew it was a
11:12:53 7   knife.
11:12:53 8      Q   Do you remember how you knew that?
11:12:56 9      A   No.
11:12:57 10     Q   Was Mr. Bookless saying anything --
11:13:01 11         MR. TALLBERG:  Object to form.
11:13:02 12  BY MS. VALENTINE:
11:13:03 13     Q   -- when you approached Lieutenant Scully?
11:13:06 14     A   I don't know.
11:13:08 15     Q   And Sergeant Allen, did he also approach?
11:13:12 16     A   Yes.
11:13:12 17     Q   And what did he do?
11:13:14 18     A   He tried to get the left arm.
11:13:17 19     Q   And did he do so?
11:13:22 20     A   I don't know what Lieutenant Allen did, to
11:13:27 21  be honest with you.
11:13:29 22     Q   Could --
11:13:29 23     A   Sergeant Allen, I'm sorry.
11:13:31 24     Q   Could you see him?
11:13:33 25     A   Yeah.  We were only a width of a person

Page 48

11:13:36 1   apart.
11:13:36 2      Q   Okay.  And did Mr. Bookless continue
11:13:39 3   moving as he had been when you first saw him?
11:13:43 4      A   Yes.
11:13:44 5      Q   And how was that at this point?
11:13:47 6      A   Still resisting to give us his arms.  All
11:13:50 7   we wanted to do was cuff him.
11:13:52 8      Q   And where did you have ahold of him?
11:13:55 9          You said his wrist?
11:13:58 10     A   His wrist and right arm, trying to keep it
11:14:01 11  from going into his waistband from getting back
11:14:05 12  underneath him.
11:14:06 13     Q   And was he, at this point, still lying
11:14:09 14  down?
11:14:09 15     A   Yes.
11:14:09 16     Q   Face down?
11:14:10 17     A   Yes.
11:14:10 18     Q   And did you have both hands on him?
11:14:13 19         MR. TALLBERG:  Object to the form.
11:14:15 20     A   My both hands?
11:14:17 21         Yes.
11:14:17 22  BY MS. VALENTINE:
11:14:19 23     Q   At all points?
11:14:22 24         MR. TALLBERG:  Object to the form.
11:14:23 25     A   Who knows?

Page 49

11:14:26 1          My goal was to not let that right arm go
11:14:29 2   back into his waistband.
11:14:31 3   BY MS. VALENTINE:
11:14:31 4      Q   And what was the position of his right arm
11:14:33 5   in relation to his body --
11:14:36 6          MR. TALLBERG:  Object to form.
11:14:37 7   BY MS. VALENTINE:
11:14:37 8      Q   -- when you first took hold of his wrist?
11:14:40 9      A   Where was it before I grabbed his wrist?
11:14:44 10     Q   When you first grabbed it.
11:14:45 11     A   I have no idea.  I don't know.
11:14:52 12         It was just what I grabbed.  I don't know
11:14:55 13  where it was.  I'm sure he didn't hand it to me.
11:15:00 14     Q   So you grabbed it and then what?
11:15:02 15     A   And I held it there so it wouldn't go back
11:15:05 16  to his waistband.
11:15:06 17     Q   And were you able to do that?
11:15:08 18     A   Pretty much.  It's the only thing I set on
11:15:11 19  doing was just that.  So --
11:15:14 20     Q   Okay.  Once you got hold of Mr. Bookless's
11:15:33 21  wrist, where was Scully?
11:15:33 22         Where was Lieutenant Scully?
11:15:37 23     A   Toward his feet.
11:15:38 24     Q   Toward his feet?
11:15:41 25     A   Yes.

13 (Pages 46 to 49)

6b97deb2-5732-4d3b-a5c3-bf8b73820c14

Page 50

```
11:15:41  1      Q   And did Lieutenant Scully, at this point,
11:15:45  2   still have his gun out?
11:15:48  3      A   I don't know.
11:15:50  4      Q   Where were your eyes focused when you
11:15:52  5   first got hold of Mr. Bookless?
11:15:55  6      A   More toward Mr. Bookless's head.
11:15:59  7      Q   Okay. When you took hold of
11:16:02  8   Mr. Bookless's arm, did you say anything to him?
11:16:06  9      A   I don't know.
11:16:09 10      Q   Do you remember saying anything to him
11:16:12 11   during the struggle?
11:16:14 12      A   I don't know. I mean, I could have. I
11:16:16 13   don't know.
11:16:17 14          I wouldn't even be able to tell you right
11:16:20 15   now if I said anything what it was I said. I don't
11:16:23 16   know.
11:16:24 17      Q   And how long did you struggle with
11:16:26 18   Mr. Bookless?
11:16:30 19      A   I don't know. I can't put that into time.
11:16:36 20          I know he didn't want to be handcuffed, so
11:16:39 21   it was a little while. I don't know. I can't put
11:16:43 22   it to time.
11:16:45 23      Q   Would it have been more than ten minutes?
11:16:48 24      A   I have no idea.
11:16:51 25      Q   Is it that you can't remember?
```

Page 51

```
11:16:54  1      A   Yeah. I can't remember.
11:16:55  2          It's hard -- I can't remember. I can't
11:16:58  3   put that kind of resisting and struggling to do
11:17:01  4   something into time.
11:17:02  5      Q   Okay. Now, at this point, you had said
11:17:08  6   Sergeant Allen, Lieutenant Scully, and yourself were
11:17:14  7   near or in contact with Mr. Bookless?
11:17:18  8      A   Correct.
11:17:18  9      Q   Did any other officers arrive at the
11:17:20 10   scene?
11:17:20 11      A   Yes.
11:17:21 12      Q   Do you remember who they were?
11:17:23 13      A   Officer Bosco, and eventually Detective
11:17:27 14   Deeley.
11:17:33 15      Q   Do you remember at what point Officer
11:17:38 16   Bosco arrived?
11:17:39 17      A   No, I don't.
11:17:40 18      Q   Do you remember what Officer Bosco did
11:17:43 19   when he arrived?
11:17:44 20      A   He was trying to help get his left hand
11:17:46 21   out from under his waistband, underneath his body.
11:17:51 22      Q   His left hand was underneath his body?
11:17:55 23      A   Correct.
11:17:55 24      Q   And you said it was near his waistband?
11:17:59 25      A   Correct.
```

Page 52

```
11:18:00  1      Q   Could you see that from where you were
11:18:03  2   positioned?
11:18:04  3      A   Yeah. Yes.
11:18:09  4      Q   Do you remember anyone giving Mr. Bookless
11:18:12  5   any instructions about what to do with his left arm?
11:18:16  6      A   I'm sure everyone was yelling to just give
11:18:18  7   him his left arm.
11:18:21  8          I mean, I couldn't tell you what it was
11:18:22  9   they were saying to convince him to give it to us so
11:18:26 10   we can cuff him but, you know, it was pretty hectic.
11:18:31 11      Q   Okay. Was Officer Ireland there?
11:18:34 12          MR. TALLBERG: Object to the form.
11:18:35 13   BY MS. VALENTINE:
11:18:36 14      Q   Did Officer Ireland ever arrive at the
11:18:40 15   scene that you remember?
11:18:54 16      A   I don't remember when he got there. And
11:18:58 17   to be honest with you, I don't remember him ever
11:19:03 18   getting there.
11:19:04 19          I know he was there, and obviously in
11:19:08 20   reading all the reports. But that was something
11:19:11 21   that I was so caught up on, keeping his hand from
11:19:16 22   going back to his waistband that, you know, there
11:19:21 23   might even have been people to show up more that I
11:19:24 24   just don't know.
11:19:30 25      Q   You said you were focused on keeping his
```

Page 53

```
11:19:32  1   hand from his waistband?
11:19:35  2      A   Correct.
11:19:35  3      Q   What were you concerned about?
11:19:37  4          What were you concerned would happen if he
11:19:41  5   got his hand to his waistband?
11:19:43  6      A   Because we knew we didn't have a weapon
11:19:47  7   yet, he would get to a weapon.
11:19:49  8      Q   And what was that weapon?
11:19:51  9      A   A knife.
11:19:52 10      Q   A knife. Okay.
11:19:53 11          And Sergeant Allen was trying to take hold
11:19:57 12   of the left arm, you said?
11:19:59 13      A   Correct.
11:20:01 14      Q   Do you know if he was ever able to do so?
11:20:07 15      A   Eventually we cuffed him.
11:20:10 16      Q   Okay. You also said Officer Deeley
11:20:13 17   arrived at the scene?
11:20:14 18      A   Correct.
11:20:15 19      Q   Do you remember when he arrived?
11:20:18 20      A   No, I don't.
11:20:20 21      Q   What's the first thing you remember about
11:20:24 22   Officer Deeley's involvement in the struggle?
11:20:33 23      A   The dog coming.
11:20:35 24      Q   You remember the dog coming?
11:20:39 25      A   Uh-huh.
```

