## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JOSEPH J. BOOKLESS

      Plaintiff

V.

RANDY IRELAND, JERRY SCULLY,
BART DEELEY AND RAYMOND WALSH

      Defendant

CIVIL ACTION NO. 3:00CV 123 (WWE)

MARCH 2, 2004

## DEFENDANT JERRY SCULLY'S RESPONSES TO
## PLAINTIFF'S INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Procedure the defendant, **OFFICER JERRY SCULLY**, hereby responds to the plaintiff's Interrogatories, as follows:

1.    What is your full name and address of employment?

**ANSWER:**    **Jeremiah Scully**
                 **Naugatuck Police Department**
                 **211 Spring Street**
                 **Naugatuck, CT  06770**

2.    On what date were you employed by the Borough of Naugatuck and in what capacity?

**ANSWER:**    **Defendant Scully objects to this interrogatory to the extent that it is overly broad, ambiguous and vague.  Notwithstanding this objection, Defendant Scully submits that he was first employed by the Borough of Naugatuck on July 2, 1991, in the position of patrolman with the Naugatuck Police Department.  Since then, Lieutenant Scully was promoted to Sergeant on December 21, 1994 and Lieutenant on November 22, 1996.**

343578