UNITED STATES DISTRICT COURT<br>
FOR THE<br>
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH J. BOOKLESS, ) | |
| ) | |
| Plaintiff, ) | No. 3:03 CV 123 (WWE) (HBF) |
| ) | |
| v. ) | |
| ) | |
| RANDY IRELAND, JERRY SCULLY, ) | March 16, 2006 |
| BART DEELEY, & RAYMOND WALSH, ) | |
| ) | |
| Defendants. ) | |

## PRO BONO APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as Pro Bono Counsel in this case for plaintiff Joseph J. Bookless.


*/s/ Rachel Amankulor*
Rachel Amankulor (ct26965)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508
(203) 498-4400
(203) 782-2889 (fax)
ramankulor@wiggin.com

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on this 16th day of March, 2006, a copy of the foregoing has been mailed, postage prepaid, to the following:

>James N. Tallberg, Esq.
>Karsten & Dorman, LLC
>29 South Main Street
>West Hartford, CT 06107

_____
Rachel Amankulor