UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH J. BOOKLESS, | ) |
| Plaintiff, | ) No. 3:03 CV 123 (WWE) |
| v. | ) |
| RANDY IRELAND, JERRY SCULLY, BART DEELEY, & RAYMOND WALSH, | ) June 9, 2006 |
| Defendants. | ) |

PLAINTIFF JOSEPH J. BOOKLESS'S PRETRIAL MEMORANDUM

Pursuant to the Court's Pretrial Order dated January 12, 2006, Plaintiff Joseph Bookless submits this Pretrial Memorandum.

I.   **Brief Summary of Case**

Plaintiff Joseph J. Bookless alleges that the defendant police officers, each employed by the Naugatuck Police Department, used excessive force in effecting his arrest on May 22, 2000. Mr. Bookless robbed a store on the afternoon of May 22, 2000. Defendant Jerry Scully, responding to a 911 call related to the robbery, apprehended Mr. Bookless in front of Mr. Bookless's home. Mr. Bookless alleges that, after initially fleeing from Officer Scully, he stopped and offered no further resistance after Officer Scully threatened to shoot him.

Several other officers, including defendants Randy Ireland, Raymond Walsh, and Bart Deeley, arrived at the scene after Officer Scully. Mr. Bookless claims that while he was face down on the ground offering no resistance, defendants punched and kicked him and injured his ankle by violently twisting it. Mr. Bookless further alleges that after he was handcuffed, he was attacked by a police dog under the control of Officer Deeley. Following the arrest, Mr. Bookless was taken to a hospital and treated for facial lacerations, a fractured ankle, and several dog bites on his back and right arm.

Mr. Bookless alleges that the defendants' use of force in effecting his arrest was objectively unreasonable. Mr. Bookless seeks compensatory damages for his personal injuries and emotional distress, as well as punitive damages.

II.     **Proposed Voir Dire**

**Personal Conflicts**

1.   Are you acquainted or familiar with any of the following attorneys or law firms? If so, please explain:

   Howard Master
   Rachel Amankulor
   Joellen Valentine
   Matthew S. Freimuth
   James N. Tallberg
   Wiggin and Dana LLP
   Updike, Kelly & Spellacy, P.C.
   Karsten and Dorman LLP

2.   Are you acquainted with any of the following persons who may testify as witnesses in this case? If so, please explain:

   Plaintiff Joseph J. Bookless
   Defendant Randy Ireland
   Defendant Jerry Scully
   Defendant Bart Deeley
   Defendant Raymond Walsh
   Officer Peter Bosco
   Officer Robert Allen
   John Bookless
   Maritza Bookless
   John Bookless, Jr.
   Iris Bookless (Smith)
   Jason Smith
   Patrick Schafer
   Isaias Irizarry
   Dr. Robert Femia

3.   I will now summarize the plaintiff's claims in this case. Plaintiff Joseph J. Bookless has brought claims against various police officers of the Naugatuck Police Department. The plaintiff alleges that these officers used excessive force when they apprehended the plaintiff following a robbery that plaintiff committed in May of 2000. The plaintiff is currently in prison. Based on what I have told you about this case, is there any reason why you feel you should not serve as a juror in this case?

4.   Prior to my remarks to you this morning, had you ever heard of this case? If so, please explain.

5.  Do you know anyone who works for the Borough of Naugatuck or the Naugatuck Police Department? If so, in what capacity?

6.  Does your background or experience make you feel that you have some interest in the outcome of this case?

7.  Do you have any feelings toward the parties or the attorneys that would affect your ability to be fair and impartial? Please explain.

**Juror Background**

8.  Where do you live? For how long have you lived there?

9.  How many years of schooling, including high school and college, have you completed? What degrees, if any, do you hold?

10. Are you employed? If so, by whom and for how long? Please briefly describe your duties in your job or profession.

11. Are you married? If so, what is the occupation of your spouse?

12. Do you have any children? If so, how old are they? If they are of adult age, what are their occupations? Where do they live?

13. Have you ever served on a jury before? What kind of case? What was the jury verdict? What do you think of the experience?

14. Have you or any member of your family taken any course in the law or received legal training? If so, describe the course taken or the nature of the legal training.

15. Do you have any technical expertise – from your own experience, training, or any other source, about the procedures used by police in making arrests? If so, please explain.

16. What do you do in your spare time? Do you have any favorite hobbies? What newspapers do you read? What are your favorite television shows?

**Inquiry Re: Potential Bias**

17. Have you or any persons close to you ever been employed as a law enforcement officer or corrections officer?

18. Do you believe that the force used by police officers to apprehend a criminal suspect can ever be unreasonable or excessive?

19. Have you or someone close to you ever been a victim of a crime? If so, please describe and explain whether that experience would affect your ability to remain impartial in this

case.

20. Have you or someone close to you ever been arrested? If so, please describe and explain whether that experience would affect your ability to remain impartial in this case.

