# Exhibit B

Case 3:03-cv-00123-WWE    Document 71-3    Filed 06/09/2006    Page 1 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH J. BOOKLESS, | ) |
| Plaintiff, | ) No. 3:03 CV 123 (WWE) |
| v. | ) |
| RANDY IRELAND, JERRY SCULLY, BART DEELEY & RAYMOND WALSH, | ) June 9, 2006 |
| Defendants. | ) |

## PLAINTIFF'S VERDICT FORM

LIABILITY

    1.    *Has plaintiff Joseph J. Bookless proven by a preponderance of the evidence that any of the defendants listed below are liable for violation of Mr. Bookless's constitutional right not to be subjected to excessive force?*

    Randy Ireland    Yes _____    No _____

    Jerry Scully    Yes _____    No _____

    Bart Deeley    Yes _____    No _____

    Raymond Walsh    Yes _____    No _____

*Proceed to question 2 only if you have answered "YES" to question 1 above with respect to any defendant. If you did not answer "YES" to question 1 above with respect to any defendant, go to Defendant's Verdict Form.*

DAMAGES

    2. *Compensatory Damages*

State in dollars the amount of damages plaintiff suffered as a result of the conduct of those officers found to be liable:

| | |
|---|---|
| Damages for pain and suffering | $_____ |
| Damages for permanent injury | $_____ |
| Damages for loss of enjoyment of life's activities | $_____ |
| **Total Compensatory Damages** | $_____ |

*If your total compensatory damage award is $0, enter a total nominal damages award of no more than $1 here.*      $_____

    3. *Punitive Damages*

*Answer question 3 only with respect to a defendant as to whom you have answered "YES" to question 1 above.*

Has plaintiff proven by a preponderance of the evidence that any of the defendants acted willfully, maliciously, wantonly or with reckless disregard for the plaintiff Joseph J. Bookless's constitutional rights?

| | | |
|---|---|---|
| Randy Ireland | Yes _____ | No _____ |
| Jerry Scully | Yes _____ | No _____ |
| Bart Deeley | Yes _____ | No _____ |
| Raymond Walsh | Yes _____ | No _____ |

    4. *Amount of Punitive Damages*

*Answer question 4 only with respect to a defendant as to whom you have answered "YES" to question 3.*

2

State in dollars the amount of punitive damages, if any, plaintiff is entitled to recover against any of the below named defendants:

| | |
|---|---|
| Randy Ireland | $_____ |
| Jerry Scully | $_____ |
| Bart Deeley | $_____ |
| Raymond Walsh | $_____ |

_____
Foreperson

_____
Date

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH J. BOOKLESS, ) | |
| ) | |
| Plaintiff, ) | No. 3:03 CV 123 (WWE) (HBF) |
| ) | |
| v. ) | |
| ) | |
| RANDY IRELAND, JERRY SCULLY, ) | June 9, 2006 |
| BART DEELEY & ) | |
| RAYMOND WALSH, ) | |
| Defendants. ) | |

**<u>VERDICT FOR DEFENDANTS</u>**

In this case, the jury finds the issues in favor of the defendants.

_____
Foreperson


_____
Date

4