UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH J. BOOKLESS, ) | |
| ) | |
| Plaintiff, ) | No. 3:03 CV 123 (WWE) |
| ) | |
| v. ) | |
| ) | |
| RANDY IRELAND, JERRY SCULLY, ) | June 12, 2006 |
| BART DEELEY & ) | |
| RAYMOND WALSH, ) | |
| Defendants. ) | |

## MOTION FOR WRIT OF HABEAS CORPUS

Plaintiff Joseph J. Bookless moves this Court to issue a writ of habeas corpus to the Warden of MacDougall-Walker Correctional Institution to allow Mr. Bookless to attend the trial in the above-captioned matter. Mr. Bookless is currently incarcerated at MacDougall-Walker Correctional Institution and, therefore, needs a writ to attend the proceedings.

The trial in this case is scheduled to begin with jury selection on June 26, 2006, at 9:20 a.m. While it is anticipated that trial will not consume the entire week of June 26, 2006, a writ providing for Mr. Bookless's production up to and including June 30, 2006 has been proposed in order to avoid the need for the issuance of additional writs should trial or jury deliberations extend for longer than anticipated.

A proposed writ has been attached to this motion.

DATED: June 12, 2006

                                Respectfully submitted,

                                PLAINTIFF
                                JOSEPH J. BOOKLESS

                                /s/ Howard Master
                                Howard Master (ct26855)
                                Rachel Amankulor (ct26965)
                                WIGGIN AND DANA LLP
                                One Century Tower
                                P.O. Box 1832
                                New Haven, CT 06508-1832
                                Tel: 203-498-4400
                                Fax: 203-782-2889
                                E-mail: hmaster@wiggin.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH J. BOOKLESS, ) | |
| ) | |
| Plaintiff, ) | No. 3:03 CV 123 (WWE) |
| ) | |
| v. ) | |
| ) | |
| RANDY IRELAND, JERRY SCULLY, ) | June __, 2006 |
| BART DEELEY & ) | |
| RAYMOND WALSH, ) | |
| Defendants. ) | |

## [PROPOSED] WRIT OF HABEAS CORPUS

The Honorable Warren W. Eginton, of the United States District Court for the District of Connecticut, hereby issues this writ to the Warden of MacDougall-Walker Correctional Institution, 1153 East Street South, Suffield, Connecticut 06080, to produce Joseph J. Bookless (inmate # 13115) to allow him to attend the trial in the above-captioned matter. The Warden shall produce Mr. Bookless on June 26, 2006, at 9:00 a.m. and each subsequent business day up to and including June 30, 2006, at 9:00 a.m.

Joseph J. Bookless shall be brought to the following courtroom:

> United States District Court, District of Connecticut
> Courtroom #___
> 915 Lafayette Boulevard
> Bridgeport, CT 06604

**SO ORDERED.**

Date                                              The Honorable Warren W. Eginton

_____                    _____

## CERTIFICATE OF SERVICE

On June 12, 2006, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing:

> James N. Tallberg, Esq.
> Karsten & Dorman, LLC
> 29 South Main Street
> West Hartford, CT  06107

|  |  |
|---|---|
| ___ | Via hand delivery |
| _X_ | Via U.S. Mail, 1st Class, Postage Prepaid |
| ___ | Via Overnight Delivery |
| ___ | Via Facsimile |
| ___ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct.

DATED at New Haven, CT, this 12th day of June, 2006.

_____
Howard Master

\17977\1\597682.1