UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH J. BOOKLESS,                          :   NO. 3:03CV123(WWE)
    Plaintiff,

vs.

RANDY IRELAND, JERRY SCULLY,
BART DEELEY AND RAYMOND WALSH,       :   JUNE 8, 2006
    Defendants.

## DEFENDANTS' TRIAL MEMORANDA

Pursuant to the Court's Pretrial Order of January 12, 2006, as amended, the defendants respectfully submit this Trial Memoranda. The defendants also request permission to supplement or revise this Memoranda, in particular the witness and exhibit list, as necessary prior to and during trial.

### 1. Brief Summary of the Case:

This is a civil rights action brought pursuant to 42 U.S.C. §1983 for monetary damages against four members of the Naugatuck Police Department, Lt. Jerry Scully, Detective Bart Deeley and Officers Randy Ireland and Raymond Walsh, whom plaintiff claims used excessive or unreasonable force when taking him into custody on May 22, 2000. As a result of this incident, the plaintiff was charged and convicted with armed robbery and interfering with an officer. He was convicted by a jury of his

peers and is serving an effective sentence of twenty five years.

The defendants contend that any injuries allegedly suffered by the plaintiff occurred as a result of his active physical resistance to their efforts to arrest him and that their conduct was lawful and reasonable under the circumstances.  Defendants further deny that plaintiff has been deprived of any constitutional right claimed or subjected to other tortious conduct as alleged.  The defendants have asserted affirmative defenses of both qualified and governmental immunity.

**2.**    **Proposed Voir Dire**

Please see attached document.

**3.**    **List of Witnesses**

**A.**    **Witnesses Defendants Expect to Call at Trial.**

1.    Lt. Jerry Scully

2.    Det. Bart Deeley

3.    Officer Randy Ireland

4.    Officer Raymond Walsh

5.    Lt. Robert Allen

6.    Officer Peter Bosco

7.    Donna Grillo

8.    Aynslee Lektaitis

2

**B.**    **Witnesses Defendants May Call**

1.    Officer Schoefield

2.    Officer Crosswait

3.    Officer Wilmot

4.    Officer Bernegger

5.    Officer Caroline Obar

6.    Assistant State's Attorney John Davenport

7.    Christina Palumbo

8.    EMT Amendola

9.    EMT Howard

**4.    List of Exhibits**

**A.    Defendants' Anticipated Exhibits**

501. Naugatuck Police Department Case No. 00-12137, 5/22/00, re: arrest of Joseph Bookless

502. Tape and Transcript of Dispatch Communications from 5/22/00

503. Large Satellite Image of a portion of Naugatuck

504. Large Satellite Image of intersection of Spring Street and Rt. 68, Naugatuck

505. Naugatuck Canine Policies and Procedures

506. Seven photographs of Joseph Bookless taken on

3

5/22/00 at Naugatuck Police Department

507. Booking Photograph of Joseph Bookless of 5/22/00

508. Line up Photographs of Joseph Bookless and others of 5/22/00

509. Medical records, Waterbury Hospital of 5/22/00 re: Joseph Bookless, including ambulance run sheet

510 Medical records, Department of Corrections of 5/23/00 - 8/6/00 re: Joseph Bookless.

511. Photos of scene used as evidence in underlying criminal trial

512. Box cutter used as evidence in underlying criminal trial

513. Syringe used as evidence in underlying criminal trial

514. Clothing as evidence in underlying criminal trial

515. Plaintiff's Amended Complaint of 2/1/03

4

### b) Exhibits That May Be Offered If Necessary

516. Connecticut State Police, Canine Training Records, Argo.

517. Argo's Certificate of Training

518. Memorandum of 7/9/02 re: Argo's retirement

519. Naugatuck Police Department's Training Records and Use of Force Policy

*DEFENDANTS RESERVE THE RIGHT TO OFFER ANY OF THE PLAINTIFF'S PROPOSED EXHIBITS FOR ADMISSION AT TRIAL. EXHIBITS WILL BE EXCHANGED PRIOR TO TRIAL IN CONFORMANCE WITH THE COURT'S PRE-TRIAL ORDER.*

### 5.     Deposition Designations and Cross Designations

One witness, Isaias Irizarry, has apparently died and plaintiff's counsel has indicated a desire to designate portions of Mr. Irizarry's deposition for use at trial. Counsel have discussed the proposed designations and are attempting to reach a stipulation as to which portions may be offered. Based on this status, the defendants request permission to continue working on that stipulation and supplement this portion of the Trial Memoranda.

KARSTEN & DORMAN, LLC • ATTORNEYS AT LAW
29 SOUTH MAIN STREET • WEST HARTFORD, CT 06107 • (860) 521-4800 • FAX (860) 521-7500 • JURIS NO. 424030

**6.**   **Proposed Jury Instructions and Interrogatories**

Please see attached documents.

DEFENDANTS, RANDY IRELAND,
JERRY SCULLY, BART DEELEY and
RAYMOND WALSH

BY_____
James N. Tallberg
Federal Bar No.: ct17849
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107
Their Attorney
jtallberg@karstendorman.com

6

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 8th day of June, 2006, to the following counsel of record:

Howard S. Master, Esq.
Rachel Amankulor, Esq.
Wiggin and Dana, LLP
One Century Tower
P. O. Box 1832
New Haven, CT 06508

James N. Tallberg

KARSTEN & DORMAN, LLC • ATTORNEYS AT LAW
29 SOUTH MAIN STREET • WEST HARTFORD, CT 06107 • (860) 521-4800 • FAX (860) 521-7500 • JURIS NO. 424030