UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH J. BOOKLESS,                  :   NO. 3:03CV123(WWE)
    Plaintiff,

vs.

RANDY IRELAND, JERRY SCULLY,
BART DEELEY AND RAYMOND WALSH,       :   JUNE 8, 2006
    Defendants.

### DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

1. Have you, any member(s) of your family or any close friends ever sued or made a claim for damages against the police?

2. Have you, any member(s) of your family or any close friends made any formal complaint against a police officer?

3. Have you, any member(s) of your family or any close friends been involved in what you would consider to be a negative or unpleasant situation with the police?

4. Do you feel that your previous involvement in any of these situations would be likely to affect your ability to be completely objective and impartial in this case?

5. Have any of you ever served on a jury which heard claims of police misconduct or violation of constitutional rights?

6. Have any of you heard or read anything about the East Hartford Police Department or its officers, or heard or read anything about police officers in general, which would in any way interfere with your ability to be completely objective and impartial concerning the evidence of this case?

7. Do any of you have any strong opinions, ideas or thoughts about claims of deprivation of constitutional rights, such are involved in this case as I have outlined it to you? If so, would you please describe?

8. Would any of your feelings or ideas concerning claims similar to the ones before us today as I have described them to you prevent you from being absolutely fair and impartial in considering this case solely on the basis of the evidence and the law as the court will give it to you?

9. If the court were to instruct you that the law applicable to this case could result in your having the duty to send the plaintiff away with no recovery, would you have any difficulty in making that decision?

KARSTEN & DORMAN, LLC • ATTORNEYS AT LAW
29 SOUTH MAIN STREET • WEST HARTFORD, CT 06107 • (860) 521-4800 • FAX (860) 521-7500 • JURIS NO. 424030

10. In considering this case, would you be able to put aside any feeling of sympathy you may have for the plaintiff, and decide this case solely on the basis of the evidence and the law as the Court will give it to you?

11. Do you believe that police officers should never use force upon a person that they are arresting, regardless of the circumstances?

12. Do you believe that, in general, police officers are inclined to use an excessive amount of physical force in performing their duties?

13. Have you or any one you know ever been personally injured by a police officer?

DEFENDANTS, RANDY IRELAND,<br>
JERRY SCULLY, BART DEELEY and<br>
RAYMOND WALSH<br><br>
BY _____<br>
James N. Tallberg<br>
Federal Bar No.: ct17849<br>
Karsten & Dorman, LLC<br>
29 South Main Street<br>
West Hartford, CT 06107<br>
Their Attorney<br>
jtallberg@karstendorman.com

3

KARSTEN & DORMAN, LLC • ATTORNEYS AT LAW
29 SOUTH MAIN STREET • WEST HARTFORD, CT 06107 • (860) 521-4800 • FAX (860) 521-7500 • JURIS NO. 424030

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 8th day of June, 2006, to the following counsel of record:

Howard S. Master, Esq.
Rachel Amankulor, Esq.
Wiggin and Dana, LLP
One Century Tower
P. O. Box 1832
New Haven, CT 06508

_____
James N. Tallberg

KARSTEN & DORMAN, LLC • ATTORNEYS AT LAW
29 SOUTH MAIN STREET • WEST HARTFORD, CT 06107 • (860) 521-4800 • FAX (860) 521-7500 • JURIS NO. 424030