UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH J. BOOKLESS,<br>    Plaintiff, | : NO. 3:03CV123(WWE) |
| vs. | |
| RANDY IRELAND, JERRY SCULLY,<br>BART DEELEY AND RAYMOND WALSH,<br>    Defendants. | : JUNE 8, 2006 |

## DEFENDANTS' PROPOSED VERDICT FORM

**I.** **Unreasonable and Excessive Force**

1. Has the plaintiff, Joseph Bookless, proven by a preponderance of the evidence that any or all of the defendants listed below violated Section 1983 by subjecting him to unreasonable and excessive force? Your answer may be different for each defendant.

| | | |
|---|---|---|
| Randy Ireland | Yes_____ | No_____ |
| Jerry Scully | Yes_____ | No_____ |
| Bart Deeley | Yes_____ | No_____ |
| Raymond Walsh | Yes_____ | No_____ |

*If you answered "No" to all of Question 1, your deliberations are complete; go to Section II. If you have answered "Yes" to any portion of Question 1, go to Question 2 and answer the question(s) only as to the defendant or defendants you answered "Yes" to in one of the questions above.*

2. Has any of the individual defendants as to whom you answered "Yes" on Question 1, proven by a preponderance of the evidence that he is entitled to qualified immunity? Your answer may be different for each defendant.

| | | |
|---|---|---|
| Randy Ireland | Yes_____ | No_____ |
| Jerry Scully | Yes_____ | No_____ |
| Bart Deeley | Yes_____ | No_____ |
| Raymond Walsh | Yes_____ | No_____ |

*If you answered "Yes" to all applicable portions of Question 2, your deliberations are complete; go to Section II. Otherwise, go to Question 3.*

3. What compensatory damages, if any, do you award the plaintiff as damages for violation of his constitutional right to not be subjected to excessive force?

$_____.

*Go to Question 4.*

4. Keeping in mind my instruction on punitive damages, indicate whether the conduct of any defendant in violating Mr. Bookless's constitutional rights by subjecting him to excessive force warrants an award of punitive damages and, if so, indicate the amount of punitive damages for which you find the defendant

2

to be responsible. Your answer may be different for each defendant.

Randy Ireland         Yes_____    No_____   If yes, $_____

Jerry Scully          Yes_____    No_____   If yes, $_____

Bart Deeley           Yes_____    No_____   If yes, $_____

Raymond Walsh         Yes_____    No_____   If yes, $_____

II.  **Conclusion Of Deliberations**

You have completed your deliberations. Please have your foreperson sign and date this form.

_____                    _____
Date                                   Foreperson

KARSTEN & DORMAN, LLC • ATTORNEYS AT LAW
29 SOUTH MAIN STREET • WEST HARTFORD, CT 06107 • (860) 521-4800 • FAX (860) 521-7500 • JURIS NO. 424030

                        DEFENDANTS, RANDY IRELAND,
                        JERRY SCULLY, BART DEELEY and
                        RAYMOND WALSH

BY _____
    James N. Tallberg
    Federal Bar No.: ct17849
    Karsten & Dorman, LLC
    29 South Main Street
    West Hartford, CT 06107
    Their Attorney
    jtallberg@karstendorman.com

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 8th day of June, 2006, to the following counsel of record:

Howard S. Master, Esq.
Rachel Amankulor, Esq.
Wiggin and Dana, LLP
One Century Tower
P. O. Box 1832
New Haven, CT 06508

_____
James N. Tallberg