```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

JOSEPH J. BOOKLESS,              :   NO. 3:03CV123(WWE)
     Plaintiff,

vs.

RANDY IRELAND, JERRY SCULLY,
BART DEELEY AND RAYMOND WALSH,   :   JUNE 9, 2006
     Defendants.
```

## DEFENDANTS' AMENDED TRIAL MEMORANDA

The defendants Randy Ireland, Jerry Scully, Bart Deeley and Raymond Walsh respectfully submit this Amended Trial Memoranda, in order to include five (5) witnesses who were inadvertently omitted from the Defendants' June 8, 2006 Trial Memoranda. In particular, John Bookless, John Bookless, Jr., Maritza Bookless, Iris Bookless, and Patrick Schafer should have appeared on the defendants' list of witnesses that may be called. The identity and expected testimony of these witnesses is well known to the plaintiff and there is no prejudice to the plaintiff from this amendment.

**3**.     **Defendants' Amended List of Witnesses**

     **A.**     **Witnesses Defendants Expect to Call at Trial.**

          1.   Lt. Jerry Scully

          2.   Det. Bart Deeley

    3. Officer Randy Ireland

    4. Officer Raymond Walsh

    5. Lt. Robert Allen

    6. Officer Peter Bosco

    7. Donna Grillo

    8. Aynslee Lektaitis

**B.** **Witnesses Defendants May Call**

    1. Officer Schoefield

    2. Officer Crosswait

    3. Officer Wilmot

    4. Officer Bernegger

    5. Officer Caroline Obar

    6. Assistant State's Attorney John Davenport

    7. Christina Palumbo

    8. EMT Amendola

    9. EMT Howard

    10. John Bookless.

    11. John Bookless, Jr.

    12. Maritza Bookless

    13. Iris Bookless

    14. Patrick Schafer

```
                                DEFENDANTS, RANDY IRELAND,
                                JERRY SCULLY, BART DEELEY and
                                RAYMOND WALSH


                            BY_____
                                James N. Tallberg
                                Federal Bar No.: ct17849
                                Karsten & Dorman, LLC
                                29 South Main Street
                                West Hartford, CT 06107
                                Their Attorney
                                jtallberg@karstendorman.com
```

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 9th day of June, 2006, to the following counsel of record:

Howard S. Master, Esq.
Rachel Amankulor, Esq.
Wiggin and Dana, LLP
One Century Tower
P. O. Box 1832
New Haven, CT 06508

```
                                _____
                                James N. Tallberg
```