```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

JOSEPH J. BOOKLESS,                 :   NO. 3:03CV123(WWE)
     Plaintiff,

vs.

RANDY IRELAND, JERRY SCULLY,
BART DEELEY AND RAYMOND WALSH,      :   JUNE 9, 2006
     Defendants.
```

### DEFENDANTS' MOTION IN LIMINE REGARDING EVIDENCE, TESTIMONY AND ARGUMENT AT TRIAL

Pursuant to Rules 104(a), 403, and 404(a) and (b) of the Federal Rules of Evidence, defendants Randy Ireland, Jerry Scully, Bart Deeley and Raymond Walsh, hereby move this Court to preclude introduction by the plaintiff of certain evidence, testimony or argument relating to the following claims and/or issues or subjects:

    1.    Testimony and evidence regarding other incidents of dog bites by police canine, "Argo;"

    2.    Testimony and evidence regarding other lawsuits against the defendants;

    3.    Testimony and evidence regarding other citizen complaints against the defendants or other members of the Naugatuck Police Department; and

4. Testimony and evidence regarding internal affairs investigations or discipline within the Naugatuck Police Department.

As more fully discussed in the attached memorandum of law, evidence regarding these topics is irrelevant, overly prejudicial with little or no probative value, and inadmissible character evidence to show alleged propensity to engage in misconduct.

WHEREFORE, the defendants request that the Court grant this Motion in Limine.

DEFENDANTS, RANDY IRELAND,
JERRY SCULLY, BART DEELEY and
RAYMOND WALSH

BY_____
James N. Tallberg
Federal Bar No.: ct17849
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107
Their Attorney
jtallberg@karstendorman.com

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 9th day of June, 2006, to the following counsel of record:

Howard S. Master, Esq.
Rachel Amankulor, Esq.
Wiggin and Dana, LLP
One Century Tower
P. O. Box 1832
New Haven, CT 06508

_____
James N. Tallberg