AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
### DISTRICT OF ~~DEFENDANT~~

**6/29/06**

~~United States District Court~~
~~District of Conn~~
~~FILED AT       BR_____PORT~~
~~Edwin F. Rowe, Clerk~~
~~By D. Candee~~
~~Deputy Clerk~~

JOSEPH J. BOOKLESS
v.
RANDY IRELAND, ET AL

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:03CV123(WWE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W.W. EGINTON | HOWARD S. MASTER / RACHEL AMANKULOR | JAMES N. TALLBERG |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6/27/06, 6/28/06 | MARIA CORRIETTE | D. CANDEE |

| PLF. NO. | DEF. NO. | DATE OFFERED | ID MARKED | Full ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 514 | 6/27/06 | | ✓ (Offered by Plaintiff) | NAUGATUCK P. DEPT. DEPARTMENTAL ORDER RE: USE OF FORCE |
| | 515 | 6/27/06 | | ✓ (Offered by Plaintiff) | COPY OF CANINE CERTIFICATE OF TRAINING FOR OFFICER BART DEELEY + K9 "ARGO" |
| | 502 | 6/27/06 | | ✓ (Offered by Plaintiff) | LARGE MAP/ARIAL PHOTOGRAPH OF INTERSECTION OF SPRING AND BRIDGE STREETS IN NAUGATUCK |
| | 506 | 6/27/06 | | ✓ (Offered by Plaintiff) | NAUGATUCK POLICE DEPT. INCIDENT REPORT DATED 5/22/00 |
| | 517 | 6/27/06 | | ✓ (Offered by Plaintiff) | CANINE UNIT - PURPOSE, POLICY, PROCEDURE |
| | 508 | 6/27/06 | | ✓ (Offered by Plaintiff) | NAUGATUCK POLICE DEPT. SUPERVISOR'S INCIDENT REPORT OF INCIDENT DATE 5/22/00 |
| | 509 A thru 6 | 6/27/06 | | ✓ (Offered by Plaintiff) | NAUGATUCK POLICE DEPT. PHOTOGRAPHS OF PLAINTIFF DOG BITES |
| | 516 | 6/27/06 | | ✓ | CERTIFICATE OF COMPLETION RE: TESTING AS A NARCOTICS DETECTION CANINE TEAM |
| | 518 | 6/27/06 | | ✓ | PICTURE OF K9 "ARGO" |
| | 519 | 6/27/06 | ✓ | | SUPERIOR COURT INFORMATION FORM JD-CR-71.5 |
| | 501 | 6/27/06 | | ✓ | LARGE ARIAL PHOTOGRAPH OF INTERSECTION OF BRIDGE AND SPRING STREETS IN NAUGATUCK |
| | 520 | 6/27/06 | ✓ | ✓ | UTILITY KNIFE |
| | 523 | 6/28/06 | | ✓ | CLINICAL/MEDICAL RECORDS (CT. DEPT. OF CORRECTIONS) |
| | 522 | 6/28/06 | | ✓ | COMPLAINT |
| | 521A | 6/28/06 | | ✓ | TAPE |
| | 521B | 6/28/06 | ✓ | | TRANSCRIPT |
| | 503 | 6/28/06 | | ✓ | NAUGATUCK POLICE DEPT. INCIDENT REPORT JERIMIAH SCULLY |
| | 504 | 6/28/06 | | ✓ | NAUGATUCK POLICE DEPT. INCIDENT REPORT SIGNED BY RAYMOND WALSH |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages