AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**DISTRICT OF** ~~PLAINTIFF~~

JOSEPH J. BOOKLESS
v.
RANDY IRELAND, ET AL

**EXHIBIT AND ~~WITNESS~~ LIST**

CASE NUMBER: 3:03CV123(WWE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W.W. EGINTON | HOWARD S. MASTER / RACHEL AMAN KULDR | JAMES N. TALLBERG |
| TRIAL DATE(S) 6/27/06, 6/28/06 | COURT REPORTER MARIA CORRIETTE | COURTROOM DEPUTY D. CANDEE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ~~ADMITTED~~ Full | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/27/06 | | ✓ | MAP OF SPRING AND BRIDGE STREETS INTERSECTION BY GOOGLE (8½" x 11") |
| 4 | | 6/27/06 | | ✓ | MEDICAL RECORDS - WATERBURY HOSPITAL |
| 3 | | 6/28/06 | | ✓ | PHOTOS OF JOSEPH J. BOOKLESS WITH INMATE # |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages