AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
6/29/06

DISTRICT OF

JOSEPH J. BOOKLESS
v.
RANDY IRELAND, ET AL

DEFENDANT
EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:03-cv-123 (WWE)

| PRESIDING JUDGE W.W. EGINTON | PLAINTIFF'S ATTORNEY HOWARD S. MASTER, RACHEL AMANKULOR | DEFENDANTS ATTORNEY JAMES N. TALLBERG |
|---|---|---|
| TRIAL DATE(S) 6/27/06, 6/28/06 | COURT REPORTER MARIA CORRIETTE | COURTROOM DEPUTY D. CANDEE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/28/06 | | | JERIMIAH SCULLY — NAUGATUCK, CT. |
| | | 6/28/06 | | | DONNA GRILLO — NAUGATUCK, CT. |
| | | 6/28/06 | | | ROBERT ALLEN — NAUGATUCK, CT. |
| | | 6/28/06 | | | RANDY IRELAND — NAUGATUCK, CT. |
| | | 6/28/06 | | | RAYMOND WALSH — NAUGATUCK, CT. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.