# United States District Court

United States District Court
District of Connecticut
FILED AT BRIDGEPORT

**DISTRICT OF** ───────

JOSEPH J. BOOKLESS
v.
RANDY IRELAND, ET AL

PLAINTIFF 6/29/06
EXHIBIT AND WITNESS LIST Clerk
By D. Candee

CASE NUMBER: 3:03CV123(WWE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W.W. EGINTON | HOWARD S. MASTER / RACHEL AMANKULOR | JAMES N. TALLBERG |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6/27/06, 6/28/06 | MARIA CORRIETTE | D. CANDEE |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/27/06 | | | BART DEELEY — NAUGATUCK, CT. |
| | | 6/27/06 | | | JOHN J. BOOKLESS, JR. — NAUGATUCK, CT. |
| | | 6/27/06 | | | JOSEPH J. BOOKLESS — SUFFIELD, CT. |
| | | 6/28/06 | | | PATRICK SCHAFER — WINSTEAD, CT. |
| | | 6/28/06 | | | ISAIAS IRIZARRY — (BY DEPOSITION) READ BY: |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages