# United States District Court

DISTRICT OF ~~Court~~

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
6/29/06
Kevin F. Rowe, Clerk
By D. Candee
Deputy Clerk

Joseph J. Bookless
v.
Randy Ireland, et al

EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:03CV123(WWE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W.W. Eginton | Howard S. Master / Rachel Amankulor | James N. Tallberg |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Court | Maria Corriette / Judy Fazekas | D. Candee |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/28/06 | | | Deposition Transcript of Isaias Irizarry as read by James Tripp |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages