UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH J. BOOKLESS,<br><br>Plaintiff,<br><br>v.<br><br>RANDY IRELAND, JERRY SCULLY,<br>BART DEELEY, & RAYMOND WALSH,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: CASE NO. 3:03 CV 123 (WWE)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## SPECIAL VERDICT FORM
## (INTERROGATORIES)

1. Has the plaintiff Joseph Bookless proven by a preponderance of the evidence that he was subjected to a violation of his Fourth Amendment rights due to the use of excessive force by one of more of the following defendants?

   | | | |
   |---|---|---|
   | Randy Ireland | Yes_____ | No __X__ |
   | Jerry Scully | Yes_____ | No __X__ |
   | Bart Deeley | Yes_____ | No __X__ |
   | Raymond Walsh | Yes_____ | No __X__ |

1

2. Has the plaintiff Joseph Bookless proven by a preponderance of the evidence that he was subjected to a violation of his Fourth Amendment rights due to the failure of one or more of the following defendants to intervene?

| | | |
|---|---|---|
| Randy Ireland | Yes_____ | No__X__ |
| Jerry Scully | Yes_____ | No__X__ |
| Bart Deeley | Yes_____ | No__X__ |
| Raymond Walsh | Yes_____ | No__X__ |

**If you answered "Yes" as to any defendant in Question #1 or Question # 2, proceed to Question #3. If you answered "No" as to all defendants in Question #1 and Question # 2, your deliberations are at an end. The foreperson should sign and date the special verdict form.**

3. Do you find that any of the defendants whom you have found liable above for a Fourth Amendment violation was a proximate cause of the alleged harm or damage to the plaintiff?

| | | |
|---|---|---|
| Randy Ireland | Yes_____ | No_____ |
| Jerry Scully | Yes_____ | No_____ |
| Bart Deeley | Yes_____ | No_____ |
| Raymond Walsh | Yes_____ | No_____ |

**If you answered "Yes" as to any defendant in Question #3, proceed to Question #4. If you answered "No" as to all defendants in Question #3, your deliberations are at an end. The foreperson should sign and date the special verdict form.**

4. What amount of damages do you award the plaintiff?

$_____

5.  If you awarded damages in Question #4, do you award punitive damages to the plaintiff against any defendant, and if so, how much?

|  | | | |
|---|---|---|---|
| Randy Ireland | Yes_____ | No_____ | $_____ |
| Jerry Scully | Yes_____ | No_____ | $_____ |
| Bart Deeley | Yes_____ | No_____ | $_____ |
| Raymond Walsh | Yes_____ | No_____ | $_____ |

**Your deliberations are now at an end. The foreperson should sign and date the special verdict form.**

Date __6/29/06__            _____
                                             Foreperson