## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

June 29, 2006

James N. Tallberg
Karsten & Dorman, LLC
29 So. Main Street
West Hartford, CT 06107

Re: Case Name: J. Bookless v. Randy Ireland, et al
Number: 3:03CV123(WWE)

Dear Attorney Tallberg:

As the above matter has been disposed of in this court:

Enclosed are the following exhibit(s):

Exhibits 514, 515, 502, 506, 517, 508, 509 A - G, 516, 518, 519, 501, ~~***~~, 523, 522, 521 A, 503, 504

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Deborah A. Candee
Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: 6/21/06