UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSEPH J. BOOKLESS
      v.                                      3:03CV123 (WWE)

RANDY IRELAND, JERRY SCULLY,
BART DEELEY, AND RAYMOND WALSH

## J U D G M E N T

This matter came on before a jury and the Honorable Warren W. Eginton, Senior United States District Judge. On June 29, 2006, after deliberation, the jury returned a verdict in favor of the defendants against the plaintiff.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 30th day of June, 2006.

                                            KEVIN F. ROWE, Clerk

                                            By   /s/ Deborah A. Candee
                                                          Deputy Clerk

Entered on Docket _____