UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH J. BOOKLESS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:03 CV 123 (WWE) |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY IRELAND, JERRY SCULLY, | ) | July 11, 2006 |
| BART DEELEY & | ) | |
| RAYMOND WALSH, | ) | |
| Defendants. | ) | |

## MOTION FOR REIMBURSEMENT IN PRO BONO CASE

Pursuant to sections 83.10(f)-(g) of the Local Rules of Civil Procedure, counsel for plaintiff Joseph J. Bookless moves this Court to approve the following payments for court reporter and deposition transcript fees in this matter in the amount of $4,174.43.

In support of this motion, counsel states the following:

1.  The undersigned was appointed as pro bono counsel for Plaintiff by Order dated December 6, 2005.

2.  By Revised Scheduling Order dated December 12, 2006 ("December 12 Order"), the Court (Fitzsimmons, J.) reopened discovery for limited purposes and authorized Plaintiff to depose the defendants in the above-captioned action. The December 12 Order denied Plaintiff's request to depose additional witnesses, but authorized Plaintiff to renew the request should Plaintiff identify witnesses whose depositions were necessary for a specific, articulable purpose. (*See* Ex. A (December 12 Order).)

2.  By motion dated February 23, 2006, Plaintiff renewed his request to depose three witnesses: Officers Peter Bosco, Robert Allen, Rick Smolicz. The Court (Eginton, J.) granted

the renewed request by Order dated February 28, 2006 ("February 28 Order"). The February 28 Order was reaffirmed upon reconsideration on March 15, 2006. (*See* Ex. B (docket report for case reflecting February 28 Order at docket #63, and reaffirmation of February 28 Order upon reconsideration at docket #66).)

      3.     Pursuant to the December 12 Order, counsel for Plaintiff deposed defendants Raymond Walsh and Randy Lee Ireland on February 9, 2006. Plaintiff used a professional court reporting service, DelVecchio Reporting Services, LLC ("DelVecchio"), to record the deposition. DelVecchio submitted invoice #31248 to Wiggin and Dana LLP for $1,825.32 for reporter and transcript fees arising out of these depositions, which the firm paid on or about April 7, 2006 with check number 64450.[1] *See* Ex. C (invoices from DelVecchio and check stubs reflecting payment).)

      2.     Pursuant to the December 12 Order, counsel for Plaintiff deposed defendant Bart Deeley on February 10, 2006. Plaintiff used DelVecchio to record the deposition. DelVecchio submitted invoice #31256 to Wiggin and Dana LLP for $1,099.03 for reporter and transcript fees arising out of this deposition, which the firm paid on or about April 7, 2006 with check number 64450. *See* Ex. C.

      3.     Pursuant to the February 28 Order, counsel for Plaintiff deposed witnesses Peter Bosco and Robert Allen on March 29, 2006.[2] Plaintiff used DelVecchio to record these depositions. DelVecchio submitted invoice #26819 to Wiggin and Dana LLP for $564.75 for

---

[1] Counsel ordered daily transcripts for these depositions, as the deposition of another defendant, Bart Deeley, was to take place the next day. No other deposition transcripts were ordered on an expedited basis.

[2] Following the issuance of the February 28 Order, counsel for Plaintiff determined that it would not be necessary to depose witness Rick Smolicz. Consequently, his deposition was never taken.

reporter and transcript fees arising out of these depositions, which the firm paid on or about May 9, 2006 with check number 65191. *See* Ex. C.

      4.      Pursuant to the December 12 Order, counsel for Plaintiff deposed Jeremiah J. Scully on March 30, 2006. Plaintiff used DelVecchio to record this deposition. DelVecchio submitted invoice #28621 to Wiggin and Dana LLP for $685.33 for reporter and transcript fees arising out of this deposition, which the firm paid on or about May 9, 2006 with check number 65191. *See* Ex. C.

      5.      Plaintiff Joseph J. Bookless is incarcerated and lacks any ability to pay for legal services, costs, and/or expenses.

      6.      Wiggin and Dana LLP has provided pro bono legal services for Plaintiff and has not received compensation from any source for fees or expenses arising out of this representation. Following the verdict in favor of the defendants in this action, which was rendered on June 29, 2006, counsel for Plaintiff may not obtain compensation for legal services, costs and/or expenses from defendants pursuant to statute.

      7.      Counsel will not seek reimbursement for any additional fees or expenses incurred during the course of representing Plaintiff in this action.

Therefore, pursuant to Local Rule 83.10(f)-(g), the undersigned pro bono counsel for plaintiff Joseph J. Bookless asks the Court to approve payment from Court funds to Wiggin and Dana LLP in the amount of $4,174.43 for court reporter and deposition transcript fees that Wiggin and Dana LLP has already paid.


DATED: July 11, 2006

                              Respectfully submitted,



                              Howard Master (ct26855)
                              Rachel Amankulor (ct26965)
                              WIGGIN AND DANA LLP
                              One Century Tower
                              P.O. Box 1832
                              New Haven, CT 06508-1832
                              Tel: 203-498-4400
                              Fax: 203-782-2889
                              E-mail: hmaster@wiggin.com


                              Attorneys for Plaintiff

CERTIFICATE OF SERVICE

On July 11, 2006, I caused to be served upon counsel of record, at the address stated

below, via the method of service indicated, a true and correct copy of the foregoing:

James N. Tallberg, Esq.
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

|   | |
|---|---|
| ___ | Via hand delivery |
| __X__ | Via U.S. Mail, 1st Class, Postage Prepaid |
| ___ | Via Overnight Delivery |
| ___ | Via Facsimile |
| ___ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Connecticut that the

foregoing is true and correct.

