## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

June 30, 2006

Mr. Richard Smith
Keeper of Records
Superior Court
300 Grand Street
Waterbury, CT 06702

    Re: Case Name: Joesph J. Bookless v. R. Ireland, et al
        Number: 3:03CV123(WWE)

Dear Mr. Smith:

As the above matter has been disposed of in this court:

Enclosed is the following exhibit:

    (1) Utility knife (box cutter) with attached subpoena.

Please acknowledge receipt of this exhibit on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

        BY _____
        Deborah A. Candee
        Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 7/12/06