UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH J. BOOKLESS, ) ) ) Plaintiff, ) ) v. ) ) RANDY IRELAND, JERRY SCULLY, ) BART DEELEY & ) RAYMOND WALSH, ) Defendants. ) ) | No. 3:03 CV 123 (WWE) September 20, 2006 |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to section 7(e) of the Local Rules of Civil Procedure, Howard Master moves this Court for permission to withdraw his appearance filed on behalf of plaintiff Joseph J. Bookless. The undersigned is requesting permission to withdraw his appearance because he has begun a federal judicial clerkship that will prevent him from continuing to appear on behalf of Wiggin and Dana LLP or represent Mr. Bookless before the Court. Rachel Amankulor's appearance will be unaffected by this withdrawal.

Respectfully submitted,

/s/ Howard Master
Howard Master (ct26855)
Rachel Amankulor (ct26965)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel: 203-498-4400

CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that on September 20, 2006, a copy of the foregoing was mailed in the United States mail, First Class, certified, postage prepaid, to the following:

Joseph J. Bookless
c/o MacDougall-Walker Corrections Institute
1153 East Street South
Suffield, CT 06080

In addition, on September 20, 2006, a copy of the foregoing was mailed in the United States mail, First Class, postage prepaid, to the following:

James N. Tallberg, Esq.
Karsten & Dorman, LLC
29 South Main Street
West Hartford, CT 06107

DATED at New Haven, CT, this 20th day of September, 2006.

_____
Howard Master