Del Vecchio Reporting
(203) 245-9583

6b97deb2-5732-4d3b-a5c3-bf8b73820c14

## Page 54

| | | |
|---|---|---|
| 11:20:39 | 1 | Q   What was the name of the dog? |
| 11:20:41 | 2 | A   Argot. |
| 11:20:42 | 3 | Q   And did you recognize the dog? |
| 11:20:44 | 4 | A   Yes. |
| 11:20:45 | 5 | Q   At that time in 2000, was Argot the only |
| 11:20:48 | 6 | canine in the police department? |
| 11:20:49 | 7 | A   I don't know. |
| 11:20:50 | 8 | I know we had two dogs at one point in |
| 11:20:53 | 9 | time, but I don't remember when the second one came |
| 11:20:56 | 10 | along. |
| 11:20:56 | 11 | Q   Do you remember hearing anything before |
| 11:21:00 | 12 | seeing the dog coming? |
| 11:21:01 | 13 | A   No. |
| 11:21:03 | 14 | Q   Where was Argot coming from? |
| 11:21:06 | 15 | A   From my rear. |
| 11:21:07 | 16 | Q   So, at this point, you were still on |
| 11:21:09 | 17 | Mr. Bookless's right arm? |
| 11:21:11 | 18 | A   Correct. |
| 11:21:12 | 19 | Q   And do you have control of the right arm? |
| 11:21:14 | 20 | A   For the most part. |
| 11:21:15 | 21 | Q   And where do you remember Lieutenant |
| 11:21:17 | 22 | Scully? |
| 11:21:18 | 23 | A   At the feet. |
| 11:21:19 | 24 | Q   And when you say "for the most part," what |
| 11:21:22 | 25 | do you mean by that? |

## Page 55

| | | |
|---|---|---|
| 11:21:24 | 1 | A   I still had a -- it wasn't like I had it |
| 11:21:27 | 2 | locked up to the point where he couldn't keep |
| 11:21:30 | 3 | moving. |
| 11:21:30 | 4 | He was doing a good job resisting what I |
| 11:21:33 | 5 | was trying to accomplish, and that was to keep his |
| 11:21:36 | 6 | arm from going back under. |
| 11:21:38 | 7 | Q   Okay.  And Lieutenant Scully was at the |
| 11:21:41 | 8 | feet. |
| 11:21:41 | 9 | And Sergeant Allen, where was he? |
| 11:21:44 | 10 | A   On the left side. |
| 11:21:46 | 11 | Q   And Officer Bosco, where was he? |
| 11:21:48 | 12 | A   The left side. |
| 11:21:49 | 13 | Q   And Mr. Bookless's left arm, do you |
| 11:21:53 | 14 | remember how his arm was as Argot was coming? |
| 11:22:00 | 15 | A   Underneath his -- |
| 11:22:02 | 16 | Q   Underneath him? |
| 11:22:04 | 17 | A   Underneath his belly. |
| 11:22:06 | 18 | Q   So you see the dog coming from your rear? |
| 11:22:09 | 19 | A   I took a quick glance to see the dog, |
| 11:22:12 | 20 | yeah. |
| 11:22:13 | 21 | Q   Do you remember hearing anything at that |
| 11:22:15 | 22 | moment? |
| 11:22:17 | 23 | A   No. |
| 11:22:17 | 24 | MR. TALLBERG:  Object to the form. |
| 11:22:20 | 25 | THE WITNESS:  I'm sorry. |

## Page 56

| | | |
|---|---|---|
| 11:22:20 | 1 | BY MS. VALENTINE: |
| 11:22:21 | 2 | Q   And what do you do -- |
| 11:22:23 | 3 | MR. TALLBERG:  Object to the form. |
| 11:22:24 | 4 | BY MS. VALENTINE: |
| 11:22:24 | 5 | Q   -- as you see the dog coming? |
| 11:22:26 | 6 | A   Hang on. |
| 11:22:27 | 7 | Q   Hang on to the arm? |
| 11:22:28 | 8 | A   Uh-huh. |
| 11:22:29 | 9 | Q   And what does Argot do? |
| 11:22:32 | 10 | A   He comes in behind me and gets |
| 11:22:39 | 11 | Mr. Bookless in the right armpit. |
| 11:22:43 | 12 | Q   And do you continue to hold on to |
| 11:22:46 | 13 | Mr. Bookless's arm? |
| 11:22:49 | 14 | A   For whatever I could, yeah. |
| 11:22:50 | 15 | Q   Does Mr. Bookless say anything at this |
| 11:22:53 | 16 | point? |
| 11:22:53 | 17 | A   I don't know.  I'd have to imagine he did. |
| 11:22:59 | 18 | MR. TALLBERG:  Object to the -- well, |
| 11:23:01 | 19 | strike that. |
| 11:23:02 | 20 | BY MS. VALENTINE: |
| 11:23:11 | 21 | Q   We had talked earlier about the canine |
| 11:23:14 | 22 | policy. |
| 11:23:15 | 23 | Did you ever hear anyone tell you to stand |
| 11:23:19 | 24 | back? |
| 11:23:19 | 25 | A   No. |

## Page 57

| | | |
|---|---|---|
| 11:23:20 | 1 | Q   Did you stand back? |
| 11:23:23 | 2 | A   No. |
| 11:23:25 | 3 | Q   And you say Argot took hold of |
| 11:23:28 | 4 | Mr. Bookless? |
| 11:23:29 | 5 | A   Correct. |
| 11:23:30 | 6 | Q   And what did he do -- just once till you |
| 11:23:32 | 7 | took hold and stayed? |
| 11:23:36 | 8 | A   It happened so fast. |
| 11:23:39 | 9 | Eventually the dog broke off and we were |
| 11:23:43 | 10 | able to cuff him. |
| 11:23:45 | 11 | Q   You say "eventually the dog broke off." |
| 11:23:48 | 12 | Did he do that on command? |
| 11:23:50 | 13 | A   I couldn't -- I don't -- I don't know. |
| 11:23:55 | 14 | I can't answer for that.  I don't know |
| 11:23:57 | 15 | what the dog does. |
| 11:24:00 | 16 | Q   Do you remember hearing a command -- |
| 11:24:02 | 17 | A   No. |
| 11:24:02 | 18 | Q   Argot releases. |
| 11:24:08 | 19 | At that point, are you still struggling? |
| 11:24:11 | 20 | A   Not like it was prior. |
| 11:24:13 | 21 | Q   In what sense? |
| 11:24:16 | 22 | A   That all we wanted to do is get his left |
| 11:24:19 | 23 | hand out so we can cuff him, and that accomplished |
| 11:24:22 | 24 | it. |
| 11:24:22 | 25 | Q   How did you get the left hand out? |

Del Vecchio Reporting
(203) 245-9583

6b97deb2-5732-4d3b-a5c3-bf8b73820c14

**B**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NO. 3:03 CV123 (WWE)

- - - - - - - - - - - - - - - - - -X
JOSEPH BOOKLESS,                     :
                   PLAINTIFF         :
                                     :
VS.                                  :
                                     :
RANDY IRELAND; JERRY SCULLY;         :
BART DEELEY; AND RAYMOND WALSH,      :
                   DEFENDANTS        :
- - - - - - - - - - - - - - - - - -X


                    Deposition of RANDY IRELAND,
          taken at the offices of Wiggin & Dana,
          One Century Tower, New Haven, Connecticut
          06508, before Clifford Edwards, LSR,
          Connecticut License No. SHR.407, a
          Professional Shorthand Reporter and Notary
          Public, in and for the State of
          Connecticut on February 9, 2006, at
          2:03 p.m.