21. Have you or someone close to you ever sued anyone or been sued? If so, please describe and explain whether that experience would affect your ability to remain impartial in this case.

22. The plaintiff is currently serving a prison sentence for the crime he committed on the day of his arrest. Would this fact make it difficult for you to render a verdict in favor of the plaintiff, or to award the plaintiff damages? Do you have any bias for or against the plaintiff merely because he is serving a prison sentence for the crime he committed on that day?

23. The defendants in this case are police officers. Do you have any bias for or against the defendants merely because they are police officers?

24. Do you accept the fact that your verdict must be based solely upon the evidence presented in this court and the law, and that any personal opinions you may have as to facts from any other source cannot be considered by you as a basis for your verdict?

25. Do you accept the fact that you, as a juror, must follow the instructions of the court as to the law even if you believe that those instructions do not properly state the law, or that the law is wrong?

26. Is there anything about this lawsuit that makes you feel uncomfortable about serving as a juror?

**III.   List of Witnesses**

Joseph J. Bookless
John Bookless
Maritza Bookless
John Bookless, Jr.
Iris Bookless
Jason Smith
Patrick Schafer
Isaias Irizarry (by deposition)
Randy Ireland
Jerry Scully
Bart Deeley
Raymond Walsh
Peter Bosco
Robert Allen

In addition, Mr. Bookless reserves the right to call any other witness whose testimony is necessary to authenticate the exhibits submitted at trial.

IV. **Plaintiff's Exhibits**

Mr. Bookless may offer the following exhibits at trial:

1. Naugatuck Police Department Departmental Order re: Use of Force, dated November 19, 1991 (Plaintiff's Dep. Ex. 2)
2. Naugatuck Police Department Canine Unit Policy, dated June 22, 1997 (Plaintiff's Dep. Ex. 3)
3. Map of Naugatuck (Plaintiff's Dep. Ex. 4)
4. Defendant Raymond Walsh's Responses to Plaintiff's Interrogatories, dated March 2, 2004 (Plaintiff's Dep. Ex. 7)
5. Defendant Randy Ireland's Responses to Plaintiff's Interrogatories, dated March 2, 2004 (Plaintiff's Dep. Ex. 9)
6. Departmental Message from Ptl. Bart Deeley to Chief Dennis Clisham, dated June 9, 2002 re: Retirement of Police K9 Argo (Plaintiff's Dep. Ex. 10)
7. Notice of Discontinuation of Training from the Connecticut Department of Public Safety, dated December 10, 2001 (Plaintiff's Dep. Ex. 11)
8. Naugatuck Police Department K-9 Usage Log, dated Aug. 21, 2002 (Plaintiff's Dep. Ex. 13)
9. Defendant Bart Deeley's Responses to Plaintiff's Interrogatories (Plaintiff's Dep. Ex. 19)
10. Incident/History report (Incident 00-12137) (Plaintiff's Dep. Ex. 22)
11. Incident/History report (Incident 00-12143) (Plaintiff's Dep. Ex. 23)
12. Medical Records of Joseph J. Bookless from Waterbury Hospital
13. Medical Records of Joseph J. Bookless from Connecticut Department of Corrections
14. Photos of Joseph J. Bookless taken by Naugatuck Police Department (1-7)
15. Connecticut Department of Corrections inmate processing photo
16. Close-up map of area around 45 Spring Street, Naugatuck, CT
17. Photograph of 45 Spring Street, Naugatuck, CT
18. Life expectancy tables

In addition, plaintiff reserves the right to offer any other document or deposition testimony that is necessary for impeachment purposes.

V. **Deposition Designations**

Following are designations of the deposition of witness Isaias Irizarry, dated February 17, 2004, which are offered pursuant to Fed. R. Civ. P. 32(a)(3)(A):

9:16 – 12:12
12:15 – 13:7
30:17 – 43:8

44:8 – 71:16

VI. **Proposed Jury Instructions and Interrogatories**

    Mr. Bookless's initial request to charge is attached at Exhibit A, and his proposed special verdict form is attached as Exhibit B.

    Respectfully submitted,

    PLAINTIFF
    JOSEPH J. BOOKLESS

    _____
    Howard Master (ct26855)
    Rachel Amankulor (ct26965)
    Wiggin and Dana LLP
    One Century Tower
    P.O. Box 1832
    New Haven, CT  06508-1832
    Tel.: (203) 498-4400
    Fax: (203) 782-2889
    E-mail: hmaster@wiggin.com

## CERTIFICATE OF SERVICE

On June 9, 2005, I caused to be served upon the following counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing:

James N. Tallberg, Esq.
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

| | |
|---|---|
| __ | Via hand delivery |
| X | Via U.S. Mail, 1st Class, Postage Prepaid |
| __ | Via Overnight Delivery |
| __ | Via Facsimile |
| X | Via E-filing |

I certify under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct.

DATED at New Haven, CT, this 9th day of June, 2006.

_____
Howard Master (ct26855)

7