DATED at New Haven, CT, this 11th day of July, 2006.

Howard Master

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JOSEPH BOOKLESS | : | |
| | : | |
| v. | : | CIV. NO. 3:03cv123 (WWE) |
| | : | |
| RANDY IRELAND, JERRY SCULLY, | : | |
| BART DEELEY and RAYMOND WALSH | : | |

## REVISED SCHEDULING ORDER

A telephone conference call was held on December 8, 2005, in light of the appointment of Howard Masters, Esq., as plaintiff's counsel, and to address the status of the case. As newly appointed counsel, Attorney Masters requested the opportunity to reopen discovery on plaintiff's behalf for limited purposes. Specifically, plaintiff seeks to: 1) depose the four defendants; 2) depose the witnesses whose names were recently itemized by the defendants as potential trial witnesses; 3) request further medical records of the plaintiff from the treating hospital and the Department of Corrections; 4) obtain an expert to review plaintiff's medical records; and 5) obtain all underlying records from the City of Naugatuck relating to the "dog bite" log.

Defendants argued that plaintiff's motion should be denied because: (1) the discovery deadline has passed; (2) plaintiff has failed to show good cause why discovery should be reopened; (3) plaintiff has adequately represented himself in the past, and in fact, survived summary judgment; and (4) no valid reason exists for plaintiff's failure to conduct the requested discovery in a

timely fashion.

After careful consideration by the Court, it is hereby
ORDERED:

### 1.    **Depositions of Defendants**

The Court finds that plaintiff is entitled to know the facts
to which defendants will testify at trial.  Plaintiff may
schedule the depositions of the four (4) defendants.  These
depositions shall be conducted before February 27, 2005.  If
plaintiff needs additional time to conduct these depositions,
counsel shall request an extension of time from the court.

### 2.    **Depositions of Witnesses**

Plaintiff has failed to show good cause why discovery should
be reopened to conduct depositions of all individuals recently
identified by defendants as potential trial witnesses.  However,
if plaintiff is able to identify, either through the deposition
testimony of defendants or after review of other discovery
material, an individual whose deposition is necessary for a
specific, articulable purpose, the plaintiff may renew this
request.

### 3.    **Medical Records**

As plaintiff has the ability to request his own medical
records, the request that defendants produce medical records from
the treating hospital and the Department of Corrections is

2

denied.

### 4.   **Identification of an Expert**

_____Plaintiff has failed to show good cause why an expert would be needed by plaintiff to review the medical records.  After reviewing the medical records, however, if plaintiff can specify, with particularity, the basis for the necessity of an expert, plaintiff may renew this request.

### 5.   **Dog Bite Documents**

The Court finds that plaintiff is entitled to discover whether the police dog which bit plaintiff had, either prior to or after this incident, been involved in any other dog bite incidents.  As such, plaintiff may seek, from the City of Naugatuck, all documents/reports underlying the "dog bite" log for the police dog at issue.

SO ORDERED at Bridgeport this 8th day of December 2005.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

3

# Exhibit B

CASREF, CLOSED, HBF

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:03-cv-00123-WWE

Bookless v. Ireland, et al
Assigned to: Judge Warren W. Eginton
Referred to: Judge Holly B. Fitzsimmons
Demand: $0
Cause: 42:1981 Civil Rights

Date Filed: 01/16/2003
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Joseph J. Bookless**                     represented by **Howard S. Master**
Wiggin & Dana-NH
265 Church St.
New Haven, CT 06510
203-498-4317
Fax: 203-782-2889
Email: hmaster@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Amankulor**
Wiggin & Dana-NH
One Century Tower
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832
203-498-4335
Fax: 203-782-2889
Email: ramankulor@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Randy Ireland**                     represented by **James Newhall Tallberg**
Karsten & Dorman, LLC
29 So. Main St.
West Hartford, CT 06107
860-521-4800
Fax: 860-521-7500
Email: jtallberg@karstendorman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Freimuth**

Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277
860-548-2600
*TERMINATED: 08/05/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jerry Scully**                    represented by   **James Newhall Tallberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Freimuth**
(See above for address)
*TERMINATED: 08/05/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bart Deeley**                    represented by   **James Newhall Tallberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Freimuth**
(See above for address)
*TERMINATED: 08/05/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Raymond Walsh**                    represented by   **James Newhall Tallberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Freimuth**
(See above for address)
*TERMINATED: 08/05/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/16/2003 | 1 | NOTICE OF REMOVAL by Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh from Judicial District of Waterbury FILING FEE $ 150.00 RECEIPT # H8387 (D'Onofrio, B.) (Entered: 01/21/2003) |