             DEL VECCHIO REPORTING SERVICES, LLC
             PROFESSIONAL SHORTHAND REPORTERS
                     117 RANDI DRIVE

                   MADISON, CT  06443


     HARTFORD          NEW HAVEN          STAMFORD

a18c70ed-d9c7-4bcf-951e-f0032276963d

Page 42

```
14:47:09  1      A  They were all pretty much on him. You had
14:47:15  2  Detective Walsh on the side closest to Spring
14:47:20  3  Street. You had Lieutenant Scully, I believe, was
14:47:23  4  right there with him. And then on the other side,
14:47:26  5  you had Bosco and Sergeant Allen.
14:47:30  6      Q  When you say "closest to Spring Street" --
14:47:33  7      A  Uh-huh.
14:47:36  8      Q  I guess which way were -- which way was
14:47:39  9  Mr. Bookless facing?
14:47:40 10         Where were his feet?
14:47:42 11      A  His feet was facing towards Bridge Street.
14:47:54 12         This is Bridge, this is Spring. His feet
14:47:57 13  was facing that way. His head was facing this way.
14:48:01 14      Q  So Mr. Bookless was faced parallel to
14:48:04 15  Spring Street?
14:48:05 16      A  Yes.
14:48:06 17      Q  And his head was which direction?
14:48:09 18      A  I don't recall. I remember him throwing
14:48:12 19  his head back and forth.
14:48:16 20      Q  Okay. So can you explain to me again
14:48:18 21  where the officers were?
14:48:20 22         MR. TALLBERG: Objection to form.
14:48:21 23         At which point?
14:48:22 24  BY MS. AMANKULOR:
14:48:22 25      Q  When you first arrived, when you saw Walsh
```

Page 43

```
14:48:26  1  and Bosco and Allen.
14:48:28  2      A  Every -- let me just try to explain.
14:48:30  3  Everything happened within split seconds. It's not
14:48:35  4  like they arrived and then, you know, ten minutes
14:48:41  5  later I arrived.
14:48:44  6         Everybody was basically converging at the
14:48:48  7  same time. Like I said, Detective Walsh was on the
14:48:53  8  right arm, Bosco and Sergeant Allen was trying to
14:49:01  9  get the left arm out from underneath him, and
14:49:06 10  Lieutenant Scully was by Detective Walsh.
14:49:14 11      Q  And so what was the first thing that you
14:49:16 12  did when you saw --
14:49:20 13      A  Well, I saw --
14:49:22 14         MR. TALLBERG: Object to the form.
14:49:26 15  BY MS. AMANKULOR:
14:49:27 16      Q  I'm sorry, I didn't finish the question.
14:49:29 17  I apologize.
14:49:31 18         (THEREUPON, THERE WAS A DISCUSSION
14:49:31 19         OFF THE RECORD.)
14:49:31 20  BY MS. AMANKULOR:
14:49:36 21      Q  So when -- I just want to be clear about
14:49:40 22  what you saw when you arrived.
14:49:46 23      A  Okay.
14:49:46 24      Q  Were any of the officers on his arms or --
14:49:50 25         MR. TALLBERG: Object to the form.
```

Page 44

```
14:49:51  1  BY MS. AMANKULOR:
14:49:52  2      Q  -- did they have ahold of his arms?
14:49:57  3      A  From what I remember, they were trying to
14:49:59  4  get control of his arms.
14:50:00  5      Q  How were they trying to do that?
14:50:03  6      A  By getting his arms out from underneath
14:50:07  7  him. You know, trying to pull his arms out from
14:50:15  8  underneath him. I mean, that's --
14:50:18  9      Q  Did you see whether or not Allen or Bosco
14:50:23 10  had a hold on Mr. Bookless's left arm?
14:50:26 11      A  I believe they had him, you know, by the
14:50:29 12  bicep and the tricep but they could not get the arm
14:50:37 13  out from underneath him.
14:50:41 14      Q  So where exactly was Mr. Bookless's arm?
14:50:43 15  When you say "underneath him," can you explain that
14:50:47 16  a little more?
14:50:48 17      A  It was underneath his body towards his
14:50:51 18  midsection.
14:50:52 19      Q  And Officer Allen and Bosco were not able
14:50:55 20  to pull his arm out from underneath him?
14:50:58 21      A  Not at that point, no.
14:51:00 22      Q  And how about his right arm?
14:51:03 23      A  I believe his right arm was out from
14:51:06 24  underneath him, but he was still, you know, flailing
14:51:10 25  it around and trying to get it away from Detective
```

Page 45

```
14:51:14  1  Walsh and Lieutenant Scully.
14:51:21  2      Q  Did Detective Walsh have a grasp on his
14:51:24  3  arm?
14:51:25  4      A  It appeared to me that, you know, he did
14:51:30  5  and he didn't and he did. I mean, this guy was
14:51:33  6  actively fighting with us. You know, it's --
14:51:38  7      Q  He was face down on the ground.
14:51:41  8         Is that right?
14:51:42  9      A  Yes.
14:51:42 10      Q  And where exactly was Scully?
14:51:46 11      A  I believe Scully was more towards the
14:51:50 12  head, but I'm not positive.
14:51:53 13      Q  Towards his head.
14:51:54 14         When you say you're not -- what makes you
14:51:57 15  think that Lieutenant Scully was --
14:51:59 16      A  For some reason, I'm thinking that
14:52:02 17  Lieutenant Scully was -- had his knees -- his knee
14:52:06 18  in between his shoulder blades at times. Which
14:52:12 19  would be, once again, an approved technique.
14:52:16 20      Q  Did you witness Mr. Bookless's legs when
14:52:21 21  you arrived?
14:52:22 22      A  I did.
14:52:23 23      Q  What was he doing with his legs?
14:52:26 24      A  Trying to get up, kicking, flailing them
14:52:31 25  around, trying to get on his knees to get leverage
```

12 (Pages 42 to 45)

a18c70ed-d9c7-4bcf-951e-f0032276963d

Page 54

15:02:20 1    MR. TALLBERG: Want to take a break?
15:02:22 2    THE WITNESS: No.
15:02:23 3  BY MS. AMANKULOR:
15:02:23 4    Q  What was the position of Officer Walsh?
15:02:28 5    MR. TALLBERG: Objection to the form.
15:02:30 6    Could you be more specific?
15:02:32 7    MS. AMANKULOR: Sure.
15:02:32 8  BY MS. AMANKULOR:
15:02:33 9    Q  While you -- at the time you had
15:02:34 10  Mr. Bookless's legs in a hold, what position was
15:02:39 11  Detective Walsh in?
15:02:42 12    A  What position was he in?
15:02:44 13    Q  Was he standing?
15:02:45 14    A  I don't recall if he's standing or if he
15:02:48 15  was on his knees. I don't recall.
15:02:51 16    Q  Do you remember if he was grabbing
15:02:53 17  Mr. Bookless?
15:02:55 18    A  I remember he was -- had his arm. I mean,
15:03:00 19  I don't remember if he maintained total control over
15:03:05 20  it. I had my own problems going on on the lower
15:03:08 21  extremities of Mr. Bookless.
15:03:11 22    Q  And where is -- at and the time that you
15:03:15 23  had the hold on Mr. Bookless's legs, where was
15:03:20 24  Lieutenant Scully?
15:03:20 25    A  He was repositioning himself. I remember

Page 55

15:03:27 1  that. I mean, there was nobody that stayed in just
15:03:31 2  one position. I mean, everybody was trying to get
15:03:35 3  where they could get Bookless's hands and handcuff
15:03:41 4  him so that the fight would be over.
15:03:43 5    Q  But what positions was he moving?
15:03:45 6    I mean, where was he?
15:03:46 7    Was he --
15:03:47 8    A  I honestly don't remember. You would have
15:03:52 9  to ask Lieutenant Scully.
15:03:57 10    MR. TALLBERG: Could we maybe take a
15:03:57 11    break at this point?
15:04:03 12    MR. MASTER: Sure.
15:04:04 13    MR. TALLBERG: We've been going about
15:04:09 14    an hour.
15:04:11 15    MR. MASTER: Sure.
15:04:11 16    (THEREUPON, THERE WAS A RECESS
15:04:11 17    TAKEN.)
15:11:13 18  BY MS. AMANKULOR:
15:11:17 19    Q  Okay. Let's go back to the point in time
15:11:20 20  right after you had put a hold on each of
15:11:24 21  Mr. Bookless's legs.
15:11:30 22    MR. TALLBERG: Object to the form.
15:11:31 23  BY MS. AMANKULOR:
15:11:31 24    Q  I haven't finished my question.
15:11:37 25    Immediately after you had taken ahold of