| 01/16/2003 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 7/18/02 ; Dispositive Motions due 8/17/03 Amended Pleadings due 3/16/03 Motions to Dismiss due 4/16/03 (D'Onofrio, B.) (Entered: 01/21/2003) |
| --- | --- | --- |
| 01/16/2003 | 3 | APPEARANCE of Attorney for Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh -- James Newhall Tallberg (D'Onofrio, B.) (Entered: 01/21/2003) |
| 01/16/2003 | 4 | NOTICE of no pending motion by Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh (D'Onofrio, B.) (Entered: 01/21/2003) |
| 01/30/2003 | 5 | MOTION by Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh to Extend Time ton 2/24/03 to respond to complaint (Sanders, C.) (Entered: 01/31/2003) |
| 02/19/2003 | | ENDORSEMENT [5-1] motion to Extend Time ton 2/24/03 to respond to complaint ordered accordingly set Answer/Prisoner deadline to 2/24/03 for Raymond Walsh, Bart Deeley, Jerry Scully, Randy Ireland ( signed by Clerk ) (Larsen, M.) (Entered: 02/19/2003) |
| 02/26/2003 | 6 | AMENDED COMPLAINT by Joseph J. Bookless amending [1-1] removal notice by Raymond Walsh, Bart Deeley, Jerry Scully, Randy Ireland; jury demand (Larsen, M.) (Entered: 02/28/2003) |
| 02/26/2003 | 7 | ANSWER by Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh to amended complaint (Larsen, M.) (Entered: 02/28/2003) |
| 04/03/2003 | 8 | MOTION by Joseph J. Bookless for More Definite Statement (Brief Due 4/24/03) (Corriette, M.) (Entered: 04/03/2003) |
| 04/11/2003 | 9 | OBJECTIONS by Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh to [8-1] motion for More Definite Statement by Joseph J. Bookless (Corriette, M.) (Entered: 04/11/2003) |
| 04/29/2003 | | CASE referred to Mag. Judge Holly B. Fitzsimmons (Larsen, M.) (Entered: 04/29/2003) |
| 05/01/2003 | 10 | RULING and ORDER denying [8-1] motion for More Definite Statement ( signed by Mag. Judge Holly B. Fitzsimmons ) 2 Page(s) (Larsen, M.) (Entered: 05/02/2003) |
| 05/05/2003 | 11 | MOTION by Joseph J. Bookless for Appointment of Counsel (Corriette, M.) (Entered: 05/07/2003) |
| 05/15/2003 | 12 | MOTION by Joseph J. Bookless to Extend Time to 6/16/03 to respond to discovery requests (Corriette, M.) (Entered: 05/15/2003) |
| 05/19/2003 | 13 | REPORT of Parties Planning Meeting (Larsen, M.) (Entered: 05/21/2003) |
| 05/20/2003 | | ENDORSEMENT approving [13-1] report reset Discovery deadline to 6/14/04 , reset Dispositive Motions due by 7/14/04 ( signed by Judge Warren W. Eginton ) (Larsen, M.) (Entered: 05/21/2003) |

| 05/22/2003 | 14 | RULING and ORDER denying [11-1] motion for Appointment of Counsel, granting [12-1] motion to Extend Time to 6/16/03 to respond to discovery requests ( signed by Mag. Judge Holly B. Fitzsimmons ) 2 Page(s) (Larsen, M.) (Entered: 05/22/2003) |
| 06/25/2003 | 15 | MOTION by Joseph J. Bookless for Appointment of Counsel (Corriette, M.) (Entered: 06/26/2003) |
| 07/22/2003 | 16 | RULING and ORDER denying [15-1] motion for Appointment of Counsel ( signed by Mag. Judge Holly B. Fitzsimmons ) 2 Page(s) (Jaiman, R.) (Entered: 07/23/2003) |
| 10/14/2003 | 17 | MOTION for Extension of Time until 12/17/03 to Respond to Discovery Requests by Bart Deeley, Randy Ireland, Jerry Scully, Raymond Walsh. (Corriette, M.) (Entered: 10/17/2003) |
| 10/21/2003 | 18 | ENDORSEMENT ORDER Granting re 17 MOTION for Extension of Time filed by Jerry Scully, Bart Deeley, Randy Ireland, Raymond Walsh Discovery due by 12/17/2003.. Signed by Judge Warren W. Eginton on 10/20/03. (Simpson, T.) (Entered: 10/22/2003) |
| 10/21/2003 | | Set Deadline: Discovery due by 6/14/2004. (Larsen, M.) (Entered: 10/23/2003) |
| 10/21/2003 | | DUPLICATE ENTRY: ENDORSEMENT ORDER granting 17 Motion for Extension of Time to 12/17/03 to Respond to Discovery Requests DOC #18 RE-DOCKETED AS ORDER ON MOTION. Signed by Judge Warren W. Eginton on 10/20/03. (Simpson, T.) (Entered: 02/25/2004) |
| 12/22/2003 | 19 | MOTION for Extension of Time for 30 days to file response to Request for Production by Bart Deeley, Randy Ireland, Jerry Scully, Raymond Walsh. (Sanders, C.) (Entered: 12/29/2003) |
| 12/30/2003 | 20 | ORDER granting 19 Motion for Extension of Time . Signed by Judge Warren W. Eginton on 12/30/03. (Sanders, C.) (Entered: 01/08/2004) |
| 03/05/2004 | 21 | NOTICE of Appearance by Matthew Freimuth on behalf of Bart Deeley, Randy Ireland, Jerry Scully, Raymond Walsh (Simpson, T.) (Entered: 03/09/2004) |
| 03/05/2004 | 22 | OPPOSITION to Motion for Judgment by Default (No Motion Filed) filed by Bart Deeley, Randy Ireland, Jerry Scully, Raymond Walsh. (Corriette, M.) (Entered: 03/12/2004) |
| 04/29/2004 | 23 | MOTION to Appoint Counsel by Joseph J. Bookless. (Corriette, M.) (Entered: 05/03/2004) |
| 05/11/2004 | 24 | RULING and ORDER denying 23 Motion to Appoint Counsel . Signed by Judge Holly B. Fitzsimmons on 5/11/04. (Jaiman, R.) (Entered: 05/13/2004) |
| 06/24/2004 | 25 | PRISCS - MOTION to Compel Discovery by Joseph J. Bookless.Responses due by 7/15/2004 (Corriette, M.) (Entered: 06/29/2004) |