Page 56

15:11:42 1  Mr. Bookless's legs, what were the other officers
15:11:46 2  doing?
15:11:47 3    Specifically, what was Lieutenant Scully
15:11:50 4  doing?
15:11:53 5    A  You would have to ask Lieutenant Scully.
15:11:56 6    I mean, I -- everything was going on so
15:12:00 7  quick.
15:12:01 8    Q  You don't remember seeing him?
15:12:03 9    A  Oh, I remember seeing him. I don't
15:12:05 10  remember seeing him at the exact point in time that
15:12:08 11  you're asking me though. You know, I don't know if
15:12:11 12  he was standing. I don't know if he was holstering
15:12:15 13  his weapon at that point, you know?
15:12:16 14    I mean, at that point, I'm, like Detective
15:12:18 15  Walsh, you know, I'm concentrating on my job of
15:12:23 16  trying to keep his legs under control.
15:12:26 17    Q  And the other officers, Bosco and Allen?
15:12:31 18    A  They're, from what I remember, they're
15:12:34 19  still trying to get his arm out from underneath him.
15:12:38 20    Q  How do you know that?
15:12:40 21    A  Because I'm right there. I mean, I see
15:12:43 22  him -- I remember seeing him on an arm. I remember
15:12:49 23  seeing Lieutenant Scully near the head. I mean --
15:12:52 24    MR. TALLBERG: For the record, the
15:12:54 25    officer is pointing towards Detective

Page 57

15:12:56 1    Walsh.
15:12:59 2    A  I remember Bosco and Sergeant Allen
15:13:06 3  fighting with him up until the point where Argot
15:13:11 4  came into it. I mean, I don't know what else you're
15:13:14 5  looking for here.
15:13:16 6  BY MS. AMANKULOR:
15:13:16 7    Q  Can you just describe what they were doing
15:13:18 8  so that you knew they were trying to get to his left
15:13:22 9  arm?
15:13:23 10    A  I remember them keep on telling him to
15:13:32 11  give up his arm, give up his arm, and trying to pull
15:13:36 12  it from underneath him.
15:13:38 13    Q  Were the officers saying anything else?
15:13:41 14    A  I remember myself saying, "Stop
15:13:43 15  resisting," you know. You know, I mean, it was all
15:13:47 16  going on so quick.
15:13:48 17    Q  Did you hear Mr. Bookless say anything?
15:13:51 18    A  As I said before, the only thing I
15:13:54 19  remember him saying was, "I can't breathe."
15:13:56 20    Q  Do you remember at what point he said
15:13:59 21  that?
15:14:01 22    A  That was before Argo hit.
15:14:05 23    Q  Did he say it more than once?
15:14:07 24    A  No. I only remembered him saying it once
15:14:12 25  But, I mean, it's -- it's been my experience that if

15 (Pages 54 to 57)

a18c70ed-d9c7-4bcf-951e-f0032276963d

Page 74

15:31:54  1   station what did you do?
15:31:56  2        A   We processed him.
15:32:04  3            MS. AMANKULOR:  Can we take a break
15:32:05  4   actually for a second?
15:32:09  5            MR. MASTER:  Sure.
15:32:24  6            (THEREUPON, THERE WAS A RECESS
15:32:24  7            TAKEN.)
15:40:47  8   BY MS. AMANKULOR:
15:40:52  9        Q   I just want to go back for a second just
15:40:55 10   to clarify some things for myself if that's okay
15:40:59 11   with you.
15:41:00 12        A   Okay.
15:41:00 13        Q   Back to before Argo bit Mr. Bookless you
15:41:07 14   testified that you had his legs, Officer Scully --
15:41:14 15   Lieutenant Scully was somewhere on him, you're
15:41:17 16   unclear where, and then Detective Walsh had his
15:41:24 17   right arm, was on his right arm, and Officers Allen
15:41:28 18   and Bosco were on his left arm.
15:41:31 19        Now, I just want you to concentrate a little
15:41:34 20   bit on the left arm.
15:41:36 21            MR. TALLBERG:  Object to the form,
15:41:37 22   but please proceed.
15:41:40 23   BY MS. AMANKULOR:
15:41:40 24        Q   Why were Officers Allen and Bosco unable
15:41:44 25   to restrain Mr. Bookless's left arm from what you

Page 75

15:41:50  1   could see?
15:41:52  2        A   Why were they unable to?
15:41:57  3        Q   Uh-huh.
15:41:59  4        A   Have you ever tried to move somebody's arm
15:42:04  5   after they have locked it into position?
15:42:07  6        It's not easy to remove somebody's arm
15:42:11  7   when they don't want it to be removed.
15:42:13  8        Q   So where exactly was Mr. Bookless's arm at
15:42:17  9   this point?
15:42:18 10            MR. TALLBERG:  Objection.
15:42:19 11        His left arm?
15:42:20 12            MS. AMANKULOR:  Sorry.  Yes.
15:42:22 13        A   His left arm would still be underneath
15:42:24 14   him.
15:42:24 15   BY MS. AMANKULOR:
15:42:25 16        Q   So where were they grabbing him on his
15:42:28 17   arm?
15:42:29 18        A   By his bicep and tricep.
15:42:32 19        Q   And they were unable -- and it's your
15:42:33 20   testimony that they were unable, the two men --
15:42:34 21        A   -- to get it out.
15:42:35 22        Q   -- unable to yank it out?
15:42:37 23        A   Correct.
15:42:38 24        Q   Does that sound typical?
15:42:40 25            MR. TALLBERG:  Objection to the form.

Page 76

15:42:43  1            Asked and answered.
15:42:57  2   BY MS. AMANKULOR:
15:42:57  3        Q   Is there anything that you would have done
15:43:00  4   had you been in Officer Allen's or Officer Bosco's
15:43:05  5   position had you been the officer in charge of his
15:43:09  6   left arm?
15:43:10  7            MR. TALLBERG:  Objection to the form.
15:43:14  8   BY MS. AMANKULOR:
15:43:14  9        Q   You can answer.
15:43:16 10            MR. TALLBERG:  If you can, you may
15:43:18 11        answer.
15:43:18 12        A   There's no way for me to tell.  I mean, I
15:43:21 13   wasn't in charge of his left arm.
15:43:23 14   BY MS. AMANKULOR:
15:43:24 15        Q   But have you ever been in that situation
15:43:26 16   where a person that you were trying to arrest has
15:43:29 17   put his arm underneath his body?
15:43:34 18        A   Usually the pain compliance will take care
15:43:39 19   of it.  Not with everybody.
15:43:42 20        Q   And are you aware if Officer Allen or
15:43:45 21   Bosco applied any pain compliance techniques?
15:43:49 22        A   You would have to ask them.
15:43:52 23        Q   Okay.  And once -- getting back to when
15:43:56 24   Argo actually attacked Mr. Bookless and had a hold
15:44:01 25   on him, did any of the officers change position?

Page 77

15:44:07  1        A   What do you mean by "change position"?
15:44:10  2        Q   Did they move in any way?
15:44:13  3        Once Argo attacked Mr. Bookless, did they
15:44:18  4   stay in the same position before Argo attacked?
15:44:22  5            MR. TALLBERG:  Object to the form in
15:44:24  6        particular, the word "attack."
15:44:26  7   BY MS. AMANKULOR:
15:44:26  8        Q   Bit?
15:44:27  9        A   Everybody was constantly moving.  Nobody
15:44:30 10   was staying still.  So, I mean, if you're asking me
15:44:33 11   if Bosco went over to the right arm and moved
15:44:37 12   positions like that, then, no.
15:44:39 13        Everybody stayed pretty much in their
15:44:43 14   location.
15:44:45 15        Q   So do you -- the way that you remember it,
15:44:47 16   did the officers -- were all of the four other
15:44:56 17   officers still in contact with Mr. Bookless when
15:45:00 18   Argo attacked?
15:45:02 19            MR. TALLBERG:  Object to the form.
15:45:02 20   BY MS. AMANKULOR:
15:45:03 21        Q   Did they still have their hands on
15:45:05 22   Mr. Bookless in some way or some body part on
15:45:09 23   Mr. Bookless when Argo bit Mr. Bookless?
15:45:13 24        A   You would have to ask those officers.  I
15:45:16 25   don't recall if all of them were still attached to

Del Vecchio Reporting
(203) 245-9583

a18c70ed-d9c7-4bcf-951e-f0032276963d

# C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NO. 3:03 CV123 (WWE)


- - - - - - - - - - - - - - - - -X
JOSEPH BOOKLESS,                 :
                PLAINTIFF        :
                                 :
VS.                              :
                                 :
RANDY IRELAND; JERRY SCULLY;     :
BART DEELEY; AND RAYMOND WALSH,  :
                DEFENDANTS       :
- - - - - - - - - - - - - - - - -X

COPY


                Deposition of BART C. DEELEY,
taken at the offices of Wiggin & Dana,
One Century Tower, New Haven, Connecticut
06508, before Clifford Edwards, LSR,
Connecticut License No. SHR.407, a
Professional Shorthand Reporter and Notary
Public, in and for the State of
Connecticut on February 10, 2006, at
9:47 a.m.


DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT  06443

HARTFORD            NEW HAVEN            STAMFORD

1          Q      Do you remember where Scully was pointing

2    his service weapon?

3          A      I would say directly at Mr. Bookless.

4          Q      At his head?

5          A      To where, I wasn't holding the weapon, so

6    I can't particularly say where he was actually

7    aiming the weapon.

8          Q      Okay.  And where were each of the officers

9    when you first saw the incident?

10               You said they were trying to grab his

11   arms.

12               Do you remember which officer was at which

13   arm?

14               Or where they were positioned?

15         A      I remember Detective Walsh was on the

16   right side.  I know Lieutenant Scully was after him

17   and was more so on his back and his side.

18               As to the order of how Sergeant Allen and

19   Officer Bosco were, I'm -- I'm not aware of that.

20         Q      Okay.  So -- so Walsh was on his right --

21   I'm sorry.  I didn't -- I didn't quite remember what

22   you just said.

23               Walsh was on his right arm?

24         A      On his right side.  Yes.

25         Q      Right side.  Okay.

1    A    Correct.

2    Q    Okay.  And do you remember anything about

3 where officer -- or how Officer Bosco was

4 positioned?

5    A    I know they were on the left side of the

6 body -- on the, meaning Bookless' left side.

7         Actual positionwise, I can't remember.

8    Q    Okay.  So you don't remember if they were

9 standing?

10   A    I would say they weren't standing.

11        But I'm not -- I can't guarantee that.

12 But I would say, obviously, they couldn't be

13 standing and trying to gain control of the hands.

14 So --

15   Q    Okay.  So they might have been kneeling or

16 lying down?

17   A    I would say not lying down.

18        I would say definitely their body

19 center -- you know, their center of their body was

20 closest to the ground, but not lying down.

21   Q    Okay.  Did they have their knees on

22 Mr. Bookless?

23   A    You're -- you are asking me to make an

24 assumption.  I have no idea.

25   Q    Sure.  Okay.  Okay.

1          So you just remember them being on his

2    left side?

3          A    Correct.

4          Q    And you don't -- you don't actually

5    remember what position they were in?

6          A    Correct.

7          Q    Okay.  What happened next, after you first

8    saw that scene we just described?

9          A    Bookless continued to fight, refusing to

10   surrender his arms.  Legs were kicking.  His arms

11   were moving.

12         I remember Scully keep telling him to just

13   -- just give up.  Give us your hands or give us your

14   arms -- something like that.

15         And at one point in time, during the

16   contact, Lieutenant Scully got up to holster his

17   weapon.  At this time, Officer Ireland tried to trap

18   Bookless' leg with his foot.

19         And at that time, when Bookless attempted

20   to rise, that's the time I targeted Mr. Bookless,

21   and I gave the command for Argo to apprehend.

22         Q    Okay.  About how long passed between when

23   you first saw that scene of the altercation and when

24   you gave the command for Argo to release?

25         A    I couldn't even tell you.

1    Q    Oh, you haven't?

2    A    No.

3    Q    Okay.  Having taken a look at it, do you

4  believe it's the OIC report for the incident

5  involving Mr. Bookless?

6    A    I would have to say so.

7    Q    Okay.  Since you haven't seen it before,

8  you can't say whether this is a true and accurate

9  copy.

10         So I'll dispense with that.

11              MR. MASTER:  I would like to

12         introduce this as Plaintiff's Exhibit 14.

13              MR. TALLBERG:  Go ahead.

14              MR. MASTER:  Okay.

15              (THEREUPON, PLAINTIFF'S EXHIBIT NO.

16         14, OIC REPORT FOR INCIDENT INVOLVING

17         MR. BOOKLESS, WAS MARKED FOR

18         IDENTIFICATION.)

19  BY MR. MASTER:

20    Q    What does "OIC" stand for?

21    A    Officer In Charge.

22    Q    Okay.  Do you -- is it the standard of

23  practice for you to see OIC reports of incidents in

24  which you are involved?

25              MR. TALLBERG:  Objection as to form.

 1              Could you specify the time?

 2  BY MR. MASTER:

 3      Q     While you were a canine officer?

 4      A     No.

 5      Q     Were they never shown to you?

 6      A     I can't say that they were never shown to

 7  me.

 8            But I was never -- I mean, I knew a number

 9  was always generated for the supervisor to

10  investigate the use of the canine.

11            But as for ever reading them or reading

12  one?

13            No.

14      Q     How did you know that a special incident

15  number was generated?

16      A     It's operating procedures.

17      Q     Okay.  And do you know what was done for

18  this particular incident involving Mr. Bookless to

19  prepare the OIC report?

20      A     I'm not the supervisor.  I couldn't answer

21  that question.

22      Q     Let me ask you what you might know about.

23            Did -- did -- well, first of all, was the

24  supervisor -- who was the supervisor of this

25  incident?

1     A    The patrol sergeant was actually Rick

2   Smolicz.

3     Q    Okay.  He was your supervisor?

4          Or he was the patrol supervisor?

5     A    Correct.

6     Q    Does that mean that he was also your

7   supervisor?

8     A    Correct.

9     Q    Do you know if Mr. Smolicz -- or I'm

10  sorry -- Sergeant Smolicz was at the scene of the

11  incident?

12    A    No, he was not.

13    Q    He was not.

14         So did Sergeant Smolicz interview you to

15  prepare this?

16    A    I don't know if he interviewed me or if he

17  went off the basis of police reports.  I --

18    Q    You don't remember?

19    A    I don't remember.

20    Q    You don't -- you don't remember if he --

21    A    Normal -- norm is that they do ask me

22  questions about the surrounding facts and

23  circumstances upon the release of the dog.

24         This particular incident, I cannot -- I

25  can't tell you that he did, because this is actually

1  the first time I've ever even seen this document.

2      Q    Okay.  But you do -- you don't remember,

3  specifically, if -- if Sergeant Smolicz asked you

4  anything about the incident?

5      A    I don't remember.

6      Q    Okay.  Could you just turn to page two.

7          It says -- I'm just reading for the

8  record -- seven -- the number seven, "(Polaroid

9  photographs were taken of Bookless by this writer.)"

10 And then it lists seven photographs.

11         Did you observe Sergeant Smolicz take

12 those photographs?

13     A    Like I said before, when he was in

14 booking, I don't know if when I viewed the photo,

15 sometimes I go in, like, if I see photos and they

16 are not full array photos of the individual, I'll

17 have the supervisor go back and say, This is what

18 needs to be done.

19         Was I in the booking area when he took

20 them?

21         I could have been, or I could have viewed

22 the pictures afterwards and said they were

23 sufficient.  So I -- I can't answer that.

24     Q    Okay.  But are you -- you're responsible

25 for making sure that there are adequate pictures?