| 07/14/2004 | 26 | MOTION for Extension of Time to 8/14/04 to file dispositive motions by Bart Deeley, Randy Ireland, Jerry Scully, Raymond Walsh. (Sanders, C.) (Entered: 07/14/2004) |
| 07/15/2004 | 28 | PRISCS - ENDORSEMENT ORDER granting 26 Motion for Extension of Time to 8/14/04 to file dispositive motions . Signed by Judge Warren W. Eginton on 7/15/04. (Jaiman, R.) (Entered: 07/23/2004) |
| 07/15/2004 | | Set Deadlines/Hearings: Dispositive Motions due by 8/14/2004. (Jaiman, R.) (Entered: 07/23/2004) |
| 07/16/2004 | 27 | PRISCS - OBJECTION re 25 MOTION to Compel Discovery filed by Bart Deeley, Randy Ireland, Jerry Scully, Raymond Walsh. (Corriette, M.) (Entered: 07/21/2004) |
| 07/20/2004 | 29 | RULING and ORDER denying 25 Motion to Compel Discovery. Signed by Judge Holly B. Fitzsimmons on 7/19/04. (Jaiman, R.) (Entered: 07/26/2004) |
| 07/30/2004 | 30 | MOTION for Matthew Freimuth to Withdraw as Attorney by Bart Deeley, Randy Ireland, Jerry Scully, Raymond Walsh. (Sanders, C.) (Entered: 08/04/2004) |
| 08/05/2004 | 31 | ORDER granting 30 Motion to Withdraw as Attorney. Attorney Matthew Freimuth terminated . Signed by Judge Warren W. Eginton on 8/5/2004. (Sanders, C.) (Entered: 08/06/2004) |
| 08/05/2004 | 32 | PRISCS - RESPONSE re 27 OBJECTION to 25 MOTION to Compel Discovery filed by Joseph J. Bookless. (Corriette, M.) (Entered: 08/06/2004) |
| 08/17/2004 | 33 | PRISCS - MOTION for Extension of Time for 30 days to file dispositive motions by Bart Deeley, Randy Ireland, Jerry Scully, Raymond Walsh. (Corriette, M.) (Entered: 08/19/2004) |
| 09/01/2004 | 34 | PRISCS RULING AND ORDER granting 33 Motion for Extension of Time for 30 days to file dispositive motions. Dispositive Motions due 9/14/04. Signed by Judge Holly B. Fitzsimmons on 8/31/04. (Larsen, M.) (Entered: 09/02/2004) |
| 09/01/2004 | | PRISCS Set Deadline: Dispositive Motions due by 9/14/2004. (Larsen, M.) (Entered: 09/02/2004) |
| 09/15/2004 | 35 | MOTION for Summary Judgment with MEMORANDUM IN SUPPORT Exhibits 1, 2 & 3 submitted in paper form by Bart Deeley, Randy Ireland, Jerry Scully, Raymond Walsh.Responses due by 10/6/2004 (Attachments: # 1 Statement of Facts)(Cody, C.) (Entered: 09/17/2004) |
| 09/15/2004 | 36 | NOTICE to Pro Se Litigant by Bart Deeley, Randy Ireland, Jerry Scully, Raymond Walsh re 35 MOTION for Summary Judgment (Cody, C.) (Entered: 09/17/2004) |
| 10/05/2004 | 37 | PRISCS - MOTION for Extension of Time of Scheduling Order by Bart Deeley, Randy Ireland, Jerry Scully, Raymond Walsh. (Corriette, M.) |

| | | |
|---|---|---|
| | | (Entered: 10/07/2004) |
| 10/15/2004 | 38 | PRISCS - MOTION for Extension of Time for 30 days to File Response as to 35 MOTION for Summary Judgment by Joseph J. Bookless. (Corriette, M.) (Entered: 10/20/2004) |
| 10/20/2004 | 39 | PRISCS RULING AND ORDER granting 37 Motion for Extension of Time of Scheduling Order. If defendants' motion for summary judgment is denied, in whole or in part, the court will issue a new trial date . Signed by Judge Holly B. Fitzsimmons on 10/15/04. (Larsen, M.) (Entered: 10/21/2004) |
| 10/26/2004 | 40 | PRISCS RULING AND ORDER granting 38 Motion for Extension of Time to File Response re 35 MOTION for Summary Judgment.Responses due by 11/25/2004. Signed by Judge Holly B. Fitzsimmons on 10/22/04. (Larsen, M.) (Entered: 10/29/2004) |
| 11/29/2004 | 41 | PRISCS - MOTION for Extension of Time for 30 days to File Response as to 35 MOTION for Summary Judgment by Joseph J. Bookless. (Corriette, M.) (Entered: 12/03/2004) |
| 12/10/2004 | 42 | PRISCS - Reply to 41 MOTION for Extension of Time to File Response as to 35 MOTION for Summary Judgment until for 30 days filed by Bart Deeley, Randy Ireland, Jerry Scully, Raymond Walsh. (Attachment: # 1 Exhibit A)(Corriette, M.) (Entered: 12/17/2004) |
| 12/14/2004 | 43 | PRISCS RULING AND ORDER granting 41 Motion for Extension of Time to File Response re 35 MOTION for Summary Judgment.Responses due by 1/13/2005. Signed by Judge Holly B. Fitzsimmons on 12/10/04. (Larsen, M.) (Entered: 12/21/2004) |
| 12/27/2004 | 44 | PRISCS - Memorandum in Opposition re 35 MOTION for Summary Judgment filed by Joseph J. Bookless. (Corriette, M.) (Entered: 01/04/2005) |
| 02/02/2005 | 45 | PRISCS - Statement of Material Facts re 35 MOTION for Summary Judgment filed by Joseph J. Bookless. (Attachment: # 1 Affidavit of Joseph Bookless)(Corriette, M.) (Entered: 02/07/2005) |
| 03/03/2005 | 46 | PRISCS MEMORANDUM OF DECISION denying 35 Motion for Summary Judgment . Signed by Judge Warren W. Eginton on 3/2/05. (Larsen, M.) (Entered: 03/04/2005) |
| 03/05/2005 | 47 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. TELELPHONIC Pretrial Conference set for 3/21/2005 02:00 PM before Judge Holly B. Fitzsimmons. DEFENDANT'S COUNSEL IS TO ARRANGE FOR THIS CONFERENCE. WHEN ALL PARTIES ARE ON THE LINE, PLEASE CALL 203-579-5640. (Kolesnikoff, D.) (Entered: 03/05/2005) |
| 03/07/2005 | 48 | ORDER REFERRING CASE to Magistrate Judge Holly B. Fitzsimmons for all purposes except trial . Signed by Judge Warren W. Eginton on |