# D

# Naugatuck Police Dept.

| INCIDENT NO | RPT TYPE | CASE STATUS | INCIDENT DATE (FROM) | TIME | INCIDENT DATE (TO) | TIME | PAGE NUMBER |
|---|---|---|---|---|---|---|---|
| 00-12137 | Initial | Clrd by Arrest | 05/22/00 | 16:07 | | | 1 OF 4 |

| INCIDENT LOCATION (Street No, Street, Apt) | NIBRS OFFENSE CODES ONLY | Code | FOLLOW UP BY |
|---|---|---|---|
| 413    North Spring Street | Robbery | 120 | DetDiv |

**PERSON CODES:** KEY  C - COMPLAINANT  V - VICTIM  W - WITNESS  A - ARRESTEE  S - SUSPECT  O - OTHER
RACE  W. WHITE  B: BLACK  I. INDIAN  A: ASIAN  H: HISPANIC  U: UNKNOWN      DOMESTIC  N    WRNT APPL?

| KEY | LAST NAME | FIRST (M.I.) | STREET | CITY | ST | DOB | AGE | SEX | RACE | PHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| A | Bookless | Joseph | 45 Spring Street | Naugatuck | CT | 08/30/51 | 48 | M | W | 723-4945 |
| A | Bookless | Joseph | 45 Spring Street | Naugatuck | CT | 08/30/51 | 48 | M | W | 723-4945 |
| V | Grillo | Donna | 6 Highland Drive | Naugatuck | CT | 01/29/48 | 52 | F | W | 758-4473 |
| V | Lenktaitis | Aynslee | 82 Svea Ave | Naugatuck | CT | 07/18/82 | 17 | F | W | 723-8436 |

| KEY | LAST NAME | FIRST (M.I.) | STATUTE 1 | OFFENSE | STATUTE 2 | STATUTE 3 | STATUTE 4 |
|---|---|---|---|---|---|---|---|
| A | Bookless | Joseph | 53a-134 | Robbery 1st | 53a-125b | 21a-267 | 53a-62 |
| A | Bookless | Joseph | 53a-167a | Interfering w/Officer | 53a-63 | | |
| V | Grillo | Donna | | | | | |
| V | Lenktaitis | Aynslee | | | | | |

**VEHICLE INFO**

| STATUS | REG NO | ST | YEAR | MAKE | MODEL | BODY TYPE | COLOR | V.I.N. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**UCR & OTHER INFO**

| NO OF VICTIMS | | | ASSAULT OF OFC | PHOTOS TAKEN | K-9 USED | DRUG VALUE | |
|---|---|---|---|---|---|---|---|
| Homicide | Rape | Assault | | Y | Y | Stolen | Rcov |

BURGLARY
Residence — Night 6pm-6am
Resid — Day 6am-6pm
Unknown

LARCENY
A. Pocket-Picking
B. Purse-Snatching  I
C. Shoplifting
D. Frm Motor Vehs (Except E)
E. M.V. Parts/Accessories
F. Bicycles
G. Frm Bldg (Except C, & H)
H. Frm any Coin Oper Mach
I. All Other

LARCENY AMT
A. $200 & Over
B. $50-$199
C. Under $50      C

M.V. STOLEN/RECOVERED
Stolen Loc & Rcov Loc
Stolen Loc & Rcov Oth Jurid
Stolen Oth Jurid & Rcov Loc

ROBBERY TYPE  B
A. Firearm
B. Knife/Cut Instr
C. Oth Dang Weap
D. Strong Arm

ROBBERY LOC  B
A. Hwy       E. Resid
B. Commc House  F. Bank
C. Serv Station  G. Misc
D. Conven Store

AGE OF OLDEST
ACCUSED INVOLVED   48

JUVN DISP
1. Handled w/ Dept & Released
2. Ref to juvn court or probation dept
3. Ref to welfare agency
4. Ref to other police agency
5. Ref to criminal or adult court

| LATENTS FOUND  N | ELIMINATION PRINTS TAKEN  N | NEIGHBORHOOD CANV  N | |
|---|---|---|---|

ARSON
Arson Prp Class      Structure Inhabited?  Y/N

ARSON DAMAGE TOTAL

TYPE SENT
CNMSG#        NCIC#        Date Sent

**PROPERTY VALUES**

| | MV | CURR | JWELRY | CLOTH | OFF EQ | TV-RADIO | F-ARMS | HGDS | CGDS | LIVESTK | MISC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STOLEN | | 30 | | | | | | | | | | $30 |
| RCOV | | 30 | | | | | | | | | | 30 |

**REMARKS**

On 05/22/00 at approximately 16:07 hours Sgt. Smolicz took a telephone report of a Robbery that had just occurred at 413 North Main Street, AnnaDont'Es. I dispatched officers Bernegger and Crosswait to the scene. At this time Officers Ireland, Schoefield and Bosco stated they were in the area and also responded. I relayed to the responding units that the suspect, who had displayed a knife, took a left out of the store and was wearing a blue hooded sweatshirt with "Giants" on it. I left the station as Sgt. Smolicz advised the units that the suspect was a white male approximately 5'-10" tall.

As I traveled Southerly on Spring Street I began to slow for vehicles stopped on Spring Street at its intersection with Bridge Street. At this time I saw a white male, later identified as Joseph Bookless, to my left walking northerly on the sidewalk just south of Leary's package Store. Bookless was bright red sweating profusely and breathing heavily as if he had been running. He was carrying a transparent white plastic shopping bag in his right hand. I could see some type of dark clothing inside of the bag.

| INVESTIGATOR'S SIGNATURE | ID NO | RPT DATE | SUPERVISOR'S SIGNATURE | ID NO |
|---|---|---|---|---|
| Lt  Jerry  Scully | Lt2 | 05/22/00 | Capt.  James  Fortin | C3 |

© Copyright 1995 Hunt & Hanahan Computer Designs        5/22/2000        22:26:13

## CONTINUATION REPORT

| UMBER | DATE OF REPORT | RPT TYPE | CASE STATUS | FOLLOW UP BY | |
|---|---|---|---|---|---|
| 00-12137 | 5/22/2000 | Initial | Clrd by Arrest | DetDiv | |

As I made eye contact with Bookless he threw the white transparent bag from his right hand to the ground behind him. As he did this I could see some type of light blue clothing in the bag. I pulled into the oncoming lane and stopped near the curb. As I was putting the vehicle in park and opening the cruiser door Bookless took off running in front of my cruiser and across Spring Street. I ran behind and around my cruiser yelling for Bookless to stop. I pulled my duty weapon and continued westerly thru the dirt parking lot located next to # 20/ 26 Spring Street after Bookless.

I repeatedly yelled for him to stop as I chased after him. Approximately 100 feet into the lot from Spring Street I was able to grab him with my left hand and forcefully pull him face down to the ground. Bookless stated "no, please let me go" several times as he attempted to get back up. I had to forcefully push on his back area between the shoulder blades as I straddled over him. Bookless refused my repeated commands to show me his hands and stop resisting. Bookless's arms were rigid and he was thrashing his legs about in an attempt to get away. Bookless would force his upper body up using his elbows and hands and would rock back and forth as he attempted to get on his knees to get me off of him. He repeatedly reached under his body with his hands and as I would pull one of them out he would reach under with the other. I asked him where the knife was that he used and he did not answer. At one point I told him that if he did not stop resisting and pulled the knife out he may be shot. This caused him to stop for a brief moment then attempt to get up. I forcefully pushed him back to the ground and stood up to call for assistance. As I was calling for assistance on my portable police radio Bookless again began to force his upper body up. I forced Bookless b___ to the ground using my foot and again continued to struggle with him. Bookless was begging me not to arrest him, yet refused to obey my verbal commands and surrender.

Sgt. Allen arrived and grabbed Bookless's left arm. Officer's Bosco and Det. Walsh also arrived to assist. Bosco assisted Allen with the left arm and Walsh assisted me with the right arm. Officer Ireland arrived and kneeled across the backs of Bookless's knees in an attempt to keep him from kicking us. I told them that he was trying to get to his waist band area and that I had not located the knife used in the robbery. Bookless continued to pull his arms underneath his body, force himself up and turn his head from side to side. All four officers were telling him to just relax and allow us to handcuff him. Bookless refused to do this and was more concerned with getting to his waistband area. Officer Ireland captured Bookless right leg and foot as he attempted to kick him. Ireland took Bookless foot and turned it inward toward the center of his body as he verbally commanded him to stop resisting. The five of us were unable to control his hands and arms and handcuff him. Bookless turned his head to his right as he lay face down and began yelling that he could not breathe as he pulled his right arm in towards his body and began to push himself up using his right elbow. At this time we were unable to keep his right side down and I stepped up and away from him and holstered my weapon. Officer Deeley, who had arrived with K-9 Argo, gave him the command to apprehend and Argo apprehended Bookless in the right armpit area. Deeley gave Argo the command to break and Argo did so. Allen, Bosco, Walsh and myself continued to struggle with Bookless and eventually were able to forcefully handcuff him.

At this time it was learned that Officer Schofield was dealing with Bookless's irate relatives, John and Maritza Bookless among others.