| | | |
|---|---|---|
| | | 3/7/2005. (Sanders, C.) (Entered: 03/08/2005) |
| 03/21/2005 | 49 | Minute Entry for proceedings held before Judge Holly B. Fitzsimmons : Telephonic Pretrial Conference held on 3/21/2005. (Kolesnikoff, D.) (Entered: 03/23/2005) |
| 09/08/2005 | 50 | MOTION to Appoint Counsel by Joseph J. Bookless. (Sanders, C.) (Entered: 09/09/2005) |
| 09/26/2005 | 51 | RULING and ORDER granting 50 Motion to Appoint Counsel . Signed by Judge Holly B. Fitzsimmons on 9/26/05. (Jaiman, R.) Modified on 9/30/2005 (Jaiman, R.). (Entered: 09/28/2005) |
| 09/30/2005 | | Docket Entry Correction re 51 Order on Motion to Appoint Counsel...Modified to remove the PRISCS prefix from the text. (Jaiman, R.) (Entered: 09/30/2005) |
| 11/16/2005 | 52 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. TELEPHONIC Status Conference set for 12/8/2005 11:00 AM before Judge Holly B. Fitzsimmons at 203-579-5640. Atty. Master is to initiate this telephone conference call. THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT. (Kolesnikoff, D.) (Entered: 11/16/2005) |
| 12/06/2005 | 53 | Order Appointing Counsel: Howard S. Master for Joseph J. Bookless. Signed by Clerk on 12/6/2005. (Sanders, C.) (Entered: 12/07/2005) |
| 12/07/2005 | 54 | NOTICE of Appearance by Howard S. Master on behalf of Joseph J. Bookless (Master, Howard) (Entered: 12/07/2005) |
| 12/08/2005 | 55 | Minute Entry for proceedings held before Judge Holly B. Fitzsimmons : Telephonic Status Conference held on 12/8/2005. 25 minutes (Kolesnikoff, D.) (Entered: 12/08/2005) |
| 12/12/2005 | 56 | SCHEDULING ORDER:Regarding Discovery. Depositions of 4 defendants shall be conducted before 2/27/2006. Signed by Judge Holly B. Fitzsimmons on 12/8/2005. (Sanders, C.) (Entered: 12/14/2005) |
| 12/16/2005 | 57 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.COUNSEL OUTSIDE OF FAIRFIELD COUNTY SHOULD CONTACT CHAMBERS REGARDING PARTICIPATION BY CONFERENCE CALL (203) 579-5819. Pretrial Conference set for 1/4/2006 09:45 AM in Chambers Room 335, 915 Lafayette Blvd., Bridgeport, CT before Judge Warren W. Eginton. (Krajcik, R.) (Entered: 12/16/2005) |
| 12/16/2005 | 58 | NOTICE of PRO BONO Appearance by Howard S. Master on behalf of Joseph J. Bookless (Baldwin, S.) (Entered: 12/19/2005) |
| 12/20/2005 | 59 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE |

| | | |
|---|---|---|
| | | COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.COUNSEL OUTSIDE OF FAIRFIELD COUNTY SHOULD CONTACT CHAMBERS REGARDING PARTICIPATION BY CONFERENCE CALL (203) 579-5819.Rescheduled Status Conference set for 1/12/2006 09:30 AM in Chambers Room 335, 915 Lafayette Blvd., Bridgeport, CT before Judge Warren W. Eginton. (Krajcik, R.) (Entered: 12/20/2005) |
| 01/12/2006 | 60 | Minute Entry for proceedings held before Judge Warren W. Eginton : Status Conference held on 1/12/2006. 15 minutes (Sanders, C.) (Entered: 01/13/2006) |
| 01/12/2006 | 61 | PRETRIAL ORDER Trial Brief due by 4/7/2006. Jury Selection set for 5/9/2006 09:00AM before Judge Warren W. Eginton. Jury Trial set for 5/9/2006 09:00 AM before Judge Warren W. Eginton.. Signed by Judge Warren W. Eginton on 1/12/2006. (Sanders, C.) (Entered: 01/13/2006) |
| 02/23/2006 | 62 | Consented MOTION for Extension of Time until 3/31/2006 for completion of deposition of Lt. Scully, Plaintiff's MOTION Renewed to depose Officers Peter Bosco, Robert Allen, and Rick Smolicz for deposition to be completed by 3/31/2006 by Joseph J. Bookless.Responses due by 3/16/2006 on Plaintiff's Motion only (Sanders, C.) (Entered: 02/27/2006) |
| 02/28/2006 | 63 | ORDER granting 62 Motion for Extension of Time until 3/31/2006 for completion of deposition, granting 62 Plaintiff's MOTION Renewed to depose Officers Peter Bosco, Robert Allen, and Rick Smolicz for deposition to be completed by 3/31/2006. Signed by Judge Warren W. Eginton on 2/28/06. (O'Brasky, N.) (Entered: 02/28/2006) |
| 03/08/2006 | 64 | MOTION for Reconsideration with memorandum in support re [63] Order granting on Motion for Extension of Time until 3/31/06 for completion of deposition of Lt. Scully, Order granting on Motion Renewed to depose Officers Peter Bosco, Robert Allen and Rick Smolicz for deposition, by Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh.Responses due by 3/29/2006 (Attachments: # 1 Exhibit A) (Sanders, C.). (Entered: 03/09/2006) |
| 03/14/2006 | 67 | MEMORANDUM IN OPPOSITION re 64 MOTION for Reconsideration re [63] Order on Motion for Extension of Time, Order on Motion for Miscellaneous Relief, filed by Joseph J. Bookless. (Simpson, T.) (Entered: 03/17/2006) |
| 03/15/2006 | 65 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.COUNSEL OUTSIDE OF FAIRFIELD COUNTY SHOULD CONTACT CHAMBERS REGARDING PARTICIPATION BY CONFERENCE CALL (203) 579-5819. Status Conference set for 4/6/2006 09:30 AM in Chambers Room 335, 915 Lafayette Blvd., Bridgeport, CT before Judge Warren W. Eginton. (Krajcik, R.) (Entered: |

| | | 03/15/2006 |
|---|---|---|
| 03/15/2006 | 66 | ORDER granting <u>64</u> Motion for Reconsideration. Upon review the court adheres to its previous decision . Signed by Judge Warren W. Eginton on 3/15/06. (Welles, T.) (Entered: 03/15/2006) |
| 03/17/2006 | <u>68</u> | NOTICE of Pro Bono Appearance by Rachel Amankulor on behalf of Joseph J. Bookless (Sanders, C.) (Entered: 03/20/2006) |
| 04/06/2006 | 69 | Minute Entry for proceedings held before Judge Warren W. Eginton : Status Conference held on 4/6/2006. 15 minutes (Sanders, C.) (Entered: 04/07/2006) |
| 05/30/2006 | <u>70</u> | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.Read attachment to calendar. Jury Selection set for 6/26/2006 09:20 AM. For courtroom assignment please check in Room 400 Clerk's Office, 915 Lafayette Blvd., Bridgeport, CT before Judge Warren W. Eginton. (Krajcik, R.) (Entered: 05/30/2006) |
| 06/09/2006 | <u>71</u> | TRIAL MEMO by Joseph J. Bookless. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B)(Sanders, C.) (Entered: 06/13/2006) |
| 06/09/2006 | <u>73</u> | TRIAL MEMO by Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh. (Sanders, C.) (Entered: 06/13/2006) |
| 06/09/2006 | <u>74</u> | Proposed Voir Dire by Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh. (Sanders, C.) (Entered: 06/13/2006) |
| 06/09/2006 | <u>75</u> | Proposed Preliminary Jury Instructions by Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh. (Sanders, C.) (Entered: 06/13/2006) |
| 06/09/2006 | <u>76</u> | Proposed Verdict Form by Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh. (Sanders, C.) (Entered: 06/13/2006) |
| 06/12/2006 | <u>72</u> | MOTION for Writ of Habeas Corpus and Proposed Writ of Habeas Corpus attached by Joseph J. Bookless. (Sanders, C.) (Entered: 06/13/2006) |
| 06/12/2006 | <u>78</u> | Amended TRIAL MEMO by Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh. (Sanders, C.) (Entered: 06/15/2006) |
| 06/12/2006 | <u>79</u> | MOTION in Limine Regarding Evidence, Testimony and Argument at Trial by Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh.Responses due by 7/3/2006 (Attachments: # <u>1</u> Memorandum in Support)(Sanders, C.) (Entered: 06/15/2006) |
| 06/14/2006 | 77 | ORDER granting <u>72</u> Motion for Writ of Habeas Corpus ad prosequendum . Signed by Judge Warren W. Eginton on 6/14/06. (O'Brasky, N.) (Entered: 06/14/2006) |
| 06/14/2006 | | Writ of Habeas Corpus ad Prosequendum Issued for Joseph J. Bookless for June 26, 2006 at 9:00 a.m. Faxed copy and also Original writ and attested copy to Warden John Sieminski via mail. Attested copy to US |