Schofield and I went to the area where I saw Bookless throw the bag and recovered it on the sidewalk. Inside the bag was a blue hooded Giants pullover jacket. These items were seized as evidence.

| SUPERVISOR'S SIGNATURE | | ID NO | INVESTIGATOR'S SIGNATURE | | ID NO | PAGE NUMBER | | |
|---|---|---|---|---|---|---|---|---|
| Capt. James | Fortin | C3 | Lt. Jerry Scully | | Lt2 | 2 | OF | 4 |

© Copyright 1995 Hunt & Hanahan Computer Designs

## CONTINUATION REPORT

| CA. .UMBER | DATE OF REPORT | RPT TYPE | CASE STATUS | FOLLOW UP BY | |
|---|---|---|---|---|---|
| 00-12137 | 5/22/2000 | Initial | Clrd by Arrest | DetDiv | |

Upon standing Grillo up we learned that he had suffered cuts and abrasions to his face from his resistance as he thrashed his head from side to side in the gravel dirt. Sgt. Allen located a box cutter knife in his left pocket and Officer Bosco located one twenty dollar bill, and one ten dollar bill along with a syringe, key, watch, wallet and brown address book in his right pocket. All the items were seized.

One of the victims, Donna Grillo, was transported to the scene by Officer Purcaro. Grillo positively identified Bookless as being the person who robbed her at knife point. Grillo was seated in the backseat of a cruiser as she identified Bookless. Grillo was also shown the blue "Giants" pullover that Bookless had discarded and she positively identified that as being the shirt Bookless had been wearing at the time of the robbery.

All of Bookless possessions' including the bag he had discarded, were seized and subsequently logged into evidence by Officer Deeley.

Officers Ireland and Schofield transported Bookless to the station for processing. Bookless was charged with **53a-134 Robbery in the first degree, 53a-125b Larceny in the sixth degree, 21a-267 Possession of drug paraphernalia, 53a-167 Interfering with an officer, 2 counts of 53a-62 Threatening and 2 counts of 53a-63 Reckless Endangerment.** Bookless was held on a $100,000.00 bond. Bookless has an extensive criminal history including numerous Robbery and escape from custody charges. He has also failed to appear on numerous occasions.

Upon completing the processing Sgt. Smolicz took pictures of the injuries sustained as a result of t_ K-9 Apprehension, see Smolicz's report for the full details, reference Case #00-12142.

The Naugatuck Ambulance Service was summoned to the department and transported Bookless to Waterbury Hospital for treatment of his injuries. Officer's Ireland and Schofield accompanied him to the Hospital.

Both Grillo and the other employee victim, Aynslee Lenktaitis, were transported to the police department for statements. See officers Bosco's and Det. Walsh's supplemental report for the full details of their actions and the statements of the victims, Donna Grillo and Aynslee Lenktaitis.

It was learned that Bookless suffered a broken or chipped right ankle but it is not known whether this was a preexisting condition, was caused by Bookless fleeing theses officers or as a result of our actions.

State of Connecticut, County of New Haven. Subscribed and Sworn to before me 5/22/00

Naugatuck Police Department

| SUPERVISOR'S SIGNATURE | | ID NO | INVESTIGATOR'S SIGNATURE | | ID NO | PAGE NUMBER | | |
|---|---|---|---|---|---|---|---|---|
| Capt.  James | Fortin | C3 | Lt. Jerry Scully | | Lt2 | 3 | OF | 4 |

© Copyright 1995 Hunt & Hanahan Computer Designs

# E

# Naugatuck Police Dept.

| INCIDENT NO | RPT TYPE | CASE STATUS | INCIDENT DATE (FROM) | TIME | INCIDENT DATE (TO) | TIME | PAGE NUMBER |
|---|---|---|---|---|---|---|---|
| 00-12137 | Suppl | Clrd by Arrest | 05/22/00 | 1605:00 | | | 1 OF 2 |

| INCIDENT LOCATION (Street No, Street, Apt) | NIBRS OFFENSE CODES ONLY | Code | FOLLOW UP BY |
|---|---|---|---|
| | | | DetDiv |

**PERSON CODES:** KEY  C - COMPLAINANT  V - VICTIM  W - WITNESS  A - ARRESTEE  S - SUSPECT  O - OTHER
RACE  W: WHITE  B: BLACK  I: INDIAN  A: ASIAN  H: HISPANIC  U:UNKNOWN

**DOMESTIC** N   **WRNT APPL?** ☐

| KEY | LAST NAME | FIRST (M.I.) | STREET | CITY | ST | DOB | AGE | SEX | RACE | PHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| A | BOOKLESS | JOSEPH | 45 SPRING ST. 3RD FLR | Naugatuck | CT | 08/30/51 | 49 | M | W | 723-4945 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| KEY | LAST NAME | FIRST (M.I.) | STATUTE 1 | OFFENSE | STATUTE 2 | STATUTE 3 | STATUTE 4 |
|---|---|---|---|---|---|---|---|
| A | BOOKLESS | JOSEPH | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**VEHICLE INFO**

| STATUS | REG NO | ST | YEAR | MAKE | MODEL | BODY TYPE | COLOR | V.I.N. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**UCR & OTHER INFO**

| NO OF VICTIMS | | | ASSAULT OF OFC | PHOTOS TAKEN | K-9 USED | DRUG VALUE | | |
|---|---|---|---|---|---|---|---|---|
| Homicide ☐ | Rape ☐ | Assault ☐ | ☐ | Y | Y | | Stolen | Rcov |

| | | LARCENY | LARCENY AMT | M.V. STOLEN/RECOVERED |
|---|---|---|---|---|
| Resid ☐ | Night 6pm-6am ☐ | A. Pocket-Picking | A. $200 & Over | Stolen Loc & Rcov Loc |
| Non-Resid ☐ | Day 6am-6pm ☐ | B. Purse-Snatching | B. $50-$199 | Stolen Loc & Rcov Oth Jurid |
| | Unknown ☐ | C. Shoplifting | C. Under $50 | Stolen Oth Jurid & Rcov Loc |

ROBBERY TYPE
A. Firearm
B. Knife/Cut Instr
C. Oth Dang Weap
D. Strong Arm

ROBBERY LOC
A. Hwy      E. Resid
B. Commc House  F. Bank
C. Serv Station  G. Misc
D. Conven Store

D. Frm Motor Vehs (Except E)
E. M.V. Parts/Accessories
F. Bicycles
G. Frm Bldg (Except C, & H)
H. Frm any Coin Oper Mach
I. All Other

AGE OF OLDEST
ACCUSED INVOLVED

JUVN DISP
1. Handled w/i Dept & Released
2. Ref to juvn court or probation dept
3. Ref to welfare agency
4. Ref to other police agency
5. Ref to criminal or adult court

| LATENTS FOUND | ELIMINATION PRINTS TAKEN | NEIGHBORHOOD CANV |
|---|---|---|
| N | N | Y |

| ARSON | | ARSON DAMAGE TOTAL | TYPE SENT |
|---|---|---|---|
| Arson Prp Class | Structure Inhabited? Y/N | | CNMSG# ___ NCIC# ___ Date Sent ___ |

**PROPERTY VALUES**

| | MV | CURR | JWELRY | CLOTH | OFF EQ | TV-RADIO | F-ARMS | HGDS | CGDS | LIVESTK | MISC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | | | | | | |
| RCOV | | | | | | | | | | | | |

**REMARKS**

On 05/22/00 at approximately 1605hrs, myself and K9 Argo were dispatched to 413 North Main St. (AnnaDont'E Restaurant ), in assisting other Officers with a fleeing armed robbery suspect.

Prior to my arrival dispatch advised responding units, that we were looking for a white male, wearing a red and blue sweat shirt, running in the direction of the General Pulaski Walk Way.

As I turned onto Bridge St. , heading East, I heard Lt Scully over the radio state he was in a foot pursuit, with the suspect, later identified as Joseph Bookless, in the area of lower Spring St. I immediately responded to said area. I exited my cruiser along with K9 Argo, and immediately took off running to the area behind 26 Spring St., a dirt parking lot.