| | | |
|---|---|---|
| | | Marshal for information.(D'Andrea, S.) (Entered: 06/14/2006) |
| 06/16/2006 | 80 | MOTION in Limine to exclude certain evidence regarding incident and prior convictions by Joseph J. Bookless.Responses due by 7/7/2006 (Attachments: # 1 Motion In Limine cont'd)(Sanders, C.) (Entered: 06/20/2006) |
| 06/22/2006 | 81 | Memorandum in Opposition re 79 MOTION in Limine Regarding Evidence, Testimony and Argument at Trial filed by Joseph J. Bookless. (Sanders, C.) (Entered: 06/26/2006) |
| 06/26/2006 | 82 | Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Selection held on 6/26/2006. Jury Trial set for 6/27/2006 08:30 AM in Courtroom Four-Annex, 915 Lafayette Blvd., Bridgeport, CT before Judge Warren W. Eginton. Total Time: 6 hours and 15 minutes (Court Reporter Maria Corriette, Judy Fazekas.) (Candee, D.) (Entered: 06/27/2006) |
| 06/27/2006 | 83 | Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Trial held on 6/27/2006; Jury Trial Continued Until 6/28/06, 9:00 a.m.. Total Time: 5 hours and 45 minutes (Court Reporter Maria Corriette, Sandi Baldwin.) (Candee, D.) (Entered: 06/28/2006) |
| 06/27/2006 | | Writ of Habeas Corpus ad Prosequendum Issued for Joseph J. Bookless for 6/28/06 at 8:00 a.m. Faxed copy and Original writ and attested copy to Warden via mail. Attested copy to U.S. Marshal for information. (Candee, D.) (Entered: 06/30/2006) |
| 06/27/2006 | 94 | OBJECTION re 80 MOTION in Limine filed by Randy Ireland, Jerry Scully, Bart Deeley, Raymond Walsh. (Candee, D.) (Entered: 06/30/2006) |
| 06/28/2006 | 84 | Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Trial held on 6/28/2006. Defendant Oral Motion for Judgment as a Matter of Law denied. Plaintiff Oral Motion for Judgment as a Matter of Law denied. Jury Trial Continued Until 7/29/06 at 8:30 a.m. Total Time: 7 hours and 0 minutes (Court Reporter Judy Fazekas, Sandi Baldwin.) (Candee, D.) (Entered: 06/30/2006) |
| 06/29/2006 | 85 | Minute Entry for proceedings held before Judge Warren W. Eginton: Jury Trial completed on 6/29/2006. Total Time: 3 hours and 50 minutes(Court Reporter Judy Fazekas, Maria Corriette.) (Candee, D.) (Entered: 06/30/2006) |
| 06/29/2006 | 86 | Marked Defendant Exhibit List. (Candee, D.) (Entered: 06/30/2006) |
| 06/29/2006 | 87 | Marked Plaintiff Exhibit List. (Candee, D.) (Entered: 06/30/2006) |
| 06/29/2006 | 88 | Marked Defendant Witness List. (Candee, D.) (Entered: 06/30/2006) |
| 06/29/2006 | 89 | Marked Plaintiff Witness List. (Candee, D.) (Entered: 06/30/2006) |
| 06/29/2006 | 90 | Marked Court Exhibit List. (Candee, D.) (Entered: 06/30/2006) |
| 06/29/2006 | 91 | Standard Civil Jury Instructions. (Candee, D.) (Entered: 06/30/2006) |

| 06/29/2006 | 92 | JURY VERDICT For Defendants Against Plaintiff. (Candee, D.) (Entered: 06/30/2006) |
| 06/29/2006 | 93 | Acknowledgement of Receipt of Defendants Trial Exhibits. (Candee, D.) (Entered: 06/30/2006) |
| 06/30/2006 | 95 | JUDGMENT in favor of defendants against plaintiff. Signed by Clerk on 6/30/06. (Candee, D.) (Entered: 06/30/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/07/2006 18:55:57 | | |
| PACER Login: | wd0019 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:03-cv-00123-WWE |
| Billable Pages: | 6 | Cost: | 0.48 |

# Exhibit C

# INVOICE

## Del Vecchio Reporting Services, LLC

**Professional Shorthand Reporters**
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

*Please refer to Invoice number when remitting.*

**INVOICE #** 31248

2/9/06

To:  JOELLEN R. VALENTINE, ESQ.
     HOWARD S. MASTER, ESQ.
     RACHEL L. AMANKULOR, ESQ.
     WIGGIN & DANA
     One Century Tower
     New Haven, Connecticut  06508
     TEL.  203.498.4317
     FAX   203.782.2889

Re:  BOOKLESS V. IRELAND, ET AL.
Deposition of:  RAYMOND WALSH, RANDY LEE IRELAND
Taken on:  2/9/06

| | |
|---|---|
| DAILY TRANSCRIPT (WALSH) | 854.00 |
| DAILY TRANSCRIPT (IRELAND) | 763.00 |
| APPEARANCE FEE | 85.00 |
| 2 JURAT PREPARATIONS | 20.00 |
| | --------- |
| SUB TOTAL | 1722.00 |
| TAX | 103.32 |
| | --------- |
| TOTAL | 1825.32 |

PAYMENT IS DUE UPON RECEIPT

EIN 06-1464733

REPORTER:  CLIFF EDWARDS

All invoices shall be due upon receipt. Invoices will be considered past due thirty (30) days after the invoice date. Past due amounts are subject to a 1.50% monthly finance charge. We also reserve the right to add collection costs to late payments.