I immediately had visual contact with Lt Scully, and Sgt Allen, who were down on the ground, fighting with Bookless. Other Officer's assisting were Det. Walsh, and Officer Bosco. Several of times, I heard Lt Scully yelling for Bookless to stop resisting. Lt Scully then yelled to assisting Officer's, that he had not located the weapon used in the Robbery.

| INVESTIGATOR'S SIGNATURE | | ID NO | RPT DATE | SUPERVISOR'S SIGNATURE | | ID NO |
|---|---|---|---|---|---|---|
| Ptl. | Bart    Deeley | PL28 | 05/22/00 | Lt.    Jerry    Scully | | LT2 |

© Copyright 1995 Hunt & Hanahan Computer Designs

5/22/2000    22:13:28

## CONTINUATION REPORT

| CASE NUMBER | DATE OF REPORT | RPT TYPE | CASE STATUS | FOLLOW UP BY | |
|---|---|---|---|---|---|
| 00-12137 | 5/22/2000 | Suppl | Clrd by Arrest | DetDiv | |

After several of minutes, fighting with Bookless, and attempting to secure him into handcuffs, Lt Scully and Det. Walsh lost control of Bookless' right arm. Bookless attempted to force his body up off of the ground. Bookless made it up onto his right elbow, and was attempting to get onto his knees.

At this time fearing for Officer safety, of Bookless still being armed, I gave K9 the command to apprehend. K9 apprehended Bookless in the right upper armpit area. After Lt Scully and Det Walsh were able to regain control of Bookless' arm, K9 Argo was given the command to release. K9 released on first verbal command.

Bookless was then taken into custody.

See original case report.

State of Connecticut, County of New Haven. Subscribed and Sworn to before me 5/25/2000

Naugatuck Police Department

| SUPERVISOR'S SIGNATURE | | ID NO | INVESTIGATOR'S SIGNATURE | ID NO | PAGE NUMBER | | |
|---|---|---|---|---|---|---|---|
| Lt.  Jerry  Scully | | LT2 | Ptl. Bart Deeley | PL28 | 2 | OF | 2 |

© Copyright 1995 Hunt & Hanahan Computer Designs

Bart C Deeley

**F**

# Naugatuck Police Dept.

| IN___NT NO | RPT TYPE | CASE STATUS | INCIDENT DATE (FROM) | TIME | INCIDENT DATE (TO) | TIME | PAGE NUMBER |
|---|---|---|---|---|---|---|---|
| 00-12142 | Initial | XClrd | 05/22/00 | 1605:00 | | | 1 OF 2 |

| INCIDENT LOCATION (Street No, Street, Apt) | NIBRS OFFENSE CODES ONLY | Code | FOLLOW UP BY |
|---|---|---|---|
| Spring St | All Other Offenses | 90Z | Patrol Div |

**PERSON CODES:** KEY  C - COMPLAINANT  V - VICTIM  W - WITNESS  A - ARRESTEE  S - SUSPECT  O - OTHER
RACE  W: WHITE  B: BLACK  I: INDIAN  A: ASIAN  H: HISPANIC  U: UNKNOWN    DOMESTIC  N    WRNT APPL?  N

| KEY | LAST NAME | FIRST (M.I.) | STREET | CITY | ST | DOB | AGE | SEX | RACE | PHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| A | Bookless | Joseph | 45 Spring St | Naugatuck | CT | 08/30/51 | 48 | M | W | 203-723-4945 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| KEY | LAST NAME | FIRST (M.I.) | STATUTE 1 | OFFENSE | STATUTE 2 | STATUTE 3 | STATUTE 4 |
|---|---|---|---|---|---|---|---|
| A | Bookless | Joseph | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**VEHICLE INFO**

| STATUS | REG NO | ST | YEAR | MAKE | MODEL | BODY TYPE | COLOR | V.I.N. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**UCR & OTHER INFO**

| NO OF VICTIMS | | | ASSAULT OF OFC | PHOTOS TAKEN | K-9 USED | DRUG VALUE | | |
|---|---|---|---|---|---|---|---|---|
| Homicide | Rape | Assault | | Y | Y | | Stolen | Recov |

**BURGLARY**
Residence
N___

Night 6pm-6am
Day 6am-6pm
Unknown

**LARCENY**
A. Pocket-Picking
B. Purse-Snatching
C. Shoplifting
D. Frm Motor Vehs (Except E)
E. M.V. Parts/Accessories
F. Bicycles
G. Frm Bldg (Except C, & H)
H. Frm any Coin Oper Mach
I. All Other

**LARCENY AMT**
A. $200 & Over
B. $50-$199
C. Under $50

**M.V. STOLEN/RECOVERED**
Stolen Loc & Recv Loc
Stolen Loc & Recv Oth Jurid
Stolen Loc & Recv Oth Jurid
Stolen Oth Jurid & Recv Loc

**ROBBERY TYPE**
A. Firearm
B. Knife/Cut Instr
C. Oth Dang Weap
D. Strong Arm

**ROBBERY LOC**
A. Hwy        E. Resid
B. Comrnc House  F. Bank
C. Serv Station  G. Misc
D. Conven Store

**AGE OF OLDEST ACCUSED INVOLVED**

**JUVN DISP**
1. Handled wl Dept & Released
2. Ref to juv court or probation dept
3. Ref to welfare agency
4. Ref to other police agency
5. Ref to criminal or adult court

| LATENTS FOUND | ELIMINATION PRINTS TAKEN | NEIGHBORHOOD CANV | | |
|---|---|---|---|---|
| N | N | Y | | |

| REVIEWED: Sgt. | Lt. | D.B. | Capt. | INITIAL REVIEW DATE | TYPE SENT | CNMSG# | NCIC# | Date Sent |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**PROPERTY VALUES**

| | MV | CURR | JWELRY | CLOTH | OFF EQ | TV-RADIO | F-ARMS | HGDS | CGDS | LIVESTK | MISC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | | | | | | |
| RCOV | | | | | | | | | | | | |

**REMARKS**

This a supervisors report to incident 00-12137, due to a dog bite.

On Monday, May 22, 2000, at approx., 1605 hrs., units were dispatched to Anna Dont'e Ravioli located on North Main St., for reported robbery with a weapon, knife.

A suspect matching that description was observed by Lt. Scully approx., 150 feet walking away from the area of the robbery. See his report for details.

Upon Lt.Scully attempting to effect and arrest, Ofc Bart Deeley and his K-9 Argo also responded to the area to assist.  See his report for details.

At HQ,  photographs were taken of Bookless and EMS was summoned.

| INVESTIGATOR'S SIGNATURE | | | ID NO | RPT DATE | SUPERVISOR'S SIGNATURE | | | ID NO |
|---|---|---|---|---|---|---|---|---|
| Sgt.    Rick | | Smolicz | S6 | 05/22/00 | Capt.    James | | Fortin | C3 |

© Copyright 1995 Hunt & Hanahan Computer Designs

3/20/2003          4:00:46 PM

## CONTINUATION REPORT

| CASE NUMBER | DATE OF REPORT | RPT TYPE | CASE STATUS | FOLLOW UP BY | |
|---|---|---|---|---|---|
| 00-12142 | 5/22/2000 | Initial | XClrd | Patrol Div | |

Seven (7) Polaroid photographs were taken of Bookless of by this writer.

Photograph 1 of 7 not attached depicts:  Close-up booking photograph of Joseph Bookless
Photograph 2 of 7 not attached depicts:  Distant booking photograph of Joseph Bookless
Photograph 3 of 7 depicts:  Upper right side & right arm
Photograph 4 of 7 depicts:  Underneath right arm.
Photograph 5 of 7 depicts:   Abrasions to facial area and old scabs to shins.
Photograph 6 of 7 depicts:   Full rear view, dog scratched to right upper body.
Photograph 7 of 7 depicts:  Upper rear view of right side.

**In conclusion,** it is this supervisors findings that Officer Deeley deployed, directed and controlled his K-9 effectively, efficiently and tactically, and minimized the inherited risks to fellow officers in the apprehension of a unknown fleeing felon suspect.  Ofc Deeley also followed the Naugatuck Police Departments Operating Manual in regard to Canine Procedures.

Note that a physicians letter of Bookless's injury was not supplied with this report because it was not not supplied to this writer.

| SUPERVISOR'S SIGNATURE | | ID NO | INVESTIGATOR'S SIGNATURE | | ID NO | PAGE NUMBER | |
|---|---|---|---|---|---|---|---|
| Capt.  James     Fortin | | C3 | Sgt. Rick Smolicz | | S6 | 2  OF  2 | |

© Copyright 1995 Hunt & Hanahan Computer Designs