# INVOICE

## Del Vecchio Reporting Services, LLC

### Professional Shorthand Reporters
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

*Please refer to invoice number when remitting.*

**INVOICE #**    31256

SECOND REVISION
PLEASE DISREGARD INVOICE DATED 2/22/06

2/24/06



To: JOELLEN R. VALENTINE, ESQ.
HOWARD S. MASTER, ESQ.
RACHEL L. AMANKULOR, ESQ.
WIGGIN & DANA
One Century Tower
New Haven, Connecticut  06508
TEL. 203.498.4317
FAX  203.782.2889

Re: BOOKLESS V. IRELAND, ET AL.
Deposition of: BART DEELY
Taken on: 2/10/06

| | |
|---|---|
| TRANSCRIPT | 913.85 |
| APPEARANCE FEE | 85.00 |
| JURAT PREPARATION | 10.00 |
| | --------- |
| SUB TOTAL | 1008.85 |
| TAX | 60.53 |
| | --------- |
| TOTAL | 1069.38 |
| FEDEX PRIORITY OVERNIGHT | 29.65 |
| | --------- |
| GRAND TOTAL | 1099.03 |

PAYMENT IS DUE UPON RECEIPT

EIN 06-1464733

REPORTER: CLIFF EDWARDS

All invoices shall be due upon receipt. Invoices will be considered past due thirty (30) days after the invoice date. Past due amounts are subject to a 1.50% monthly finance charge. We also reserve the right to add collection costs to late payments.

Wiggin and Dana LLP

| DATE: | 04-07-06 | PAYEE: Del Vecchio Reporting Services, LLC | | VENDOR #: | 02252 | CHECK #: 64450 |
|---|---|---|---|---|---|---|
| DATE | INVOICE # | DESCRIPTION | AMOUNT | DEDUCTIONS | NET AMOUNT |
| 02-24-06 | 31256 | | 1,099.03 | 0.00 | 1,099.03 |
| 02-09-06 | 31248 | | 1,825.32 | 0.00 | 1,825.32 |
| | | | | | |
| | | | | | |
| | | TOTAL | | | 2,924.35 |

MTP
4-7-06

# INVOICE

## Del Vecchio Reporting Services, LLC

**Professional Shorthand Reporters**
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

*Please refer to invoice number when remitting.*

3/31/2006

**INVOICE #**___ 26819 ___

Howard Master, Esq.
Wiggin and Dana LLP
One Century Tower
P. O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400  (203) 782-2889 - Facsimile

RE:    Joseph J. Bookless vs. Randy Ireland, et al.
DEPOSITION OF Peter Bosco and Robert Allen
TAKEN ON 3/29/2006

CONDENSED TRANSCRIPT

TRANSCRIPT PRODUCTION 0+1 Copy
Peter Bosco                            201.25
Robert Allen                           231.25

APPEARANCE FEE                         85.00

JURAT PREPARATION                      10.00

SUBTOTAL                               527.50

SALES TAX                              31.65

TOTAL                                  559.15

POSTAGE                                5.60

GRAND TOTAL                            $564.75

**EIN:  06-1464733**

CASE NAME:  Joseph J. Bookless vs. Randy Ireland, et al.
**AMOUNT: $564.75**
REPORTER:  MELISSA J. KELLY, RMR, CRR

All invoices shall be due upon receipt.  Invoices will be considered past due thirty (30) days after the
invoice date.  Past due amounts are subject to a 1.50% monthly finance charge.  We also reserve the
right to add collection costs to late payments.

All invoices shall be due upon receipt. Invoices will be considered past due thirty (30) days after the invoice date. Past due amounts are subject to a 1.50% monthly finance charge. We also reserve the right to add collection costs to late payments.

# INVOICE

## Del Vecchio Reporting Services, LLC

**Professional Shorthand Reporters**
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

*Please refer to invoice number when remitting.*

4/3/2006

**INVOICE #** ___26821___

HOWARD MASTER, ESQ.
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut 06508-1832
(203) 498-4400 (203) 782-2889 – Facsimile

RE:     Joseph J. Bookless vs. Randy Ireland, et al.
        DEPOSITION OF Jeremiah J. Scully
        TAKEN ON 3/30/2006

| | |
|---|---|
| MINISCRIPT | N/A |
| TRANSCRIPTS Original + 1 Copy | 546.25 |
| APPEARANCE FEE | 85.00 |
| JURAT PREPARATION | 10.00 |
| SUBTOTAL | 641.25 |
| SALES TAX | 38.48 |
| TOTAL | 679.73 |
| POSTAGE | 5.60 |
| GRAND TOTAL | $685.33 |

**EIN: 06-1464733**

CASE NAME: Joseph J. Bookless vs. Randy Ireland, et al.
**AMOUNT: $685.33**
REPORTER: MELISSA J. KELLY, RMR, CRR

All invoices shall be due upon receipt. Invoices will be considered past due thirty (30) days after the invoice date. Past due amounts are subject to a 1.50% monthly finance charge. We also reserve the right to add collection costs to late payments.

All invoices shall be due upon receipt. Invoices will be considered past due thirty (30) days after the invoice date. Past due amounts are subject to a 1.50% monthly finance charge. We also reserve the right to add collection costs to late payments.

Wiggin and Dana LLP

| DATE: | 05-09-06 | PAYEE: | Del Vecchio Reporting Services, LLC | VENDOR #: | 02252 | CHECK #: 65191 |

CITIBANK, DELAWARE

| DATE | INVOICE # | DESCRIPTION | AMOUNT | DEDUCTIONS | NET AMOUNT |
|------|-----------|-------------|--------|------------|------------|
| 04-03-06 | 26821 | | 685.33 | 0.00 | 685.33 |
| 03-31-06 | 26819 | *H TP* | 564.75 | 0.00 | 564.75 |
| | | *5/10/06* | | | |
| | | | | | |
| | | TOTAL | | | 1,250.08 |